John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone:  (916) 388-0833
Facsimile:   (916) 691-3261

J. Allen Carney (*pro hac vice*)
acarney@carneywilliams.com
Hank Bates (Bar No. 167688)
hbates@carneywilliams.com
Carney Williams Bates Pulliam & Bowman, PLLC
11311 Arcade Drive
Little Rock, Arkansas 72212
Telephone:  (501) 312-8500
Facsimile:   (501) 312-8505

Counsel for Plaintiffs MARGIE DANIEL,
ROBERT McCABE, MARY HAUSER,
DONNA GLASS, and ANDREA DUARTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, ROBERT McCABE, MARY HAUSER, DONNA GLASS, and ANDREA DUARTE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | No. 2:11-cv-02890-WBS-EFB<br><br>**STIPULATED REQUEST TO MODIFY DATES AND TERMS OF SCHEDULING ORDER *OTHER THAN* DATE OF TRIAL [L.R. 143]**<br><br>Courtroom:        24<br>Magistrate Judge:   Hon. Edmund F. Brennan |

{00148521.DOCX}

Stipulated Request to Modify Dates and Terms of Scheduling Order *Other Than* Date of Trial

**STIPULATED REQUEST TO MODIFY DATES AND TERMS OF SCHEDULING ORDER *OTHER THAN* DATE OF TRIAL**

Pursuant to Local Rule 143 and to Paragraph IX of the Status (Pretrial Scheduling) Order (Doc. 18, filed Feb. 28, 2012) ("Scheduling Order"), all parties hereto stipulate and respectfully request the Court to modify the dates and terms of the Scheduling Order as set forth below. This request is made necessary by unavoidable delays on the part of Defendant Ford Motor Company ("Defendant") in responding to Plaintiffs' discovery requests, principally because of the departure of one of Ford's discovery-related counsel. In making their request, the parties respectfully observe that it does *not* seek to modify the scheduled date of trial.

Accordingly, the parties request the following revised dates and terms, with all other provisions of the Scheduling Order to remain unchanged:

January 11, 2013: Deadline for Plaintiffs to disclose all experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2); deadline for Plaintiffs to file their motion for class certification.

March 1, 2013: Deadline for Defendant to disclose all experts and produce reports in accordance with Rule 26(a)(2); deadline for Defendant to file any opposition to Plaintiffs' motion for class certification. The depositions of the parties' class certification-related experts shall occur within twenty days of their respective expert disclosures.

April 15, 2013: Deadline for Plaintiffs to disclose any rebuttal experts and produce any additional reports pursuant to Rule 26(a)(2)(D)(ii); deadline for Plaintiffs to file any reply brief in support of their motion for class certification.

April 25, 2013: Hearing on Plaintiffs' motion for class certification.

May 17, 2013: Deadline for all discovery to be *completed* as described in Paragraph IV of the Scheduling Order.

June 5, 2013: Deadline for filing all motions, except motions for continuances, temporary restraining orders, or other emergency applications.

August 12, 2013: Final Pretrial Conference at 2:00 p.m. in Courtroom No. 5.

September 24, 2013: Jury Trial at 9:00 a.m. in Courtroom 5 [unchanged].

Dated: August 1, 2012.

///

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

Respectfully submitted,

/s/ Eric Grant
John B. Thomas
Eric Grant
Hicks Thomas LLP

J. Allen Carney
Hank Bates
Carney Williams Bates Pulliam & Bowman, PLLC

Counsel for Plaintiffs MARGIE DANIEL, ROBERT McCABE, MARY HAUSER, DONNA GLASS, and ANDREA DUARTE

DYKEMA GOSSETT LLP

By: /s/ John M. Thomas
     (as authorized on this date)
JOHN M. THOMAS (Bar No. 266842)
TAMARA A. BUSH (Bar No. 197153)
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

ORRICK
NORMAN HILE (Bar No. 57299)
400 Capitol Mall, Suite 3000
Sacramento, California 95814

Attorneys for Defendant
FORD MOTOR COMPANY

   IT IS SO ORDERED.

Dated: August 3, 2012.

_____
Hon. EDMUND F. BRENNAN
United States Magistrate Judge