1  John B. Thomas (Bar No. 269538)
   jthomas@hicks-thomas.com
2  Eric Grant (Bar No. 151064)
   grant@hicks-thomas.com
3  Hicks Thomas LLP
   8001 Folsom Boulevard, Suite 100
4  Sacramento, California 95826
   Telephone:  (916) 388-0833
5  Facsimile:   (916) 691-3261

6  J. Allen Carney (*pro hac vice*)
   acarney@carneywilliams.com
7  Hank Bates (Bar No. 167688)
   hbates@carneywilliams.com
8  Carney Williams Bates Pulliam & Bowman, PLLC
   11311 Arcade Drive
9  Little Rock, Arkansas 72212
   Telephone:  (501) 312-8500
10 Facsimile:   (501) 312-8505

11 Counsel for Plaintiffs MARGIE DANIEL,
   ROBERT McCABE, MARY HAUSER,
12 DONNA GLASS, and ANDREA DUARTE

13

14              UNITED STATES DISTRICT COURT

15            EASTERN DISTRICT OF CALIFORNIA

16                 SACRAMENTO DIVISION

17

18 MARGIE DANIEL, ROBERT McCABE,      )  No. 2:11-cv-02890-WBS-EFB
   MARY HAUSER, DONNA GLASS, and      )
19 ANDREA DUARTE, individually and    )
   on behalf of a class of similarly situated )  **STIPULATED REQUEST TO MODIFY**
20 individuals,                       )  **DATES AND TERMS OF SCHEDULING**
                                      )  **ORDER *OTHER THAN* DATE OF TRIAL**
21            Plaintiffs,             )  **[L.R. 143]**
                                      )
22        v.                          )
                                      )
23 FORD MOTOR COMPANY, a Delaware     )  Courtroom:        24
   corporation,                       )  Magistrate Judge:  Hon. Edmund F. Brennan
24                                    )
             Defendant.               )
25                                    )
                                      )
26                                    )
                                      )
27 _____   )

28

{00148521.DOCX}

Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

**STIPULATED REQUEST TO MODIFY DATES AND TERMS OF
SCHEDULING ORDER *OTHER THAN* DATE OF TRIAL**

Pursuant to Local Rule 143 and to Paragraph IX of the Status (Pretrial Scheduling) Order (Doc. 18, filed Feb. 28, 2012) ("Scheduling Order"), all parties hereto stipulate and respectfully request the Court to modify the dates and terms of the Scheduling Order as set forth below.  This request is made necessary by unavoidable delays on the part of Defendant Ford Motor Company ("Defendant") in responding to Plaintiffs' discovery requests, principally because of the departure of one of Ford's discovery-related counsel.  In making their request, the parties respectfully observe that it does *not* seek to modify the scheduled date of trial.

Accordingly, the parties request the following revised dates and terms, with all other provisions of the Scheduling Order to remain unchanged:

| | |
|---|---|
| January 11, 2013: | Deadline for Plaintiffs to disclose all experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2); deadline for Plaintiffs to file their motion for class certification. |
| March 1, 2013: | Deadline for Defendant to disclose all experts and produce reports in accordance with Rule 26(a)(2); deadline for Defendant to file any opposition to Plaintiffs' motion for class certification.  The depositions of the parties' class certification-related experts shall occur within twenty days of their respective expert disclosures. |
| April 15, 2013: | Deadline for Plaintiffs to disclose any rebuttal experts and produce any additional reports pursuant to Rule 26(a)(2)(D)(ii); deadline for Plaintiffs to file any reply brief in support of their motion for class certification. |
| April 25, 2013: | Hearing on Plaintiffs' motion for class certification. |
| May 17, 2013: | Deadline for all discovery to be *completed* as described in Paragraph IV of the Scheduling Order. |
| June 5, 2013: | Deadline for filing all motions, except motions for continuances, temporary restraining orders, or other emergency applications. |
| August 12, 2013: | Final Pretrial Conference at 2:00 p.m. in Courtroom No. 5. |
| September 24, 2013: | Jury Trial at 9:00 a.m. in Courtroom 5 [unchanged]. |

Dated:  August 1, 2012.

///

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

Respectfully submitted,

/s/ Eric Grant
John B. Thomas
Eric Grant
Hicks Thomas LLP

J. Allen Carney
Hank Bates
Carney Williams Bates Pulliam & Bowman, PLLC

Counsel for Plaintiffs MARGIE DANIEL,
ROBERT McCABE, MARY HAUSER,
DONNA GLASS, and ANDREA DUARTE

DYKEMA GOSSETT LLP

By:   /s/ John M. Thomas
        (as authorized on this date)
JOHN M. THOMAS (Bar No. 266842)
TAMARA A. BUSH (Bar No. 197153)
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850

ORRICK
NORMAN HILE (Bar No. 57299)
400 Capitol Mall, Suite 3000
Sacramento, California 95814

Attorneys for Defendant
FORD MOTOR COMPANY

IT IS SO ORDERED.

Dated:  August 3, 2012.

Hon. EDMUND F. BRENNAN
United States Magistrate Judge

Stipulated Request to Modify Dates and Terms of Scheduling Order *Other Than* Date of Trial