John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone:  (916) 388-0833
Facsimile:   (916) 691-3261

J. Allen Carney (*pro hac vice*)
acarney@carneywilliams.com
Hank Bates (Bar No. 167688)
hbates@carneywilliams.com
Carney Williams Bates Pulliam & Bowman, PLLC
11311 Arcade Drive
Little Rock, Arkansas 72212
Telephone:  (501) 312-8500
Facsimile:   (501) 312-8505

Counsel for Plaintiffs MARGIE DANIEL,
ROBERT McCABE, MARY HAUSER,
DONNA GLASS, and ANDREA DUARTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, ROBERT McCABE, MARY HAUSER, DONNA GLASS, and ANDREA DUARTE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | No. 2:11-cv-02890-WBS-EFB<br><br>**STIPULATED REQUEST TO MODIFY DATES AND TERMS OF SCHEDULING ORDER *OTHER THAN* DATE OF TRIAL [L.R. 143]**<br><br>Courtroom:          24<br>Magistrate Judge:   Hon. Edmund F. Brennan |

{00151473.DOCX}

**STIPULATED REQUEST TO MODIFY DATES AND TERMS OF
SCHEDULING ORDER *OTHER THAN* DATE OF TRIAL**

Pursuant to Local Rule 143 and to Paragraph IX of the Status (Pretrial Scheduling) Order (Doc. 18, filed Feb. 28, 2012) ("Scheduling Order"), all parties hereto stipulate and respectfully request the Court to modify the dates and terms of the Scheduling Order as set forth below.

This modification would essentially give Defendant Ford Motor Company ("Defendant") an additional two weeks to produce its expert reports and file its opposition to Plaintiffs' motion for class certification, and would accordingly move the hearing on that motion (currently set for April 22, 2013) two weeks into the future. Defendant seeks this modification in light of the large volume of materials included in Plaintiffs' motion and in Plaintiffs' expert reports, and Plaintiffs agree that it is a reasonable modification in that light.

The modification would also clarify the briefing and hearing schedule for Defendants' anticipated motions for summary judgment and other possible non-discovery motions.

In making their request, the parties respectfully observe that it does *not* seek to modify the scheduled date of trial.

Accordingly, the parties request the following revised dates and terms, with all other provisions of the Scheduling Order, as previously amended, to remain unchanged:

| | |
|---|---|
| March 7, 2013: | Deadline for Defendant to disclose all experts in accordance with Federal Rule of Civil Procedure 26(a)(2). |
| March 15, 2013: | Deadline for Defendant to produce expert reports in accordance with Federal Rule 26(a)(2); depositions of Defendants' certification-related experts shall occur within twenty days of this date. |
| | Deadline for Defendant to file its opposition to Plaintiffs' motion for class certification. |
| | Deadline for Defendant to file any non-discovery motions intended to be heard before or at the same time as the hearing on Plaintiffs' motion for class certification; Defendant shall set such motions for hearing on May 6, 2013. |
| April 18, 2013: | Deadline for Plaintiffs to file any oppositions to Defendant's non-discovery motions referenced above. |
| April 29, 2013: | Deadline for Plaintiffs to disclose any rebuttal experts and produce any additional reports pursuant to Federal Rule 26(a)(2)(D)(ii). |

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

| | | |
|---|---|---|
| 1 | | Deadline for Plaintiffs to file any reply brief in support of their motion for class certification. |
| 2 | | |
| 3 | | Deadline for Defendant to file reply briefs in support of their non-discovery motions referenced above. |
| 4 | May 6, 2013: | Hearing on Plaintiffs' motion for class certification. |
| 5 | | Hearing on Defendants' non-discovery motions referenced above. |

Dated:  February 14, 2013.

Respectfully submitted,

/s/ Eric Grant
John B. Thomas
Eric Grant
Hicks Thomas LLP

J. Allen Carney
Hank Bates
Carney Williams Bates Pulliam & Bowman, PLLC

Counsel for Plaintiffs MARGIE DANIEL, ROBERT McCABE, MARY HAUSER, DONNA GLASS, and ANDREA DUARTE

DYKEMA GOSSETT LLP

By:  /s/ Fred J. Fresard
   (as authorized on this date)
FRED J. FRESARD (*pro hac vice*)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone:  (248) 203-0700
Facsimile:  (855) 233-1801

JOHN M. THOMAS (Bar No. 266842)
TAMARA A. BUSH (Bar No. 197153)
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:  (213) 457-1850

ORRICK
NORMAN HILE (Bar No. 57299)
400 Capitol Mall, Suite 3000
Sacramento, California 95814

Attorneys for Defendant
FORD MOTOR COMPANY

SO ORDERED.

Dated:  February 20, 2013.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE