# EXHIBIT C

# Curriculum Vitae of Thomas J. Lepper
810 Rose Drive, Benicia CA (Northern) · 2326 N. Batavia Street, Ste 119, Orange, CA (Southern)
(707) 751-3836 Office · (707) 751-3833 FAX · (866) 812-4204 Toll Free · tom@thomaslepper.com

## SUMMARY

Over thirty years experience as a consultant, inspector, and evaluator within the automotive industry. More than fifteen years experience as a forensic automotive consultant for nationally known insurance companies and law firms. Qualified to testify in the Superior Court for the State of California. Offices in Northern and Southern California.

## AREAS OF EXPERTISE

Specialist in automotive, motorcycle, tractor trailer, recreational vehicle (RV), farming, and construction equipment component analysis and mechanical failures in the areas of:

- Tire Separations and Failures
- Fire Cause and Origin
- Theft and Forced Entry Issues
- Brake Systems and Failures
- Transmissions
- Automotive Paint Issues
- SDM interrogation with CDR Tool
- Fuel and Fluid Contamination Issues
- Steering and Suspension Systems
- Seat Belt and Air Bag Issues
- Mechanical Defects
- Throttle/Unwanted Acceleration Issues
- Wiring and Electrical Issues
- Impact Damage Issues
- Racetrack / Racecar Incidents
- Laboratory Analysis

## PROFESSIONAL AFFILIATIONS AND LICENSES

Southern Association of Technical Accident Investigators (S.A.T.A.I.)
California Conference of Arson Investigators (C.C.A.I.)
Sports Car Club of America (S.C.C.A.) National Competition License
Sports Car Club of America (S.C.C.A.) Pro Competition License
National Auto Sports Association (N.A.S.A.) Pro Racing License
National Hot Rod Association (N.H.R.A.) Competition License
Porsche Club of America Competition License
Grand – American Competition License
Completed over 800 hours towards California Private Investigator's License

## EDUCATION

University of Albuquerque
    **Automotive and Aviation Safety, Systems and Design**

Southern Illinois University
    **Major completed towards Bachelor of Science, Education**

LEP00001

## ADDITIONAL ACCREDITED TRAINING

- **California Conference of Arson Investigators  March 2010**
    20 hours training in Advanced Fire/Arson Investigation
- **CDR – Technicians Refresher Course  August 2009**
- **California Conference of Arson Investigators  March 2008**
    20 hours training in Advanced Fire/Arson Investigation
- **ARC – CSI Crash Conference, Las Vegas, NV  June 2004**
- **Institute of Police Technology and Management – Univ. of North Florida  February 2004**
    CDR Tool – User Certification Course
- **Lee S. Cole Automotive Fire School**
- **National Police Training Institute**
    Tire Failure and Analysis
- **Southern Association of Technical Accident Investigations**
    Mechanics of Low Speed Impact (Actual Demonstrations)
    Accident Reconstruction
- **National Institute of Forensics Studies**
    Traffic Accident Scene Documentation and Damaged Vehicle Inspection Methodologies

## PROFESSIONAL HISTORY

1993 – Present
**FORENSIC AUTOMOTIVE COMPONENT EXPERT**
Automotive consultation for nationwide insurance companies, nationally known rental car companies, and law firms.
- Investigation of vehicle failures and defects: brakes, transmission, fuel, and suspension systems, tires - including tread separations and other manufacturing defects - air bag and seat belt issues, fire cause and origin, wiring issues, and theft issues
- Qualified witness in Superior Court, State of California
- Conducted and participated in over 5,000 investigations consisting of field inspection and scene measurement
- Report and correspondence generation
- Documentation review and analysis
- Extensive photograph and video experience

1987 – Present
**VEHICLE/TIRE SPECIALIST**
Independent tire testing and design consultant for Toyo Tires, Goodyear Tires, Tokico Shocks, B.F. Goodrich Tires, Hancook Tires, and General Motors – Chevrolet Division

LEP00002

## PROFESSIONAL HISTORY, CONTINUED

1986 – 1988
**OWNER, TOAD HOLLOW AUTO REPAIR**
Full service car auto repair facility located in Martinez, California
Race car design and preparation

1978 – 1982
**INDEPENDENT CONTRACTOR**
Race car driver, race car technical inspections, technical race car performance, repair and development work

1975 – 1985
**AIR TRAFFIC CONTROLLER**

1983 – 1985
**UNITED STATES AIR FORCE**
Instructor

1980 – 1981
**FEDERAL AVIATION ADMINISTRATION**
Air Traffic Control, Oakland Center/Ocean

1975 – 1978
**UNITED STATES AIR FORCE**
Fully licensed and certified tower and RADAR control; officer/foreign instructor.