# EXHIBIT H3

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| ) | |
| ) | |
| MARGIE DANIEL; ) | |
| ) | |
| ROBERT MCCABE; ) | |
| ) | |
| MARY HAUSER; ) | |
| ) | |
| DONNA GLASS; and ) | |
| ) | |
| ANDREA DUARTE, individually and ) | |
| ) | |
| on behalf of a class of similarly situated ) | |
| ) | |
| individuals, ) | |
| ) | |
| v. ) | Case No. 2:11-cv-02890-WBS-EFB |
| ) | |
| ) | |
| FORD MOTOR COMPANY, a delaware ) | |
| ) | |
| Corporation ) | |
| ) | |
| —————————————————) | |

**EXPERT REPORT OF BRUCE A. STROMBOM, PH.D.**

# EXPERT REPORT OF BRUCE A. STROMBOM, PH.D.

## TABLE OF CONTENTS

I.   **Introduction** ........................................................................................... 1

    **A.**   Qualifications ................................................................ 1

    **B.**   Assignment ................................................................... 2

    **C.**   Documents Considered ................................................. 2

    **D.**   Summary of Conclusions .............................................. 3

II.  **Background** ........................................................................................ 4

    **A.**   The Present Litigation .................................................. 4

    **B.**   Definition of the Putative Class .................................... 4

III. **Opinions and Bases** ........................................................................ 4

    **A.**   Based on a review of tire repair costs for fleet vehicles, the Class Vehicles are not experiencing premature tire wear .................................... 4

        1. Methodology ................................................................ 5

        2. Among vehicles that were driven more than 40,000 miles, 68 percent did not have a Tire Event ................................................. 6

        3. Among the full sample of fleet vehicles, 83 percent did not have a Tire Event ................................................. 7

        4. Discussion of Results .................................................... 8

    **B.**   Based on a review of used car sale transactions, the depreciation rate of Class Vehicles is inconsistent with Plaintiffs' claims ............................... 12

        1. No Evidence of Excess Depreciation for the Class Vehicle ............... 12

            a)  Benchmark Vehicles .................................................... 12

            b)  Data ........................................................................... 12

            c)  Visual Review ............................................................ 13

            d)  Depreciation Estimation .............................................. 14

            e)  Framework for Regression Analysis ............................. 15

            f)  Results and Discussion ............................................... 17

    **C.**   Named Plaintiffs' tire wear experience is not typical of the tire wear experienced by fleet owners who represent a significant share of the Putative Class ........................................................ 18

    **D.**   Assuming *in arguendo* that the Alleged Defect exists, Plaintiffs' damage remedy overstates the damage suffered by current owners of Class Vehicles ................................................................ 20

1. Plaintiffs' damage remedy overstates the damage suffered by current owners of Class Vehicles because it fails to account for vehicles where it is more efficient to simply compensate the owner for the expected future incremental tire costs instead of repairing the vehicle20

2. Tire replacement frequency but-for the Alleged Defect will be highly individualized and depends on numerous conditions, including how the vehicle and tires were maintained, the conditions in which a vehicle was driven, and the driving habits of individual drivers. ....... 21

3. Plaintiffs' damage remedy overstates the damage suffered by current owners of Class Vehicles because it fails to account for the economies of scale that Ford could realize to complete the proposed repairs most efficiently ...................................................................... 22

4. Plaintiffs' damage remedy overstates the damage suffered by current owners of Class Vehicles because it fails to account for vehicles not experiencing premature tire wear........................................................ 23

**E.** Assuming *in arguendo* that the Alleged Defect exists, Plaintiffs' damage remedy does nothing to compensate Putative Class members who have sold their Class Vehicle or returned it upon expiration of a lease ............ 24

**F.** Repeat customers have not suffered any damage because they would have been aware of the Alleged Defect due to their experience owning their initial Ford Focus ..................................................................................... 24

**G.** The accrued actual and compensatory damages claimed by the Named Plaintiffs' overstates their damages because they fail to account for expected wear, include costs unrelated to the Alleged Defect, and fail to account for rebates ..................................................................................... 25

1. As noted above, determining the amount of expected tire wear is an individualized question that depends on numerous factors. ............... 26

2. Donna Glass and Margie Daniel overstate their compensatory damages because they either request compensation for purchases lacking complete documentation or do not account for compensation already received through rebate. ....................................................... 27

<u>**EXPERT REPORT OF BRUCE A. STROMBOM, PH.D.**</u>

## I.     INTRODUCTION

### A.     Qualifications

My name is Bruce A. Strombom.  I am a Managing Principal in the Los Angeles office of Analysis Group, Inc., an international economic, financial and strategy consulting firm with ten offices throughout North America and one in Asia.  Analysis Group employs over 600 staff, most with advanced degrees in economics, management, statistics, or law.  I hold a Ph.D. in economics from the University of California, Irvine and a B.A. in economics from San Jose State University.  My areas of specialization include applied microeconomics, industrial organization, and finance.

For the past 20 years I have been employed as an economist and have served as a consulting and testifying expert in public policy matters and commercial litigation.  Previously, I was Executive Vice President of Business Valuation for a middle market merger and acquisition firm and Manger in the Financial Advisory Services group of the public accounting firm Price Waterhouse.  I have testified on topics involving economics, statistics and econometrics in numerous federal and state courts and in arbitrations.  In that testimony, I have addressed issues related to class certification, liability, loss causation and damages.  My assignments have included analyses of the rates of depreciation in the value of automobiles, the cost of repairing alleged defects in automobiles, and the economic value of excessive automobile maintenance expense caused by alleged product defects.  A resume detailing *inter alia* my experience, testimony within the past four years, and publications within the past ten years is attached to this report as **Appendix A**.

Analysis Group is compensated at a rate of $620 per hour for the time I spend on this matter; the rates for other Analysis Group staff members assigned to this case range from $245 to $470 per hour.  Analysis Group's compensation is not dependent on the nature of my conclusions or the outcome of this matter.

### B.     Assignment

I have been retained by counsel for Ford Motor Company ("Ford") to provide expert testimony in this matter.  Specifically, I have been asked to

- independently assess whether there exists proof common to the Plaintiffs' proposed class members that all such members were injured as a result of the Defendant's alleged wrongdoing in this matter and whether it is possible to determine the damages suffered by these members on a class-wide basis using formulaic methods without resorting to individual inquiry; and

- inasmuch as it relates to my independent assessment, comment on the claims presented in the expert reports of Peter Thomas Tkacik ("Tkacik Report"), Thomas J. Lepper ("Lepper Report"), and Andrew D. Webb ("Webb Report"), submitted on behalf of the Plaintiffs in this matter on January 11, 2013.

### C.     Documents Considered

For this report, I and staff under my supervision have reviewed court documents including the Complaint, the Plaintiffs' Initial Disclosures, Supplemental Initial Disclosures, and Plaintiffs' Motion for Class Certification; the Expert Reports of Thomas Lepper, Peter Tkacik, and Andrew Webb (collectively "Plaintiffs' Experts"); the depositions with exhibits of the Plaintiffs' Experts, the Named Plaintiffs and Ford employees; data for auction prices of the Ford Focus and comparable vehicles; and data on tire wear costs from Utilimarc; as well as other materials provided through discovery or obtained from public sources.  The documents, materials and other information I have considered in conducting my analysis and in forming my opinions are listed in this report, attached exhibits, and/or in **Appendix B**.

My analysis and conclusions to date are based on the information available when this report was submitted.  I reserve the right to amend my report and may modify, refine, or revise my opinions if new information is identified or otherwise becomes available.

I expect to receive additional data regarding the tire wear experience of fleet vehicles for 2012 in mid-April when Utilimarc releases the data.  I reserve the right to update my analysis

and conclusions based on the additional data.  In addition, if and when other relevant information is made available to me, I may amend or supplement my report as appropriate.

**D.      Summary of Conclusions**

The following is a summary of my opinions to date.[1]

a.  Based on a review of tire repair costs for fleet vehicles, the Class Vehicles are not experiencing premature tire wear.

b.  Based on a review of used car sale transactions, the depreciation rate of Class Vehicles is inconsistent with Plaintiffs' claims.

c.  The Named Plaintiffs' tire wear experience is not typical of the tire wear experienced by fleet owners who represent a significant share of the Putative Class.

d.  Assuming *in arguendo* that the Alleged Defect exists, Plaintiffs' damage remedy overstates the damage suffered by current owners of Class Vehicles.

e.  Assuming *in arguendo* that the Alleged Defect exists, Plaintiffs' damage remedy does nothing to compensate putative class members that have sold their Class Vehicle or returned it upon expiration of a lease.

f.  Repeat customers have not suffered any damage because they would have been aware of the Alleged Defect due to their experience owning their initial Ford Focus.

g.  The accrued actual and compensatory damages claimed by the Named Plaintiffs' overstates their damages because they fail to account for expected wear, include costs unrelated to the Alleged Defect, and fail to account for rebates.

---

[1] In the summary of conclusions, I use several terms that are defined later in the report.

## II.     BACKGROUND

### A.     The Present Litigation

Plaintiffs Margie Daniel, Andrea Duarte, Donna Glass, Mary Hauser, and Robert McCabe (collectively "Named Plaintiffs") have filed suit individually and on behalf of similarly situated individuals (the "Putative Class").[2]  The Named Plaintiffs contend that Ford designed, manufactured, distributed, marketed, sold, and leased vehicles with a design defect ("Class Vehicles") affecting the rear suspension ("Alleged Defect") that caused uneven and premature tire wear.[3]  Plaintiffs also claim that Ford concealed the existence of the Alleged Defect and that they would not have purchased or would have paid less for Class Vehicles if they had known of the Alleged Defect.[4]

As a direct result of the Alleged Defect, Plaintiffs argue that they and members of the Putative Class have suffered damages because the value of the vehicle promised was allegedly less than the value of the vehicles received and because they will allegedly incur higher repair costs.[5]

### B.     Definition of the Putative Class

The Putative Class consists of "all individuals who purchased or leased any 2005 through 2011 Ford Focus vehicles in California and who currently reside in the United States."[6]

## III.     OPINIONS AND BASES

### A.     Based on a review of tire repair costs for fleet vehicles, the Class Vehicles are not experiencing premature tire wear

To evaluate whether the Class Vehicles exhibited premature tire wear, I obtained data on tire related costs for Ford Focuses owned by fleets.  The data were obtained from Utilimarc, which is a North American fleet consulting and technology solutions firm serving large, diverse,

---

[2] Margie Daniel et al. v. Ford Motor Company Complaint, November 2, 2011 (hereafter "Complaint").

[3] Complaint, ¶16.

[4] Complaint, ¶93.

[5] Complaint, ¶132.

[6] Complaint, ¶76.

complex fleet clients in the government, utility, and private sectors.[7]  Since 2009, Utilimarc's clients have submitted annual tire expenditure[8] and mileage data with detailed information at the vehicle level.  Annual data are available for 2009, 2010, and 2011.[9]  I understand that Utilimarc expects to release expenditure data for 2012 by April 2013 and I reserve the right to update my analysis based on those data.  The 2009, 2010, and 2011 data currently available contain tire expenditure and mileage information on 543 Ford Focus vehicles with model years 2005 through 2009.[10, 11]  Based on my review of these data, the Class Vehicles are not experiencing premature tire wear.

      *1.    Methodology*

Each observation reported by Utilimarc contains the number of miles driven by one Ford Focus in one year along with the amount paid by the fleet manager for tire related costs in that year.  Utilimarc reports three different categories of tire related costs: Tires Labor Cost, Tires Parts Cost, and Tires Vendor Cost.  Utilimarc also reports Total Tire Cost, which is the sum of all three categories.  Tires Labor Cost and Tires Parts Cost report the labor and parts costs respectively incurred when a fleet maintains its own vehicles' tires.  If the fleet hires an outside company to maintain the tires on its vehicles, the costs are reported as Tires Vendor Cost and no information on the breakdown between parts and labor is available.  The amounts reported in each category are the annual amounts expended in that category, which may mean there was one service for the entire amount or a number of services for which the cost of each service sums to the entire amount.

I have assumed that any vehicle with an annual Total Tire Cost amount greater than or equal to $150 had two or more tires changed in a year, which I define as a Tire Event.[12]  This

---

[7] http://utilimarc.com/about/ accessed March 5, 2012.

[8] Annual tire expenditure data represent the costs incurred by fleet managers for which the manager identified them as tire related when submitting the data to Utilimarc.

[9] Discussion with Utilimarc and Analysis Group Ford Focus Data.xlsx (Utilimarc data file).

[10] If a vehicle is missing mileage information for a year or reported zero mileage, I did not consider it in the analysis.

[11] Information on 2010 and 2011 model year Ford Focuses were also available, but I did not include them in the analysis because they did not have three years of tire expenditure and mileage information available.

[12] A Tire Event could include two tires being changed, four tires being changed, or multiple tire changes within a year.  A review of the Total Tire Cost data, however, indicates it is unlikely that many vehicles with a Tire Event

threshold is expected to exceed the cost of tire rotation, alignment check, wheel balancing or a single tire replacement.[13]  Additionally, Utilimarc identified $150 as a reasonable threshold for the replacement of two tires.[14]  To assess whether my results are sensitive to the threshold, I have tested other amounts and my results are not highly sensitive to reasonable changes in the amount.

The Plaintiffs' Experts generally described premature tire wear as occurring when tires wear out before 40,000 miles.[15]  While I have no opinion whether or not this is correct, I have adopted this threshold for my analysis.  As noted above, Utilimarc data are currently available only for 2009, 2010, and 2011.  Consequently, during the period for which data are available, some of the Ford Focus fleet vehicles did not exceed the 40,000 mile threshold needed to evaluate whether the vehicle was experiencing excess tire wear.  To control for this, I limited my primary analysis to only those vehicles that reported information for all three years 2009 through 2011 where the sum of the annual mileage in the three years was greater than or equal to 40,000. In total in my primary analysis, I analyzed a set of 144 Ford Focus vehicles.

In order to review an even larger sample of vehicles, I conducted a second analysis in which I relaxed the requirement that a vehicle had to be driven 40,000 or more miles within the three years to be included in the analysis.  This allowed me to analyze the experience of 543 Ford Focus vehicles.

2.  *Among vehicles that were driven more than 40,000 miles, 68 percent did not have a Tire Event*

**Exhibit 1** summarizes the frequency of Tire Events by model year for the 144 vehicles in the analysis which were all driven more than 40,000 miles during the study period.  Ninety-eight

---

had multiple tire changes in the same year because the value of Total Tire Cost is generally too low to have included multiple changes.

[13] Generally, such maintenance would be performed for less than $100.  See e.g., www.walmart.com/cp/Tires-Services/495845, accessed March 11, 2013; http://news.consumerreports.org/cars/2009/12/tires-qa-tire-rotation-cost.html, accessed March 11, 2013; http://www.autos.com/car-maintenance/a-tire-alignment-guide-cost-benefits-and-frequency, accessed March 11, 2013.

[14] Discussion with Utilimarc and Analysis Group Ford Focus Data.xlsx (Utilimarc data file).

[15] Mr. Webb and Professor Tkacik define premature tire wear as tires that wear out before 40,000 miles (Webb Deposition, 100:15-23 and Tkacik Deposition, 92:5-14.)  Mr. Lepper does not provide a firm definition, but does say that tires that wear out before half the expected tire life are experiencing premature wear (Lepper Deposition, 141:18-25 and 136:21-137:3.)

vehicles, which represent 68 percent of the sample, did not have a single tire event.  For these vehicles, the average mileage driven was approximately 53,000 miles.  Another 33 vehicles had one Tire Event during the study period.  These vehicles were driven an average of approximately 55,000 miles.[16]

In order to evaluate how the frequency of Tire Events changes with mileage, I divided the vehicles in the analysis into 10,000 mile mileage categories beginning with 40,000 to 49,999 miles and calculated the percentage of vehicles with zero, one, two or three Tire Events. **Exhibits 2 and 3** summarize the results.  The exhibits show that approximately 70 percent of vehicles driven between 40,000 and 79,999 miles had no Tire Events.

> 3.    *Among the full sample of fleet vehicles, 83 percent did not have a Tire Event*

In order to evaluate whether the tire wear experience of fleet vehicles with mileage less than 40,000 miles differed from that of vehicles with 40,000 or more miles, I analyzed the full sample of 543 fleet vehicles.  **Exhibit 4** summarizes the results of the analysis.  Four hundred fifty-three of the 543 vehicles, 83 percent, did not have a Tire Event during the three year study period.  Seventy-five other vehicles, 14 percent, had only one.  Therefore, 97 percent of the vehicles had zero or one Tire Event.  As noted above, I expect to receive 2012 data from Utilimarc in mid-April, which will allow me to update these results.

Similar to the analysis presented in **Exhibits 2 and 3** above, I also analyzed the tire wear experience for the full sample by 10,000 mile mileage categories beginning with zero to 9,999 miles.  Among the vehicles with between zero and 9,999 miles during the study period, none had a Tire Event.  For the 10,000 to 19,999 and the 20,000 to 29,999 mileage categories, the proportion of vehicles with zero Tire Events was 91 and 90 percent respectively.  Finally, for the 30,000 to 39,999 mile category 81 percent of vehicles had zero Tire Events.  See **Exhibits 5 and 6**.  As one would expect, as the mileage increases the proportion of vehicles with no Tire Events

---

[16] I have conducted a sensitivity analysis in which I assume a Tire Event has occurred if the Tires Vendor Costs are equal to or greater than $150 and the Tires Parts Costs are equal to or greater than $100.  The percentage of vehicles with no Tire Events using this definition increases from 68 percent to 74 percent or 107 vehicles.  For these 107 vehicles the average miles driven was 53,727 (See **Exhibit 1A**).

decreases, however, only for vehicles with over 80,000 miles did more than half the vehicles have at least one Tire Event.

### 4. Discussion of Results

These results are in sharp contrast to the claims of Plaintiffs' Experts.  For example, Professor Tkacik predicted in his deposition that based on his calculations 98 percent of Ford Focuses on the road between 2005 and 2011 would be wearing out tires before 40,000 miles.[17] Mr. Webb claims in both his report and his deposition that the rear suspension geometry of the 2005 through 2011 model year Ford Focus causes premature tire wear,[18] which he defines as "tires that wear out before 40,000 miles."[19]  Mr. Lepper's opinion is that the design of the rear suspension leads to accelerated tire wear, but he does not provide a clean definition of accelerated wear that can be empirically tested without individual inquiry into the condition of the vehicle and roads on which the vehicle was driven.[20]  In his deposition he stated, "the problem is you can't draw a line in the sand and say this is premature and this is not.  It depends on the conditions that car has been driven in.  If I've got a good-condition car, I've run on normal roads, I've treated the car normally, I've had no mechanical failures, then anything significantly beyond –or significantly below the rated tire life has to be premature."[21]  The closest he comes to a specific definition is that anything less than half the expected tire life is premature.[22]

To assess whether my results or those of the Named Plaintiffs' experts are more reliable, one should consider the information on which the opinions are based as well as other evidence that agrees or disagrees with the results.  The opinions of Plaintiffs' Experts are based on theoretical calculations in the case of Professor Tkacik,[23] a review of Ford documents[24] in the

---

[17] Deposition of Peter T. Tkacik, Ph.D., February 8. 2013 (hereafter "Tkacik Deposition"), 120:1-17.

[18] Rule 26 Opinion Report of Andrew D. Webb, submitted January 2, 2012 (hereafter "Webb Report"), p. 2 and Deposition of Andrew D. Webb, January 23, 2013 (hereafter "Webb Deposition"), 100:11-14.

[19] Webb Deposition, 100:15-23.

[20] Rule 26 Opinion Report of Thomas J. Lepper, submitted January 11, 2013 (hereafter "Lepper Report"), pp. 3-4 and Deposition of Thomas J. Lepper, January 31, 2013 (hereafter "Lepper Deposition"), 143:13-24.

[21] Lepper Deposition, 141:18-25.

[22] Lepper Deposition, 136:21-137:3.

[23] Tkacik Deposition, 119:24-120:8.

case of Professor Tkacik and Mr. Webb, and, for all three experts, the five Named Plaintiffs' vehicles.[25]   According to Mr. Lepper in his deposition, he has not reviewed any data on the average tire life for the Class Vehicles and does not know whether Ford Focuses other than the Named Plaintiffs' are getting full rated tire life.[26]  Mr. Webb also does not have data on the average tire life for the Class Vehicles[27] and has not conducted any tire wear testing of his own.[28]

In comparison, my results are based on actual tire wear experience for a set of Class Vehicles driven over 40,000 miles over a period of three years.  The set of Class Vehicles I reviewed was over 28 times larger than those reviewed by Plaintiffs' Experts for those vehicles that were driven more than 40,000 miles and over 100 times larger for the entire set of fleet vehicles.[29]  While not drawn at random, my set is also selected with no prior knowledge of the tire wear experience of the vehicles, which is not the case for the Named Plaintiffs' vehicles because the Named Plaintiffs would not have initiated the litigation if their tires were not wearing out more quickly than expected.  It is generally accepted that for any car model free of a tire related defect, there will be some individual vehicles for which tires wear out more quickly than average for a variety of reasons and other individual vehicles that enjoy slower than average tire wear.[30]  My results indicate that the Class Vehicles as a group do not experience premature tire wear and that the Named Plaintiffs' vehicles are among those individual vehicles that, for whatever reason, experienced faster than typical tire wear.

I note that my results are also consistent with information from three other sources.  The first is tire or suspension related warranty claims submitted by Hertz to Ford from March 2010

---

[24] Although Mr. Lepper reviewed Ford Documents, he reached his conclusion independent of them.  See Lepper Deposition, 264:11-15.  See also, Webb Deposition, 148:9-16 and Tkacik Report, p.4.

[25] See Lepper Deposition, 117:8-14 and 144:25-145:2; Webb Report, pp.6-7. While Professor Tkacik did not personally inspect any of the vehicles, he did review the vehicle reports of the Named Plaintiffs produced by Mr. Lepper.  See Tkacik Report, p.4 and Tkacik Deposition, 135:18-21.

[26] Lepper Deposition, 145:3-10.

[27] Webb Deposition, 276:6-20.

[28] Webb Deposition, 189:16-23.

[29] $28.8 = 144 / 5; 108.6 = 543 / 5.$

[30] Tkacik Deposition, 105:17-110:6.

through mid to late 2012 for model year 2009 through 2012 Ford Focuses.[31, 32]  The spreadsheet
provided by Hertz contains only 31 observations and none of the claims are related to tire wear.[33]
According to Richard Bonifas, a Plant Vehicle Team Program Manager[34] for the Ford Focus,
Hertz and other rental car companies are Ford's "biggest customers" so the volume of Ford
Focuses owned by Hertz is likely large.[35]  While mileage is not provided by Hertz, Mr. Bonifas
stated that rental car companies often log 36,000 miles per vehicle per year,[36] which implies that
the Hertz Ford Focuses were driven enough during the period covered by warranty claims to
have evidenced premature tire wear if the Plaintiffs' claims are valid for the class as a whole.
The second is the testimony of Mr. Bonifas related to the lack of complaints from rental car
companies or fleet managers for premature tire wear for the Ford Focus.  In his role as a Plant
Vehicle Team Program Manager for the Ford Focus, Mr. Bonifas testified that he would know if
one of the large rental car fleets was upset and he was not aware of any specific complaints
regarding premature tire wear for the Class Vehicles.[37]  Concerning fleets in general, Mr.
Bonifas did not recall communicating with a fleet manager about tire wear alignment issues

---

[31] Letter from Edward Walsh to Carney, Williams, Bates, Pulliam & Bowman PLLC, dated December 18, 2012 with attachments (P001357-P001359).

[32] Plaintiffs' counsel has also subpoenaed Avis Budget Group and Enterprise Holdings, Inc., but I understand they did not received any information on tire wear from either company (see Letter from Allen Carney of Carney Williams to Tamara A. Bush and John Mark Thomas of Dykema Gossett, dated October 24, 2012; and Subpoena to Avis Budget Group, dated October 23, 2012; Subpoena to Enterprise Holdings, Inc., dated October 23, 2012). I understand Plaintiff's counsel also subpoenaed Pirelli Tires; Hankook Tire; The Goodyear Tire and Rubber Co.; and Kuhmo Tire, U.S.A., Inc., which all provided tires for the Ford Focus during the Class Period, seeking information on tire wear for Class Vehicles (Subpoena to Pirelli Tire, LLC, dated May 31, 2012; Subpoena to Hankook Tire, dated May 31, 2012; Subpoena to The Goodyear Tire & Rubber Co., dated May 31, 2012; and Subpoena to Kuhmo Tire, U.S.A., Inc., dated May 31, 2012). I understand only Pirelli Tires ("Pirelli") provided any documents in response to the subpoenas.  I understand the document provided by Pirelli is a listing of less than 250 vehicle warranty claims related to the tire warranty it offered to original purchasers of Class Vehicles for which Pirelli provided the original tires (Pirelli – Warranty Claim Spreadsheet.pdf).

[33] P001358.

[34] Mr. Bonifas described his responsibilities as a Program Manager as being "responsible for the vehicle from the time it leaves the dealership until the -- forever.  So I'm responsible to monitor that vehicle in customers' hands and provide feedback to engineering or manufacturing and to make sure the dealers have all the tools and information they need to properly service a vehicle" (Deposition of Richard Bonifas, September 6, 2012, (hereafter "Bonifas Deposition"), 11:18-25).

[35] The sales to these customers sometimes represent up to 20 percent of the Ford Focus build.  Bonifas Deposition, 233:6-11.

[36] Bonifas Deposition, 233:21-234:3.

[37] With the exception of one CQIS report.  See Bonifas Deposition, 213:23-214:24.

related to the Ford Focus.[38]  The third source is the industry standard tire wear testing that was performed by an independent supplier during the developmental phases of the Ford Focus.[39]  The results of this Texas fleet test did not indicate any signs of premature tire wear—to the contrary, the test indicated a long tire life.[40]

With regard to the Ford documents cited by the Plaintiffs' Experts, I understand that they are not representative of the full production of documents produced by Ford.  For example, there are documents produced by Ford that state that it has investigated the tire wear issue and concluded that there was not a problem with premature tire wear on the Ford Focus.[41]  There are also documents that indicate that the warranty claims for the Ford Focus related to tire wear are below the company average.[42]  Similarly, while Mr. Lepper and Professor Tkacik reference a large number of CQIS[43] reports related to premature tire wear as evidence of a problem with tire wear,[44] the frequency of CQIS reports as a percentage of vehicles sold (i.e., the rate of such repairs) is actually lower for the Ford Focus than for Ford, Lincoln, and Mercury passenger cars and light trucks other than the Ford Focus.[45]  In other words, it isn't surprising to have a large number of reports regarding an issue even in the absence of a defect when there have been over a million vehicles sold.

---

[38] Bonifas Deposition, 215:5-12.

[39] Webb Deposition, 29:5-9.

[40] See e.g., Tkacik Deposition, 268:7-262:15 and Exhibit 18 to Tkacik Deposition,at DNL2 00012472.

[41] See for example, DNL2 00006843-844 at DNL2 00006843 and DNL2 00001417.

[42] See for example, DNL200006408-423 at DNL2 00006416.

[43] CQIS stands for Common Quality Indicator Systems (https://www.fleet.ford.com/glossary/default.asp, accessed March 15, 2013).

[44] Lepper deposition, 145:11-146:12 and Tkacik deposition, 125:12-126:4 and 128:13-130:5.

[45] According to the Declaration of Janet Conigliaro, there were 4,792 CQIS reports relevant to "certain aspects of the suspension system and tires" on the Class Vehicles and there were 1,202,860 Class Vehicles sold in the United States, which implies a complaint rate for the Class Vehicles of 0.398 percent.  In comparison, there were 81,561 CQIS reports for the same types of issues for Ford, Lincoln, and Mercury passenger cars and light trucks other than the Ford Focus during the Class Period, which yields a complaint rate of 0.677 percent. (Declaration of Janet Conigliaro dated March 14, 2013, pp. 4-5).

**B.** **Based on a review of used car sale transactions, the depreciation rate of Class Vehicles is inconsistent with Plaintiffs' claims**

I analyzed data obtained from the National Automobile Dealers Association ("NADA")[46] and find no evidence that the Class Vehicles have suffered excess depreciation, which would be expected if the market valued Class Vehicles less due to the Alleged Defect.

*1.*   *No Evidence of Excess Depreciation for the Class Vehicle*

In my analysis of resale values for the Class Vehicles, I found no evidence to support the claim that the Alleged Defect resulted in excess depreciation for Class Vehicles.  Data reflecting secondary market transactions show that the Class Vehicles depreciate at a rate similar to comparable vehicles.  Thus, the Named Plaintiffs, and the Putative Class they represent experienced the same used car prices as would be expected for vehicles without the Alleged Defect.

a)   Benchmark Vehicles

The first step in my analysis of possible excess depreciation was to identify a set of vehicles comparable to the Class Vehicles.  The purpose of selecting these vehicles is to provide a benchmark against which to evaluate the depreciation of the Class Vehicles.  I have adopted the classifications provided by the NADA to identify vehicles comparable to the Ford Focus. NADA classifies the Ford Focus as an "Intermediate Compact Vehicle" for model years 2005-2011.  For purposes of my analysis, I have assumed that the other vehicles in NADA's Intermediate Compact Vehicle segment are comparable to the Ford Focus.  I refer to these vehicles as Benchmark Vehicles.  See **Exhibit 7** for the full list of vehicles in this segment in each year.  I only included a vehicle in the benchmark in those years if it was included in the Intermediate Compact Vehicle segment by NADA.

b)   Data

The second step was to obtain data on used car prices, which I obtained from the NADA.[47]  Its flagship product is the NADA Used Car Guide, which provides buyers and sellers

---

[46] NADA is a leading industry organization and represents over 16,000 dealers and 32,500 franchises around the world (http://www.nada.org/AboutNADA/, accessed March 12, 2013).

of used automobiles with an expected price for their vehicles.  NADA estimates the price of used cars based on resale values of vehicles traded in major auction houses in the United States.  These data are derived from millions of transactions at auctions and NADA has data for approximately 80% of automobile auction sales in the United States.[48]

The NADA data contain the make, model, and trim details for each vehicle in the Intermediate Compact Vehicle segment for model years 2005 through 2011 as well as the NADA average auction price and the number of transactions.  The data are reported quarterly so that for each trim, there are four observations per year.  I obtained data for calendar years 2005 through 2012.

In analyzing the data, I controlled for the fact that different models are introduced at different times during the year, which likely means that they will first be observed in the used car market at different times as well.  This may be important because two different models for the 2005 model year that are sold as used cars in the fourth quarter of, say, 2007 will be at different points in their depreciable lives if one model was originally released in mid-2004 and the other was released in late 2004.  To control for this, I identified the first observation in the data for each trim.

My review of the data revealed that the transaction volume in the first year after a vehicle is first observed in the NADA data is low, but increases by the fifth quarter following that date.  Therefore, I analyzed data beginning in the fifth quarter after the first transaction observed in the NADA data.[49]

c)      Visual Review

In order to visually review the relative depreciation of the Class Vehicles and the Benchmark Vehicles, I created a model-level series for each model by weighting the trim level

---

[47] These NADA data are commonly used in the literature analyzing the depreciation of automobiles.  See for example, footnote three in Ackerman, S.R., "Used cars as a depreciating asset," 11 *Economic Inquiry* 465 (1973).

[48] NADA. "NAAA and NADA Extend AuctionNet Partnership through 2016": http://www.naaa.com/pdfs/2012Spring_OTBNewltr.pdf, accessed January 18, 2013.

[49] This technique is consistent with the method used in Ackerman, S.R., "Used cars as a depreciating asset," 11 *Economic Inquiry* 465 (1973).

data by transaction volume across time, which gives more weight to popular trims.  **Exhibits 8A to 8G** contain model year specific graphs for 2005 through 2011.  As can be seen in these graphs, the used car prices for the Ford Focus as a percent of their initial used car price are within the range of those for the Benchmark Vehicles.  For 2008, 2010, and 2011, the Ford Focus prices appear to be toward the upper end of the range.

While the visual inspection indicates the Class Vehicles are not experiencing excess deprecation, I conducted a more rigorous statistical review of the data that I discuss below.

### d)    Depreciation Estimation

In order to evaluate the rate of depreciation of Class Vehicles, I relied upon widely accepted academic methods for estimating depreciation.  Economists study decline in the value of an asset over time by measuring its rate of decline, i.e., its rate of depreciation.[50]  Certain assets, such as automobiles, are known to depreciate exponentially; the value of these assets tends to decrease by a fixed percentage instead of a fixed dollar amount over time.[51]  There is a widely accepted method to measure exponential decay at a constant rate.[52]  For the purposes of my analysis, I relied on an existing application of this methodology to the market for used vehicles[53] and I have also adapted a regression model to test whether the Class Vehicles experience excess depreciation.[54]

---

[50] Depreciation rates are useful tools for predicting the value of an asset in the future, or for evaluating the financial attractiveness of different assets. For instance, accountants often use depreciation rates to distribute the cost of land, factories, and equipment over time in a manner proportional to their decline in value.

[51] See e.g., Ackerman, S.R., "Used cars as a depreciating asset," 11 *Economic Inquiry* 463-474 (1973); Bennet, W.B., "Consumption of Automobiles in the United States," *American Economic Review*, 57 (1967), p. 842; Cramer, J.S., "The Depreciation and Mortality of Motor-Cars," *Journal of the Royal Statistical Society*, 121 A (1956), p.32.

[52] The mathematical formula for exponential decay is: $Y_t = Y_0 e^{-rt}$, where $r$ is the constant exponential rate of decay, $Y_t$ is the price at any given point in time, $t$. $Y_0$ represents the initial price of the asset. See e.g., Ackerman, S.R., "Used cars as a depreciating asset," 11 *Economic Inquiry* 463-474 (1973).

[53] Ackerman, S.R., "Used cars as a depreciating asset," 11 *Economic Inquiry* 465 (1973).

[54] In particular, the U.S. resale automobile market quickly and efficiently discounts information on vehicle quality and is evidenced by a diminution of value for defective vehicles.  See, Hartman, R.S., "Product Quality and Market Efficiency: The Effect of Product Recalls on Resale Prices and Firm Valuation," *The Review of Economics and Statistics*, vol. 69, No. 2 (1987), pp. 367-372.

In the absence of the Alleged Defect, the depreciation rate of the Class Vehicles should be similar to that of the Benchmark Vehicles.  In other words, the average depreciation rate for the Benchmark Vehicles is a proxy for the depreciation of the Class Vehicles absent the Alleged Defect.  I rely upon an analytical framework and the tools of regression analysis to answer two key questions:

(1) How has the depreciation rate of the Class Vehicles differed from the average depreciation rate of comparable Benchmark Vehicles?

(2) What degree of certainty can we ascribe to any observed difference in depreciation?  What is the likelihood that any difference is caused by chance?  In other words, is any difference statistically significant?

If a systematic design defect – such as the Alleged Defect – had negatively affected the perceived value of Class Vehicles at some point after the initial purchase, then, other things being equal, one would expect that the Ford Focus would depreciate faster than Benchmark Vehicles.[55]

e)      Framework for Regression Analysis

I evaluate the difference in depreciation rates between Class Vehicles and Benchmark Vehicles using regression analysis.[56]  These models are the most common form of regression analysis and are used to explain linear relationships between independent and dependent variables.[57]  Since automobiles tend to depreciate at a constant exponential rate, I used the logarithmic transformation of price.[58, 59]

---

[55] In the alternative, if the Alleged Defect negatively affected the new car price of Class Vehicles then we would not expect to observe excess depreciation.  However in that case there would be no harm to Putative Class members because the original price paid would have represented the value of the vehicle as delivered.

[56] While Plaintiffs' Experts extrapolate findings from a handful of vehicles, my empirical analysis is based on economic experience for thousands of vehicles.

[57] Mendenhall, W., Reinmuth J.E., Beaver, R., Dunhan, D., "Statistics for Management and Economics," (5th Edition) 1986 Duxbury p. 526.

[58] Logarithms are commonly used in regression analysis to measure percentage change instead of absolute change.  Mathematically, this transformation is the exponential equivalent to a linear regression.  See, e.g., Hein, D.M., "A Note on Log-Linear Regression," *Journal of American Statistical Association*, Vol 63. No 323 (1968), p. 1038.

For the purposes of evaluating the Named Plaintiffs' claim of economic harm, I use a mixed model that accounts for the hierarchical structure of the NADA data.[60, 61]

1. Level 1: Vehicle Trim

$$(LogP_t - LogP_0)_{ij} = \beta_{0j} + \beta_{1j}(Time_{ij}) + r_{ij}$$

2. Level 2: Vehicle Model

$$\beta_{0j} = \gamma_{00} + \alpha_{0j}$$

$$\beta_{1j} = \gamma_{10} + \alpha_{1j}$$

Reduced Form of the Mixed Model:

$$(LogP_t - LogP_0)_{ij} = \underbrace{\gamma_{oo} + \gamma_{10}Time_{ij}}_{Fixed\ Effects} + \underbrace{\alpha_{oj} + \alpha_{1j}Time_{ij}}_{Random\ Effects} + r_{ij}$$

Here $\gamma_{10}$ represents the average quarterly depreciation for comparable vehicles and $\alpha_{1j}$ is the incremental quarterly depreciation of model j.[62] The basic purpose of this regression model is to estimate a linear relationship between price and time (i.e., the rate of depreciation). The model can be used to determine the average depreciation for a set of comparable vehicles and statistically test for differences between the rate of depreciation of Class Vehicles and this average. If the Alleged Defect caused a reduction in the perceived value of the Class Vehicles, then I would expect the incremental depreciation for Ford Focus vehicles (given by the random

---

[59] Regression analyses, where each observation represents a different time period, often contain information that can distort the testing of a hypothesis. In the case of automobile prices, there may be external shocks or changes in the value of a dollar (e.g., inflation) that influence resale values. I utilize a price index from the Bureau of Labor Statistics ("BLS") to correct for any changes in price levels over time. Specifically, I track changes in price levels using the "Consumer Price Index-All Urban Consumers" for used cars and trucks, available at http://www.bls.gov/cpi/data.htm.

[60] The functional form for the mixed linear model has been widely cited. See e.g., Bryk A.S., Raudenbush S.W. (2002). Hierarchical Linear Models in Social and Behavioral Research: Applications and Data Analysis Methods (2nd Edition) Sage Publications, pp. 16-37; Bryk, A.S., Raudenbush, S.W., "Toward a More Appropriate Conceptualization of Research on School Effects: A Three-Level Hierarchical Linear Model," Journal of Education, Vol. 97, No. 1 (Nov., 1988), pp. 65-108; and Sullivan, L.M., Dukes, K.A., Losina, E., "Tutorial in Biostatistics An introduction to Hierarchical Linear Modeling" Statist. Med. 18, (1999) pp.855-888.

[61] In estimating the model, I have weighted the trims of a model by the total number of transactions for each trim in the data used for each regression. The intent was to give more weight to those trims that are more popular and thus represent a larger portion of the data.

[62] The fixed effect estimates represents the estimated mean depreciation among all vehicle trims in the data. The random effects estimate is the statistically significant deviation (if any) from the mean that is attributable to each unique vehicle model.

effect, $\alpha_{1j}$ in the above model, corresponding to the Ford Focus) to be consistently large, negative, and statistically significant across all model years, indicating that the Class Vehicles depreciate at a faster rate than the benchmark vehicles.[63]

f)       Results and Discussion

**Exhibit 9** reports the estimated average quarterly depreciation for all vehicles in the NADA Intermediate Compact Vehicles segment (i.e., Benchmark Vehicles), and presents estimates for the incremental quarterly depreciation of the Class Vehicles for all model years in the Putative Class period.

Over the seven year class period spanning 2005-2011, the estimated average quarterly depreciation for Intermediate Compact Vehicles ranges from a high of -4.58 percent for 2011 model year vehicles, to a low of -2.61 percent for 2009 model year vehicles. The regression model produced these estimates with great precision: the p-value for each estimate was infinitesimal and substantially lower than the 0.05 threshold for statistical significance.[64]

For all but one model year, the estimated incremental quarterly depreciation of the Ford Focus is statistically indistinguishable from the NADA Intermediate Compact Vehicle segment average.[65] Therefore, I conclude that the Putative Class Vehicles depreciated at a rate comparable to that of the Benchmark Vehicles average. This finding is inconsistent with Plaintiffs' claim that an Alleged Defect affected the value of every Class Vehicle and suggests that the Putative Class has not suffered economic harm resulting from the Alleged Defect.[66]

I have conducted my analysis at the national level because this allows me to consider the greatest amount of data on the Class Vehicles. In addition, there are likely Putative Class

---

[63] See the following section for a discussion of statistical significance in the context of this case.

[64] The p-value represents the probability that the estimated value of depreciation rates of the Intermediate Compact Vehicles would have resulted from chance. Typically, if a p-value is below or equal to 0.05 then the estimated relationship is considered statistically significant, and not the result of chance.

[65] For model year 2005, the Ford Focus actually retains *more* value than the Benchmark Vehicles and depreciates incrementally *less* than the average by 0.22 percent per quarter.

[66] I have also visually inspected the depreciation rate of the Ford Focus vis-à-vis the benchmark vehicles in **Exhibits 8A to 8G** and concluded that there does not appear to be a point at which the depreciation rate for the Ford Focus accelerates. In other words, it does not appear that the Alleged Defect became known at some point during the Class Period resulting in excess depreciation for Class Vehicles after that date.

17

members across the United States because they may have moved after acquiring their vehicles. In order to assess whether the results for California differ from the national results I replicated my analysis using only data for California resale transactions.  The California results are consistent with the national results discussed above (see **Exhibits 10A-10G and 11**).

### C.   Named Plaintiffs' tire wear experience is not typical of the tire wear experienced by fleet owners who represent a significant share of the Putative Class

While each of the five Named Plaintiffs claims to have experienced accelerated tire wear as a result of the Alleged Defect, their experience does not appear to be typical.  For example, the frequency with which the Named Plaintiffs replaced their tires is much greater than observed in the much larger set of Class Vehicles analyzed in Section III.A above.  **Exhibit 12** provides a graphical summary of the frequency of Tire Events for the fleet vehicles compared to that of the Named Plaintiffs.  To create **Exhibit 12**, I grouped the fleet vehicles into 2,500 mile mileage categories by the number of Tire Events.  The height of the bar indicates the number of vehicles in the mileage category and the color of the bar segment indicates the number of Tire Events.  As can be seen in the exhibit, the majority of vehicles did not have a Tire Event and very few had two or three Tire Events.  In contrast, among the Named Plaintiffs the experience was markedly different.  The color of the box around the name of each Named Plaintiff indicates the number of tire changes the Named Plaintiff claimed and the line indicates the mileage category into which the Named Plaintiff would have been grouped.  With the exception of Ms. Daniel, all of the Named Plaintiffs had two or more tire changes and one even had four, which is more than any of the fleet vehicles.[67]

**Exhibit 13** presents a summary of the distribution of Tire Events for the fleet vehicles and tire changes for the Named Plaintiffs.  The exhibit demonstrates that the Named Plaintiffs' tire changes were more frequent than observed among the fleet vehicles with greater than 40,000

---

[67] Ms. Glass also may have had four tire changes.  She provided invoices for three tire changes and a quote for a fourth.  Because she did not provide an invoice for the transaction, I have not considered it a tire change, but if she in fact replaced her tires on that date, then Ms. Glass would have four tire changes as well. See **Exhibit 13**, note [2].

miles.  Among the fleet vehicles, the most common number of Tire Events was zero while among the Named Plaintiffs it was two tire changes.  The proportion of the fleet vehicles with three Tire Events was only one percent, but among the Named Plaintiffs it was 20 percent. Finally, none of the fleet vehicles had four Tire Events, while 20 percent of the Named Plaintiffs had four tire changes.

**Exhibits 13 and 14** demonstrate that the premature tire wear experienced and tire replacement costs incurred by the Named Plaintiffs are not similar to those of at least the portion of the Putative Class represented by the fleet vehicle data.  As noted above, Hertz also did not report problems with premature tire wear,[68] which indicates that the Named Plaintiffs' experience is not typical compared to that of a major rental car companies as well.  Fleet sales and sales to rental car companies represent a significant portion of Ford Focus sales.  For example, in 2011, sales to fleets and rental car companies represented approximately 45 percent of Ford Focus sales.[69]  Therefore, assuming the experience of the fleet vehicles I analyzed is similar to other fleets, the Named Plaintiffs are atypical of (at least) almost half the Putative Class.

The Named Plaintiffs' tire wear experience is also dissimilar from that of Ford's tire testing, which shows that it was not "atypical for a Focus to get a tire wear number of 140,000 miles."[70]

Professor Tkacik states in his report that the Named Plaintiffs' vehicles "are not outliers in the population of Ford Focus vehicles on the road."[71]  He does not provide any support for this statement and appears to have no valid basis on which to make the statement. In contrast, the evidence described above clearly indicates that the experience of the Named Plaintiffs was not typical.

---

[68] See Tkacik Deposition, 264:18-265:12 and Tkacik Deposition, Exhibit 17 at P001358.

[69] See http://www.forbes.com/sites/joannmuller/2012/01/25/why-ford-needs-to-worry/print/, accessed March 13, 2013 and http://blog.caranddriver.com/march-2012-sales-what-the-headlines-don%E2%80%99t-tell-you/, accessed March 15, 2013.

[70] Tkacik Deposition, 268:11-15.

[71] Tkacik Report, p.4.

**D.     Assuming *in arguendo* that the Alleged Defect exists, Plaintiffs' damage remedy overstates the damage suffered by current owners of Class Vehicles**

  *1.     Plaintiffs' damage remedy overstates the damage suffered by current owners of Class Vehicles because it fails to account for vehicles where it is more efficient to simply compensate the owner for the expected future incremental tire costs instead of repairing the vehicle*

Plaintiffs' proposed damage remedy is to "modify the rear suspension of the Ford Focus class vehicle in order to correct the vehicle's inherent rear tire wear problem due to the vehicle's geometry defect"[72, 73]  This remedy is a going forward remedy that, assuming they exist, will eliminate future excess tire replacement costs due to the Alleged Defect.  If the expected incremental tire costs are less than the cost to repair the vehicle, there is no reason to perform the more costly repair.[74]  Plaintiffs' damage estimate for each Class Vehicle is equal to the cost to repair the vehicle, which will overstate the true damages for every vehicle where the expected incremental tire cost is less than the cost of repair.

To estimate how large a problem this could be, I have used information provided by the Named Plaintiffs and their experts to estimate what tire replacement costs would be for hypothetical vehicles with different remaining lives.  Specifically, I assumed that tires have an average life of 40,000 miles in a vehicle without the Alleged Defect and the estimated life of a tire in a vehicle allegedly affected by the Alleged Defect is approximately 22,652 miles, which is based on the experience of the Named Plaintiffs.  I have also assumed that the average cost to repair four tires is $383, which is again based on the experience of the Named Plaintiffs.  Given these assumptions, the owner of a vehicle with 75,000 miles left before salvage will only incur an incremental tire replacement cost of approximately $496, which is less than 60 percent of Plaintiffs' lowest damage estimate and less than a third of Plaintiffs' largest damage estimate (see **Exhibit 14**).  The owner of a vehicle with 95,000 miles left before salvage will incur an incremental tire replacement cost of approximately $628, which is less than 75 percent of

---

[72] Plaintiffs' First Supplemental Initial Disclosures, January 13, 2013, (hereafter "Plaintiffs' First Supplemental Initial Disclosures")., p. 1.

[73] I understand that under California Civil Code, this is not a measure of damage allowed (California Civil Code 3343).

[74] I understand that Plaintiffs' have alleged that the Alleged Defect is a safety issue, but Professor Tkacik, their own tire expert, stated that "the suspension is a safe design" (Tkacik Deposition, 270:7-8).

Plaintiffs' lowest damage estimate and approximately 40 percent of Plaintiffs' largest damage estimate (see **Exhibit 15**).

If one assumed the average life of a vehicle is 200,000 miles[75] and an average annual mileage of 13,333 miles,[76] then the cost to repair 2005 model year Class Vehicles would, on average, exceed the cost of paying for additional tire changes for 2005 model year Class Vehicles (see **Exhibit 16**).  This, however, is based on averages while actual experience, which is what matters, will vary by vehicle and class member.  Individual inquiry would be required to determine the expected life of a vehicle, the expected mileage left before salvage, the actual frequency of tire replacements, the frequency of tire replacements absent the Alleged Defect, and the cost of tire replacements.  Individual inquiry would be required of each of these determinations for each Class Vehicle to assess whether the correct damage amount is the cost of repair or the expected cost of future tire changes.

Considering the sales volume of the Ford Focus was larger in the early years of the class, 25,066 in 2005 as compared to 4,620 in 2011 for example, Plaintiffs' failure to account for the relatively short remaining lift of some Class Vehicles is likely to significantly overstate damages. Model year 2005 Ford Focuses for example make up just over 30 percent of the Putative Class.[77]

> 2.    *Tire replacement frequency but-for the Alleged Defect will be highly individualized and depends on numerous conditions, including how the vehicle and tires were maintained, the conditions in which a vehicle was driven, and the driving habits of individual drivers.*

The various factors that contribute to tire wear vary among individual members of the Putative Class. These factors include how the vehicles and the tires were maintained including whether and how often tires were rotated, whether the proper air pressure was maintained, and whether the car was kept in alignment.  They also include facts about the driver including how aggressively the drivers steers and brakes, the type and condition of roads on which the driver takes the vehicle, the weather conditions in which the driver operates the vehicle, and how much

---

[75] See http://news.consumerreports.org/cars/2009/03/how-long-can-my-car-last.html, accessed March 7, 2013.

[76] See http://www.consumerreports.org/cro/2012/05/make-your-car-last-200-000-miles/index.htm, accessed March 7, 2013.

[77] DNL1 000001-03 at DNL1 000001.

weight the driver places in the vehicle.  The tire brand also plays an important role.  All of these factors can affect tire wear and the information needed to calculate damages is only available through individual inquiry.

> 3.      *Plaintiffs' damage remedy overstates the damage suffered by current owners of Class Vehicles because it fails to account for the economies of scale that Ford could realize to complete the proposed repairs most efficiently*

Messrs. Webb and Lepper opined on the costs of implementing the Plaintiffs' proposed remedy.  Mr. Webb used estimating software to determine the cost of implementing the repair[78] and Mr. Lepper used a combination of estimation software and quotes from repair shops.[79] Neither expert correctly accounted for economies of scale nor volume discounts in their cost estimates.  Mr. Webb made no attempt to account for volume discounts.  His cost estimate is the cost that would be quoted to a single customer making the repair.[80]  Mr. Lepper only considered volume pricing for one of his cost estimates, but even then he only considered a run of 100 units.[81]  There are 82,290 Class Vehicles,[82] however.  Mr. Lepper agrees that the cost of producing parts for the whole class would be lower than his estimate, but claims he does not know by how much.[83]  In other words, his estimate is too high, but he doesn't know the amount by which it is too high.

Professor Tkacik's testimony supports the conclusion that the numbers quoted by Messrs. Webb and Lepper are high because they fail to account for volume discounts.  Specifically, Professor Tkacik testified he suspected that "if you fix people's cars, you are not going to spend whatever those enormous numbers were to do one car."[84]

---

[78] Webb Deposition, 321:17-322:5.

[79] Lepper Deposition, 271:17-274:6.

[80] Webb Deposition, 322:23-323:17.

[81] Lepper Deposition, 273:3-18 and 274:18-24.

[82] DNL1 000001-03.

[83] Lepper Deposition, 275:1-6.

[84] Tkacik Deposition, 263:13-15.

   4.   *Plaintiffs' damage remedy overstates the damage suffered by current owners of Class Vehicles because it fails to account for vehicles not experiencing premature tire wear*

Plaintiffs' damage remedy is to multiply their estimated repair costs by the number of Class Vehicles.  Mr. Webb, one of Plaintiffs' Experts, however, stated in his deposition that he did not see a reason for owners of Class Vehicles that are not experiencing premature tire wear to spend between $800 and $1,200 on parts.[85]  Mr. Webb also agreed there are a number of Putative Class members that are not experiencing premature tire wear.[86]  Professor Tkacik similarly testified that he "feel[s] confident there are thousands of Ford Focuses with less than 2,000 miles of tire life, and there are thousands [he] is sure with over 40,000 miles of tire life."[87]

In addition to the statements by Plaintiffs' Experts' regarding their expectation that some Class Vehicles are not experiencing premature tire wear, I present direct evidence in Section III.A.2 above that the majority of Class Vehicles that are part of fleets for which I have data are not experiencing premature tire wear.

Based on Plaintiffs' own experts' testimony, my results, and simple logic, it is clear that Plaintiffs' damage remedy overstates damages.  Owners of vehicles that are not exhibiting premature tire wear have not been damaged and, therefore, no damages should be calculated for these vehicles.  Because Plaintiffs' remedy makes no attempt to determine which of the Class Vehicles are exhibiting premature tire wear, the remedy overstates damages.

To correct this problem, individual inquiry would be required to determine which vehicles are experiencing premature tire wear.  Not only would this be unmanageable simply due to the large number of cars, but according to a Plaintiffs' expert the determination of whether an individual vehicle is experiencing premature tire wear is difficult.  According to Mr. Webb, the assessment depends on many factors and one cannot simply assume that every vehicle with average tire wear of less than 40,000 miles is exhibiting premature tire wear.[88]  To evaluate

---

[85] Webb Deposition, 323:23-324:17.

[86] Webb Deposition, 323:18-22  and 267:15-268:13

[87] Tkacik Deposition, 122:1-4.

[88] Webb Deposition, 107:13-20.

whether a particular vehicle experienced premature tire wear, Mr. Webb testified that one would need to conduct an analysis of the vehicle, the vehicle's driver's habits, and the maintenance of the tires.[89]

E.   **Assuming *in arguendo* that the Alleged Defect exists, Plaintiffs' damage remedy does nothing to compensate Putative Class members who have sold their Class Vehicle or returned it upon expiration of a lease**

Plaintiffs propose a remedy intended to correct the Alleged Defect, which, assuming it exists, would eliminate future incremental tire replacement expenses caused by the Alleged Defect.  The benefits of Plaintiffs' proposed remedy would only accrue to the current owners of Class Vehicles and in no way compensate former owners of Class Vehicles.  Plaintiffs have proposed no measure of damage with any connection to any losses experienced by former owners.

Similarly, Plaintiffs' remedy fails to compensate individuals who leased a Class Vehicle and opted not to buy the vehicle at the end of the lease term.[90]  As of 2011, approximately 78 percent of lessees did not purchase the vehicle at the end of the lease, which was down from a historical average of 84 percent.[91]  Therefore, the majority of Putative Class members who leased a Class Vehicle would receive no compensation under the Plaintiffs' proposed remedy.

F.   **Repeat customers have not suffered any damage because they would have been aware of the Alleged Defect due to their experience owning their initial Ford Focus**

I understand that under California Civil Code, one "is entitled to recover the difference between the actual value of that with which the defrauded person parted and the actual value of that which he received."[92]  Therefore, if someone was aware of the Alleged Defect at the time of

---

[89] Webb Deposition, 107:1-6.

[90] According to Edmunds leasing data, as of 2011, the average car lease term is 36 months. Thus, as of the date of this report, leased 2005-2009 model year vehicles, on average, would have been returned to the dealership for resale.  See http://www.edmunds.com/car-leasing/leasing-is-back-with-some-new-twists.html, accessed March 11, 2012.

[91] Approximately 78 percent of car leasers do not buy their vehicles at the end of their lease. See http://bucks.blogs.nytimes.com/2011/06/24/leasing-a-car-it-may-have-hidden-value/, accessed March 11, 2013.

[92] California Civil Code 3343(a).

purchase the price they paid would reflect the reduced value, if any, resulting from the Alleged Defect.  This argument is especially applicable to fleets that purchased large numbers of Class Vehicles over multiple years.  According to Mr. Bonifas of Ford, fleets such as Hertz, Budget, Avis, and Enterprise purchased Class Vehicles "every year, year after year" throughout the class period.[93]

The fleet managers with a large number of Class Vehicles in their fleet would be aware of any excessive tire wear and the operating cost required to maintain their vehicles.  Therefore, it is reasonable to assume that if the Alleged Defect actually exists fleet managers would be aware of it.  In their Complaint, the Plaintiffs argue as follows: "had Plaintiffs and other Class Members known that the Defective Vehicles were defective, they would not have purchased the Defective Vehicles or would have paid less for them."[94]  Therefore, it is unlikely that repeat purchasers of Class Vehicles, especially fleets, have suffered any damage since they would have known about the Alleged Defect, if any, at the time of purchase.

**G.    The accrued actual and compensatory damages claimed by the Named Plaintiffs' overstates their damages because they fail to account for expected wear, include costs unrelated to the Alleged Defect, and fail to account for rebates**

While Plaintiffs have not presented a class wide formula for calculating actual and compensatory damages, the Named Plaintiffs have claimed accrued actual and compensatory damages ranging from $190.62 to $1,547.85.[95]  Their claims are broadly categorized as "Tire Replacement" or "Alignment/Other Repair" costs that they allegedly incurred as a result of the Alleged Defect.   There is variability among the Named Plaintiffs' claims, with only two of the five Plaintiffs claiming damages for Alignment/Other repairs.

The amounts disclosed for tire replacement, however, do not account for the normal tire wear that the Named Plaintiffs would have realized.  Instead, the Named Plaintiffs' are claiming as damage the full cost of every tire change they have had on their vehicles.  Even if the Alleged

---

[93] Bonifas Deposition, 232:23 – 233:15.

[94] Complaint, ¶89.

[95] Plaintiffs' Initial Disclosures, p. 3 (hereafter "Plaintiffs' Initial Disclosures").

Defect exists, the Named Plaintiffs should only be compensated for the incremental tire wear that resulted from the Alleged Defect. They are not entitled to free tires for the life of the vehicle, which is what is assumed by the Named Plaintiffs' assertion. The Named Plaintiffs are responsible for the cost of routine tire replacement.

1. *As noted above, determining the amount of expected tire wear is an individualized question that depends on numerous factors.*

Determining the amount of tire wear that represents routine wear and the amount that represents premature wear is a difficult task. The true threshold for premature tire wear will vary from vehicle to vehicle. As discussed earlier in Section III.D.2 above, numerous factors will affect the rate at which tires wear. For example, the "Consumer Guide to Uniform Tire Quality Grading" states that "the relative performance of tires depends on the actual conditions of their use… and may depart significantly from the norm due to variations in driving habits, service practices and differences in road characteristics and climate."[96] Therefore, while there may be an average threshold for premature wear, the *actual* threshold for premature wear would vary for each individual.[97] Depending on an individual's driving habits, road conditions, and maintenance history, every driver will wear out tires at a different rate and some drivers could travel significantly more than 40,000 miles without experiencing premature wear.[98]

Plaintiffs' Experts echo the notion that expected tire wear varies from individual to individual. For example, Thomas Lepper testified that "you can't draw a line in the sand and say that this is premature [tire wear] and this is not. It depends on the conditions that car has been driven in."[99]

---

[96] "Consumer Guide to Uniform Tire Quality Grading," Lepper Deposition, Exhibit 5 at p.19. Additionally, multiple factors that vary among individuals such as vehicle loading, vehicle suspension, spring rates, tire compound and tread pattern, wheel size, tire pressure, tire rotation, driving habits, braking habits, road surfaces and conditions, condition of brake system components, condition of suspension components, condition of steering system components, changes to suspension geometry, vehicle alignment and proper maintenance of alignment can affect tire wear. See Bonifas Deposition, Exhibit 2, September 6, 2012.

[97] One could imagine that the threshold for premature wear would fall below 40,000 miles for individuals that drive aggressively and do not rotate their tires regularly.

[98] Webb Deposition, 270:10-15.

[99] Lepper Deposition, 141:18-21.

Similarly, Andrew Webb acknowledged that individual inquiry is required to make a determination of premature tire wear.  In order to determine whether wear on a particular vehicle is premature, he stated that he would have to do a "full blown analysis of that car – that drivers habits and the maintenance on [its] tires."[100]  Mr. Webb would have to look at each car "to see whether or not the wear was premature due to a design defect."[101]

Additionally, just because a vehicle travels less than 40,000 miles before the tires have to be replaced, it does not necessarily indicate that the tires wear prematurely because of a defect. Mr. Webb testified that he "can envision ways that tire wear can happen on new vehicles and it wears out quicker than 40,000 miles" and that such a fact "wouldn't cause [him] to render an opinion that that vehicle's defectively designed" –he would "have to study the–the mechanism. Study the–the potential causes and study that phenomenon."[102]

> 2.    *Donna Glass and Margie Daniel overstate their compensatory damages because they either request compensation for purchases lacking complete documentation or do not account for compensation already received through rebate.*

In addition to being overstated because they fail to account for normal tire wear, the Named Plaintiffs' compensatory damages are overstated because they include costs for purchases lacking full documentation and fail to account for rebates received on the purchases for which damages are claimed.  For example, Donna Glass claims compensatory damages of $1,547.85, which includes a claim of $369.52 for the purchase of two new tires on June 8, 2010.[103]  Ms. Glass has produced a quote for the purchase of tires on that day, but neither invoice records nor testimony from Ms. Glass indicate that these tires were actually purchased.[104]  If the transaction was not actually completed, compensatory damages Ms. Glass claims would be overstated.

---

[100] Webb Deposition, 107:1-6.

[101] Webb Deposition, 107:7-12.

[102] Webb Deposition, 273:20-274:3.

[103] See Plaintiffs' Initial Disclosures, p. 3 and Compliant, p.24.

[104] While a quote was obtained for the service, no invoice was provided.  Ms. Glass was unable to corroborate whether the purchase was actually made.  See Deposition of Donna Glass,84:4-12 and P000021-040 at 030.

Margie Daniels claims tire replacement damages of $417.07,[105] but admitted in her deposition that she received a $100 rebate on the new tires she purchased,[106] which was not accounted for in her damage claim.  Therefore, after subtracting the rebate she spent only $317.07.

Submitted on March 15, 2013

Bruce A. Strombom, Ph.D.
Los Angeles, California

---

[105] See Plaintiffs' Initial Disclosures, p. 3 and P00001-018 at P000016-017.

[106] Deposition of Margie Daniels, December 14, 2012, p. 117:15-119:23.  See also Exhibit 14 to the Deposition of Margie Daniels, December 14, 2012 (P000016-017).

**Exhibit 1**

**Frequency of Tire Events by Model Year for Ford Focus Vehicles Having at Least 40,000 Miles from 2009 through 2011**

| Number of Events | Model Year | | | | | Total | Percent with Tire Event Out of Total | Average Mileage[5] |
| | 2005 | 2006 | 2007 | 2008 | 2009 | | | |
|---|---|---|---|---|---|---|---|---|
| **Zero Tire Events** | 0 | 0 | 51 | 45 | 2 | 98 | 68% | **53,044** |
| **One Tire Event** | 0 | 1 | 17 | 15 | 0 | 33 | 23% | **55,103** |
| **Two Tire Events** | 0 | 0 | 10 | 2 | 0 | 12 | 8% | **58,793** |
| **Three Tire Events** | 0 | 0 | 1 | 0 | 0 | 1 | 1% | **59,587** |
| **Total Vehicles** | 0 | 1 | 79 | 62 | 2 | 144 | 100% | **54,041** |

Notes:
[1] A vehicle is assumed to have had a tire event in a year if the annual Total Tire Cost is greater than or equal to $150 for that year. The number of events is the sum of tire events in years 2009 through 2011.
[2] Analysis excludes vehicles where the Total Tire Cost or Annual Mileage variables are missing (or zero for Annual Mileage) for any year from 2009 through 2011.
[3] Analysis excludes vehicles with a three-year-mileage total during 2009 through 2011 that is less than 40,000 miles.
[4] 2010 and 2011 model year vehicles are dropped from the analysis because they were not on the market/road for the full three year period of study from 2009 through 2011. One 2010 vehicle and five 2011 vehicles are dropped.
[5] The mileage of each vehicle is calculated as the sum of Annual Mileage from 2009 to 2011.
[6] Over 98 percent of fleets report data to Utilimarc at the end of the year as of December 31. Less than two percent of the raw observations are for vehicles from fleets that reported as of June 30 of each year.

Source:
[A] Utilimarc 2009 - 2011 automotive fleet data.

**Exhibit 1A**
**Frequency of Tire Events Using Alternative Pricing Method by Model Year**
**for Ford Focus Vehicles Having at Least 40,000 Miles from 2009 through 2011**

| Number of Events | Model Year | | | | | Total | Percent by Tire Event Out of Total | Average Mileage[5] |
|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | | | |
| Zero Tire Events | 0 | 0 | 55 | 50 | 2 | 107 | 74% | 53,727 |
| One Tire Event | 0 | 1 | 16 | 12 | 0 | 29 | 20% | 54,691 |
| Two Tire Events | 0 | 0 | 8 | 0 | 0 | 8 | 6% | 55,870 |
| Three Tire Events[7] | 0 | 0 | 0 | 0 | 0 | 0 | 0% | 0 |
| Total Vehicles | 0 | 1 | 79 | 62 | 2 | 144 | 100% | 54,041 |

Notes:
[1] A vehicle is assumed to have had a tire event in a year if the annual Total Tire Cost is greater than or equal to $150 or any annual Tires Parts Cost is greater than or equal to $100 for that year. The number of events is the sum of tire events in years 2009 through 2011.
[2] Analysis excludes vehicles where the Total Tire Cost or Annual Mileage variables are missing (or zero for Annual Mileage) for any year from 2009 through 2011.
[3] Analysis excludes vehicles with a three-year-mileage total during 2009 through 2011 that is less than 40,000 miles.
[4] 2010 and 2011 model year vehicles are dropped from the analysis because they were not on the market/road for the full three year period of study from 2009 through 2011. One 2010 vehicle and five 2011 vehicles are dropped.
[5] The mileage of each vehicle is calculated as the sum of Annual Mileage from 2009 to 2011.
[6] Over 98 percent of fleets report data to Utilimarc at the end of the year as of December 31. Less than two percent of the raw observations are for vehicles from fleets that reported as of June 30 of each year.
[7] There were zero vehicles with at least 40,000 miles and three tire events using the alternative pricing methodology described in note [1].

Source:
[A] Utilimarc 2009 - 2011 automotive fleet data.

**Exhibit 2**
**Distribution of Tire Events by Mileage for Ford Focus Vehicles Having at Least 40,000 Miles**



Note:
[1] See Exhibit 3 for vehicle counts and exhibit notes.
Sources:
[A] Utilimarc 2009 - 2011 automotive fleet data.
[B] Exhibit 3.

ANALYSIS GROUP, INC.

**Exhibit 3**

**Vehicle Counts for Distribution of Tire Events by Mileage for Ford Focus Vehicles Having at Least 40,000 Miles**

| Number of Events | 40,000-49,999 Miles | 50,000-59,999 Miles | 60,000-69,999 Miles | 70,000-79,999 Miles | >=80,000 Miles | Total >= 40,000 Miles |
|---|---|---|---|---|---|---|
| Zero Tire Events | 47 | 28 | 15 | 6 | 2 | 98 |
| One Tire Event | 18 | 7 | 3 | 2 | 3 | 33 |
| Two Tire Events | 4 | 2 | 5 | 0 | 1 | 12 |
| Three Tire Events | 0 | 1 | 0 | 0 | 0 | 1 |
| Total Vehicles | 69 | 38 | 23 | 8 | 6 | 144 |

| Number of Events | 40,000-49,999 Miles | 50,000-59,999 Miles | 60,000-69,999 Miles | 70,000-79,999 Miles | >=80,000 Miles | Total >= 40,000 Miles |
|---|---|---|---|---|---|---|
| Zero Tire Events | 68% | 74% | 65% | 75% | 33% | 68% |
| One Tire Event | 26% | 18% | 13% | 25% | 50% | 23% |
| Two Tire Events | 6% | 5% | 22% | 0% | 17% | 8% |
| Three Tire Events | 0% | 3% | 0% | 0% | 0% | 1% |
| Total Vehicles | 100% | 100% | 100% | 100% | 100% | 100% |

Notes:

[1] A vehicle is assumed to have had a tire event in a year if the annual Total Tire Cost is greater than or equal to $150 for that year.

[2] Analysis excludes vehicles where the Total Tire Cost or Annual Mileage variables are missing (or zero for Annual Mileage) for any year from 2009 through 2011.

[3] Analysis excludes vehicles with a three-year-mileage total during 2009 through 2011 that is less than 40,000 miles.

[4] 2010 and 2011 model year vehicles are dropped from the analysis because they were not on the market/road for the full three year period of study from 2009 through 2011. One 2010 vehicle and five 2011 vehicles are dropped.

[5] The mileage of each vehicle is calculated as the sum of Annual Mileage from 2009 to 2011.

[6] Over 98 percent of fleets report data to Utilimarc at the end of the year as of December 31. Less than two percent of the raw observations are for vehicles from fleets that reported as of June 30 of each year.

Source:

[A] Utilimarc 2009 - 2011 automotive fleet data.

ANALYSIS GROUP, INC.

**Exhibit 4**
**Frequency of Ford Focus Tire Events by Model Year**
**from 2009 through 2011**

| Number of Events | Model Year | | | | | Total | Percent by Tire Event Out of Total | Average Mileage[4] |
|---|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | | | |
| **Zero Tire Events** | 0 | 2 | 241 | 207 | 3 | 453 | 83% | **28,914** |
| **One Tire Event** | 1 | 3 | 40 | 31 | 0 | 75 | 14% | **39,068** |
| **Two Tire Events** | 0 | 0 | 12 | 2 | 0 | 14 | 3% | **54,356** |
| **Three Tire Events** | 0 | 0 | 1 | 0 | 0 | 1 | 0% | **59,587** |
| **Total Vehicles** | 1 | 5 | 294 | 240 | 3 | 543 | 100% | **31,029** |

Notes:
[1] A vehicle is assumed to have had a tire event in a year if the annual Total Tire Cost is greater than or equal to $150 for that year.
[2] Analysis excludes vehicles where the Total Tire Cost or Annual Mileage variables are missing (or zero for Annual Mileage) for any year from 2009 through 2011.
[3] 2010 and 2011 model year vehicles are dropped from the analysis because they were not on the market/road for the full three year period of study from 2009 through 2011. One 2010 vehicle and five 2011 vehicles are dropped.
[4] The mileage of each vehicle is calculated as the sum of Annual Mileage from 2009 to 2011.
[5] Over 98 percent of fleets report data to Utilimarc at the end of the year as of December 31. Less than two percent of the raw observations are for vehicles from fleets that reported as of June 30 of each year.

Source:
[A] Utilimarc 2009 - 2011 automotive fleet data.

**Exhibit 5**
**Mileage Distribution of Ford Focus Vehicles by Number of Tire Events from 2009 through 2011**



Notes:
[1] Grey shading identifies vehicle counts within the 40,000 miles threshold as indicated by the opposing experts.
[2] See Exhibit 6 for vehicle counts and exhibit notes.
Sources:
[A] Utilimarc 2009 - 2011 automotive fleet data.
[B] Exhibit 6.

ANALYSIS GROUP, INC.

**Exhibit 6**

**Mileage Distribution of Ford Focus Vehicles by Number of Tire Events from 2009 through 2011**

| Number of Events | 1-9,999 Miles | 10,000-19,999 Miles | 20,000-29,999 Miles | 30,000-39,999 Miles | 40,000-49,999 Miles | 50,000-59,999 Miles | 60,000-69,999 Miles | 70,000-79,999 Miles | >=80,000 Miles | Total Cars Any Mileage |
|---|---|---|---|---|---|---|---|---|---|---|
| **Zero Tire Events** | 31 | 123 | 122 | 79 | 47 | 28 | 15 | 6 | 2 | 453 |
| **One Tire Event** | 0 | 11 | 14 | 17 | 18 | 7 | 3 | 2 | 3 | 75 |
| **Two Tire Events** | 0 | 1 | 0 | 1 | 4 | 2 | 5 | 0 | 1 | 14 |
| **Three Tire Events** | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 |
| **Total Vehicles** | 31 | 135 | 136 | 97 | 69 | 38 | 23 | 8 | 6 | 543 |

| Number of Events | 1-9,999 Miles | 10,000-19,999 Miles | 20,000-29,999 Miles | 30,000-39,999 Miles | 40,000-49,999 Miles | 50,000-59,999 Miles | 60,000-69,999 Miles | 70,000-79,999 Miles | >=80,000 Miles | Total Cars Any Mileage |
|---|---|---|---|---|---|---|---|---|---|---|
| **Zero Tire Events** | 100% | 91% | 90% | 81% | 68% | 74% | 65% | 75% | 33% | 83% |
| **One Tire Event** | 0% | 8% | 10% | 18% | 26% | 18% | 13% | 25% | 50% | 14% |
| **Two Tire Events** | 0% | 1% | 0% | 1% | 6% | 5% | 22% | 0% | 17% | 3% |
| **Three Tire Events** | 0% | 0% | 0% | 0% | 0% | 3% | 0% | 0% | 0% | 0% |
| **Total Vehicles** | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

Notes:

[1] A vehicle is assumed to have had a tire event in a year if the annual Total Tire Cost is greater than or equal to $150 for that year.

[2] Analysis excludes vehicles where the Total Tire Cost or Annual Mileage variables are missing (or zero for Annual Mileage) for any year from 2009 through 2011.

[3] 2010 and 2011 model year vehicles are dropped from the analysis because they were not on the market/road for the full three year period of study from 2009 through 2011. One 2010 vehicle and five 2011 vehicles are dropped.

[4] The mileage of each vehicle is calculated as the sum of Annual Mileage from 2009 to 2011.

[5] Over 98 percent of fleets report data to Utilimarc at the end of the year as of December 31. Less than two percent of the raw observations are for vehicles from fleets that reported as of June 30 of each year.

Source:

[A] Utilimarc 2009 - 2011 automotive fleet data.

ANALYSIS GROUP, INC.

**Exhibit 7**

**NADA Intermediate Compact Vehicles and Corresponding Model Years**
**for 2005-2011**

| Vehicle Model | Model Year | | | | | | |
|---|---|---|---|---|---|---|---|
| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| Chevrolet Cavalier | X | | | | | | |
| Chevrolet Cobalt [1] | X | X | X | X | X | X | |
| Chevrolet Cruze [1] | | | | | | | X |
| Chevrolet HHR | | X | X | X | X | X | X |
| Chrysler PT Cruiser | X | X | X | X | X | X | |
| Dodge Caliber [2] | | | X | X | X | X | X |
| Dodge Neon [2] | X | | | | | | |
| Ford Focus | X | X | X | X | X | X | X |
| Honda Civic | X | X | X | X | X | X | X |
| Honda Insight | X | X | | | | X | X |
| Hyundai Elantra | X | X | X | X | X | X | X |
| Hyundai Tiburon | X | X | X | X | | | |
| Kia Forte [3] | | | | | | X | X |
| Kia Spectra [3] | X | X | X | X | X | | |
| Mazda Mazda3 | X | X | X | X | X | X | X |
| Mitsubishi Lancer | X | X | X | X | X | X | X |
| Nissan Sentra | X | X | X | X | X | X | X |
| Pontiac G5 | | | X | X | X | | |
| Pontiac Sunfire | X | | | | | | |
| Pontiac Vibe | X | X | X | X | X | X | |
| Saturn Astra | | | | X | | | |
| Saturn Ion | X | X | X | | | | |
| Subaru Impreza | X | X | X | X | X | X | X |
| Suzuki Aerio | X | X | X | | | | |
| Suzuki Forenza | X | X | X | X | | | |
| Suzuki Reno | X | X | X | X | | | |
| Suzuki SX4 | | | X | X | X | X | X |
| Toyota Corolla | X | X | X | X | X | X | X |
| Toyota Matrix | X | X | X | X | X | X | X |
| Toyota Prius | X | X | X | X | X | X | X |
| Volkswagen Golf [4] | X | X | | X | | X | X |
| Volkswagen Jetta | X | X | X | X | X | X | X |
| Volkswagen New Beetle | X | X | X | X | X | X | |
| Volkswagen Rabbit [4] | | X | X | X | X | | |

Notes:
[1] Chevrolet Cobalt was succeeded by the Chevrolet Cruze in 2011.
[2] Dodge Neon was discontinued after 2005; Dodge Caliber, its successor, debuted in 2007.
[3] Kia Spectra was succeeded by the Kia Forte in 2010.
[4] The Volkswagen Golf was renamed the Rabbit in 2006, but renamed back to the Golf in 2010. A version of the Golf, the R32, was sold in 2008.

Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005-2012.
[B] Edmunds.com.

**Exhibit 8A**
**Percentage Change in the National CPI-Adjusted NADA Price for the Ford Focus and Benchmark Vehicles, Model Year 2005**



Notes:
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS GROUP, INC.

# Exhibit 8B
# Percentage Change in the National CPI-Adjusted NADA Price for the Ford Focus and Benchmark Vehicles, Model Year 2006



Notes:
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS GROUP, INC.

# Exhibit 8C
# Percentage Change in the National CPI-Adjusted NADA Price for the Ford Focus and Benchmark Vehicles, Model Year 2007



**Notes:**
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS GROUP, INC.

# Exhibit 8D
## Percentage Change in the National CPI-Adjusted NADA Price for the Ford Focus and Benchmark Vehicles, Model Year 2008



Notes:
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS GROUP, INC.

## Exhibit 8E
## Percentage Change in the National CPI-Adjusted NADA Price for the Ford Focus and Benchmark Vehicles, Model Year 2009



Notes:
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS GROUP, INC.

# Exhibit 8F
# Percentage Change in the National CPI-Adjusted NADA Price for the Ford Focus and Benchmark Vehicles, Model Year 2010



Legend:
- Chevrolet Cobalt
- Chevrolet HHR
- Chrysler PT Cruiser
- Dodge Caliber
- Honda Civic
- Honda Insight
- Hyundai Elantra
- Kia Forte
- Mazda Mazda3
- Mitsubishi Lancer
- Nissan Sentra
- Pontiac Vibe
- Subaru Impreza
- Suzuki SX4
- Toyota Corolla
- Toyota Matrix
- Toyota Prius
- Volkswagen Golf
- Volkswagen Jetta
- Volkswagen New Beetle
- Ford Focus

X-axis: Quarters Since "Initial Price" [1]
Y-axis: NADA Price as a Percentage of Initial Price

Notes:
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS GROUP, INC.

**Exhibit 8G**
**Percentage Change in the National CPI-Adjusted NADA Price for**
**the Ford Focus and Benchmark Vehicles, Model Year 2011**



Notes:
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the  quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS  GROUP, INC.

**Exhibit 9**
**Analysis of Estimated National Quarterly Depreciation Using Weighted Mixed Models**
**by Model Year**

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Estimated Quarterly Depreciation Rate for Intermediate Compact Vehicles** | | | | | | | |
| *Estimated Quarterly Depreciation* [1] | -4.47% | -4.19% | -3.87% | -3.38% | -2.61% | -3.61% | -4.58% |
| *p-value* [2] | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| **Estimated Quarterly Incremental Depreciation of the Ford Focus** | | | | | | | |
| *Estimated Quarterly Incremental Depreciation* [3] | 0.22% | 0.06% | -0.08% | 0.22% | 0.28% | -0.13% | -0.81% |
| *p-value* [4] | 0.040 | 0.577 | 0.483 | 0.101 | 0.120 | 0.615 | 0.295 |
| *Implied Quarterly Depreciation* [5] | -4.25% | -4.13% | -3.94% | -3.16% | -2.33% | -3.74% | -5.38% |

Notes:

[1] Estimated Quarterly Depreciation reflects the depreciation rate for all vehicles classified by NADA as Intermediate Compact, including the Ford Focus.

[2] The p-value represents the probability that any estimated relationship between the dependent variable and the independent variable is caused by chance. Typically, if a p-value is below or equal to 0.05 then the estimated relationship is considered statistically significant, i.e., the observed percentage change in prices over time is unlikely to be caused by chance.

[3] Estimated Quarterly Incremental Depreciation represents the depreciation rate for the Ford Focus that is greater than (negative) or less than (positive) the Estimated Quarterly Depreciation Rate for Intermediate Compact Vehicles.

[4] The p-value represents the probability that any estimated difference in quarterly depreciation rates of the Ford Focus and Intermediate Compact Vehicles is caused by chance. If the p-value is above 0.05, then there is no statistically significant difference in the quarterly depreciation rate of the Ford Focus and Intermediate Compact Vehicles.

[5] Implied Quarterly Depreciation = Estimated Quarterly Depreciation + Estimated Quarterly Incremental Depreciation.

[6] The regression equation estimated is of the reduced form $LogP_t - LogP_0 = \gamma 0 + \gamma 1*Time + \alpha 0 + \alpha 1*Time$. The dependent variable in all regression models is the difference between the log of quarterly price and the log of initial price, where the initial price represents the first available price for each trim, five quarters after it first appears in NADA data. Observations in the model are weighted by the trim's total volume. The independent variable in all regression models is a quarterly time variable that takes a value of 0 for the fifth quarter since the trim first appeared in the data, and increments by 1 for each subsequent quarter. The coefficients, $\gamma 1$ and $\alpha 1$ respectively represent the mean depreciation among all vehicle trims in the data and the statistically significant deviation (if any) from the mean that is attributable to each unique vehicle model. Each model year represents a unique regression.

[7] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.

Sources:

[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.

[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.

ANALYSIS GROUP, INC.

# Exhibit 10A
# Percentage Change in the California CPI-Adjusted NADA Price for the Ford Focus and Benchmark Vehicles, Model Year 2005



**Notes:**
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS GROUP, INC.

**Exhibit 10B**
**Percentage Change in the California CPI-Adjusted NADA Price for the Ford Focus and Benchmark Vehicles, Model Year 2006**



Notes:
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS GROUP, INC.

# Exhibit 10C
# Percentage Change in the California CPI-Adjusted NADA Price for the Ford Focus and Benchmark Vehicles, Model Year 2007



Notes:
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS GROUP, INC.

## Exhibit 10D
## Percentage Change in the California CPI-Adjusted NADA Price for
## the Ford Focus and Benchmark Vehicles, Model Year 2008



Notes:
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS GROUP, INC.

# Exhibit 10E
# Percentage Change in the California CPI-Adjusted NADA Price for the Ford Focus and Benchmark Vehicles, Model Year 2009



Notes:
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the  quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS  GROUP, INC.

# Exhibit 10F
# Percentage Change in the California CPI-Adjusted NADA Price for the Ford Focus and Benchmark Vehicles, Model Year 2010



Notes:
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS GROUP, INC.

# Exhibit 10G
## Percentage Change in the California CPI-Adjusted NADA Price for the Ford Focus and Benchmark Vehicles, Model Year 2011



Notes:
[1] Initial Price represents the first available price for each trim, five quarters after its first auction. The model price is the weighted average price for all trims, weighted by sale volume across time.
[2] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.
[3] The benchmark vehicles were identified by NADA in its Intermediate Compact segment.
Sources:
[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.
[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.
[C] Exhibit 7.

ANALYSIS GROUP, INC.

**Exhibit 11**
**Analysis of Estimated Quarterly Depreciation in California Using Weighted Mixed Models**
**by Model Year**

| | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|
| **Estimated Quarterly Depreciation Rate for Intermediate Compact Vehicles** | | | | | | | |
| *Estimated Quarterly Depreciation* [1] | -4.18% | -3.72% | -3.42% | -2.93% | -2.19% | -3.28% | -3.17% |
| *p-value* [2] | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.001 |
| | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| **Estimated Quarterly Incremental Depreciation of the Ford Focus** | | | | | | | |
| *Estimated Quarterly Incremental Depreciation* [3] | 0.09% | -0.07% | -0.09% | 0.10% | 0.03% | 0.10% | -1.18% |
| *p-value* [4] | 0.509 | 0.578 | 0.534 | 0.000 | 0.915 | 0.528 | 0.245 |
| *Implied Quarterly Depreciation* [5] | -4.09% | -3.80% | -3.51% | -2.83% | -2.17% | -3.18% | -4.35% |

Notes:

[1] Estimated Quarterly Depreciation reflects the depreciation rate for all vehicles classified by NADA as Intermediate Compact, including the Ford Focus.

[2] The p-value represents the probability that any estimated relationship between the dependent variable and the independent variable is caused by chance. Typically, if a p-value is below or equal to 0.05 then the estimated relationship is considered statistically significant, i.e., the observed percentage change in prices over time is unlikely to be caused by chance.

[3] Estimated Quarterly Incremental Depreciation represents the depreciation rate for the Ford Focus that is greater than (negative) or less than (positive) the Estimated Quarterly Depreciation Rate for Intermediate Compact Vehicles.

[4] The p-value represents the probability that any estimated difference in quarterly depreciation rates of the Ford Focus and Intermediate Compact Vehicles is caused by chance. If the p-value is above 0.05, then there is no statistically significant difference in the quarterly depreciation rate of the Ford Focus and Intermediate Compact Vehicles.

[5] Implied Quarterly Depreciation = Estimated Quarterly Depreciation + Estimated Quarterly Incremental Depreciation.

[6] The regression equation estimated is of the reduced form $LogP_t - LogP_0 = \gamma 0 + \gamma 1*Time + \alpha 0 + \alpha 1*Time$. The dependent variable in all regression models is the difference between the log of quarterly price and the log of initial price, where the initial price represents the first available price for each trim, five quarters after it first appears in NADA data. Observations in the model are weighted by the trim's total volume. The independent variable in all regression models is a quarterly time variable that takes a value of 0 for the fifth quarter since the trim first appeared in the data, and increments by 1 for each subsequent quarter. The coefficients, $\gamma 1$ and $\alpha 1$ respectively represent the mean depreciation among all vehicle trims in the data and the statistically significant deviation (if any) from the mean that is attributable to each unique vehicle model. Each model year represents a unique regression.

[7] The price in each quarter is inflation-adjusted by multiplying the price by the ratio of the quarterly average Consumer Price Index (CPI) in the base quarter to the average CPI value for that quarter.

Sources:

[A] NADA Aggregated AuctionNet Data for the time period 2005 to 2012.

[B] Monthly Consumer Price Index obtained from Bureau of Labor Statistics, CPI - Used Cars and Trucks series for U.S. Urban Consumers.

**Exhibit 12**
**Mileage Distribution of Ford Focus Vehicles by Number of Tire Events from 2009 through 2011**



Notes:
[1] Grey shading identifies vehicle counts within the 40,000 miles threshold as indicated by the opposing experts.
[2] The chart above presents mileage data in 2,500 mile buckets. See Exhibit 6 for vehicle counts presented in 10,000 mile buckets.
[3] Frequency of tire events for Named Plaintiff Mary Hauser includes two tires replaced on January 19, 2000. It is unclear whether the tires replaced were in the front or rear of the vehicle.
[4] Frequency of tire events for Named Plaintiff Donna Glass does not include an event on June 8, 2010, where she obtained a quote for two tires. If Ms. Glass were to furnish an invoice for the purchase, she would have experienced four tire events.
Sources:
[A] Exhibit 13.
[B] Exhibit 6.

**Exhibit 13**
**Percentage of Vehicles by Tire Events**

| | Percent of Fleet Vehicles with Any Mileage | Percent of Fleet Vehicles with at Least 40,000 Miles | Percent of Named Plaintiffs |
|---|---|---|---|
| **Zero Tire Events** | 83% | 68% | 0% |
| **One Tire Event** | 14% | 23% | 20% |
| **Two Tire Events** | 3% | 8% | 40% |
| **Three Tire Events** | 0% | 1% | 20% |
| **Four Tire Events** | 0% | 0% | 20% |
| **Total** | 100% | 100% | 100% |

Notes:

[1] Frequency of tire events for Named Plaintiff Mary Hauser includes two tires replaced on January 19, 2000.  It is unclear whether the tires replaced were in the front or rear of the vehicle.

[2] Frequency of tire events for Named Plaintiff Donna Glass does not include an event on June 8, 2010, where she obtained a quote for two tires.  If Ms. Glass were to furnish an invoice for the purchase, she would  have experienced four tire events.

Sources:

[A] Exhibit 1.

[B] Exhibit 4.

[C] Named Plaintiffs' mileage information obtained from the inspection summaries prepared by Thomas Lepper and Associates, December 16, 2012.

[D] Inspection summaries prepared by Thomas Lepper and Associates, December 16, 2012 and corresponding invoices: M. Daniel, P000001-18; A. Duarte, P001321-22; D. Glass, P000021-40; M. Hauser, P000041-45, and P001323-24; and R. McCabe, P000046-49.

**Exhibit 14**
**Estimated Incremental Tire Replacement Cost**
**75,000 Miles Before Salvage**

| | **Tire Replacement with Standard Maintenance** | |
|---|---|---|
| [1] | Standard replacement interval | 40,000 miles |
| [2] | Miles remaining before vehicle salvage | 75,000 miles |
| [3] | Average remaining lifetime tire replacements from standard maintenance | 1.88 replacements |

| | **Hypothetical Vehicle Tire Wear Experience** | |
|---|---|---|
| [4] | Estimated mileage on tires at replacement | 23,652 miles |
| [2] | Miles remaining before vehicle salvage | 75,000 miles |
| [5] | Average remaining lifetime tire replacements for Hypothetical Vehicle | 3.17 replacements |

| | **Incremental Remaining Lifetime Tire Replacement Cost** | |
|---|---|---|
| [6] | Incremental lifetime tire replacements by Hypothetical Vehicle | 1.30 replacements |
| [7] | Replacement cost for four tires | $383 |
| [8] | Hypothetical incremental tire replacement cost with 75,000 miles before vehicle salvage | $496 |

Notes:

[1] Assumes that all tires would have been replaced at 40,000 miles. See e.g., the Deposition of Andrew Webb at 100:15-23.

[2] Assumes that 75,000 miles remain until vehicle salvage.

[3] = [2] / [1].

[4] The estimated mileage represents the weighted median mileage of the Named Plaintiffs' tires at replacement.

[5] = [2] / [4].

[6] = [5] - [3].

[7] = 4 x ($95.66). The average replacement cost per tire for the Named Plaintiffs was $95.66.

[8] = [6] x [7] .

Source:

[A] Inspection summaries prepared by Thomas Lepper and Associates, December 16, 2012 and corresponding invoices: M. Daniel, P000001-18; A. Duarte, P001321-22; D. Glass, P000021-40; M. Hauser, P000041-45, and P001323-24; and R. McCabe, P000046-49.

ANALYSIS GROUP, INC.

**Exhibit 15**
**Estimated Incremental Tire Replacement Cost**
**95,000 Miles Before Salvage**

| | **Tire Replacement with Standard Maintenance** | |
|---|---|---|
| [1] | Standard replacement interval | 40,000 miles |
| [2] | Miles remaining before vehicle salvage | 95,000 miles |
| [3] | Average remaining lifetime tire replacements from standard maintenance | 2.38 replacements |

| | **Hypothetical Vehicle Tire Wear Experience** | |
|---|---|---|
| [4] | Estimated mileage on tires at replacement | 23,652 miles |
| [2] | Miles remaining before vehicle salvage | 95,000 miles |
| [5] | Average remaining lifetime tire replacements for Hypothetical Vehicle | 4.02 replacements |

| | **Incremental Remaining Lifetime Tire Replacement Cost** | |
|---|---|---|
| [6] | Incremental lifetime tire replacements by Hypothetical Vehicle | 1.64 replacements |
| [7] | Replacement cost for four tires | $383 |
| [8] | Hypothetical incremental tire replacement cost with 95,000 miles before vehicle salvage | $628 |

Notes:

[1] Assumes that all tires would have been replaced at 40,000 miles.  See e.g., the Deposition of Andrew Webb at 100:15-23.

[2] Assumes that 95,000 miles remain until vehicle salvage.

[3] = [2] / [1].

[4] The estimated mileage represents the weighted median mileage of the Named Plaintiffs' tires at replacement.

[5] = [2] / [4].

[6] = [5] - [3].

[7] = 4 x ($95.66). The average replacement cost per tire for the Named Plaintiffs was $95.66.

[8] = [6] x [7].

Source:

[A] Inspection summaries prepared by Thomas Lepper and Associates, December 16, 2012 and corresponding invoices: M. Daniel, P000001-18; A. Duarte, P001321-22; D. Glass, P000021-40; M. Hauser, P000041-45, and P001323-24; and R. McCabe, P000046-49.

**Exhibit 16**
**Estimated Miles Remaining Before Salvage**
**2005-MY Ford Focus Vehicles**

| | | |
|---|---|---|
| Years since 2005-MY release | 8  years | [1] |
| Average life of a vehicle (years) | 15  years | [2] |
| Average life of a vehicle (miles) | 200,000  miles | [3] |
| Average annual vehicle mileage | 13,333  miles | [4] = [3] / [2] |
| Average years remaining before 2005-MY salvage | 7  years | [5] = [2] - [1] |
| Average miles remaining before 2005-MY salvage | 93,333  miles | [6] = [5] x [4] |

Note:

[1] Represents the time period January 1, 2005 through December 31, 2012.

Sources:

[A] See http://www.consumerreports.org/cro/2012/05/make-your-car-last-200-000-miles/index.htm, visited March 7, 2013.

[B] See http://news.consumerreports.org/cars/2009/03/how-long-can-my-car-last.html, visited March 7, 2013.

# BRUCE A. STROMBOM, Ph.D.
## Managing Principal

Phone: (213) 896-4520                                                     333 S. Hope Street
Fax: (213) 623-4112                                                              Suite 2700
bstrombom@analysisgroup.com                                    Los Angeles, CA  90071

Bruce Strombom is an expert in applied microeconomics, finance, and quantitative and statistical analysis.  He provides assistance to attorneys in all phases of pretrial and trial practice, prepares economic and financial models, and provides expert testimony in litigation and public policy matters. Dr. Strombom has conducted assessments of class certification, liability, and damages issues in cases involving antitrust, breach of contract, false advertising, intellectual property, labor and employment, product liability, securities, and general commercial disputes.  His experience includes the valuation of privately held companies and other assets, real estate and mortgage lending, health care and health insurance, and general commercial litigation.  He has valued privately held companies, operating divisions of public companies, and complex interests in real estate.  He testifies frequently on loss causation and the relative importance of factors that contributed to business failures.

Prior to joining Analysis Group, Dr. Strombom was Executive Vice President of a middle-market merger and acquisition firm, where he managed a financial and market research organization that provided valuation and consulting services to over 500 privately held companies annually.  Previously, he was Consulting Manager at Price Waterhouse, where he provided litigation support and value enhancement consulting services, and Senior Financial Analyst at the Tribune Company, where he evaluated capital projects and acquisition candidates.  Dr. Strombom holds a Ph.D. in economics from the University of California, Irvine, and a B.A. in economics from San Jose State University.

## EDUCATION

Ph.D.                    Economics, University of California, Irvine
                         Fields: Finance and Industrial Organization
                         Thesis: Switching Cost, Price Sensitivity and Health Plan Choice

B.A.                     Economics, San Jose State University, San Jose, CA

## PROFESSIONAL EXPERIENCE

2004 – Present           Managing Principal, Analysis Group, Inc., Los Angeles, CA

1993 – 2004              Senior Associate and Vice President, Analysis Group, Inc., Los Angeles, CA

1992                     Regional General Manager, Prodata, Inc., Sacramento, CA

1985 – 1991              Executive Vice President, Geneva Business Research Corp., Irvine, CA

1983 – 1985              Manager of Consulting Services, Price Waterhouse, Newport Beach, CA

1981 – 1983              Senior Financial Analyst, Tribune Newspapers West, Woodland Hills, CA

**SELECT CASE ASSIGNMENTS**

<u>General Commercial Litigation</u>

- **Big 5 Sporting Goods Song-Beverly Cases**
  *Superior Court of California, County of Los Angeles*
  Estimate the value of certain ZIP code information collected from customers who made credit card purchases (expert report).

- **UMG Recordings, Inc. v. NBC Universal, Inc., et al.**
  *Superior Court of California, County of Los Angeles*
  Evaluate the reliability and adequacy of data provided by plaintiffs to calculate damages from the destruction of over 100,000 original master recording in a warehouse fire (deposition).

- **Peter Diamond et al v. Porsche Cars North America, Inc.,**
  *Circuit Court of the 11th Judicial Circuit, Miami-Dade County, Florida*
  Evaluate whether quantitative and statistical methods could be used to establish liability and loss causation in this case involving allegedly defective headlights in Porsche vehicles (deposition and testimony at hearing).

- **In re General Motors OnStar Litigation**
  *United States District Court, Eastern District of Michigan*
  Assess whether common proof exists of injury to all members of the putative class and whether damages can be calculated on a class-wide basis without individual inquiry (expert report and deposition).

- **Emily Diaz v. First American Home Buyers Protection Corporation**
  *United States District Court, Southern District of California*
  Evaluate class certification issues including plaintiff's proposed method of calculating economic damages suffered by members of the putative class using a common method of proof (expert report and deposition).

- **Hansen Beverage Company v. Vital Pharmaceuticals, Inc.**
  *United States District Court, Southern District of California*
  Evaluate damages under the Lanham Act from alleged false advertising in the energy drink and energy shot markets (expert report and deposition).

- **Campbell v. First American Title Insurance Company, Inc.**
  *United States District Court, District of Maine*
  Evaluate class certification issues and review the statistical sampling method used by plaintiffs' expert to estimate the frequency of overcharges for title insurance policies issued in refinance transactions (expert report).

- **State Pipe and Supply, Inc. v. Coutinho & Ferrostal Inc.**
  *United States District Court, Central District of California*
  Calculate damages (a) to the plaintiff from the failure of a steel pipe supplier to deliver products as contracted and (b) to the defendant under a counter-claim assuming proper mitigation (expert report).

- **Beverly Kanawi, et al. v. Bechtel Corporation**
  *United States District Court, Central District of California*
  Case team leader in rebutting analyses of seven opposing experts in ERISA case involving claims that 401(k) plan sponsor breached fiduciary duties, plan fees were excessive and investment options were imprudent.

- **In re: Washington Mutual, Inc., et al.**
  *United States Bankruptcy Court, District of Delaware*
  Supported Academic Affiliate in preparing expert report addressing whether securities known as litigation tracking warrants (LTWs) were debt or equity instruments.

- **Independent Association of Mailbox Center Owners, Inc., et al. v. Mail Boxes Etc. USA, Inc.**
  *Superior Court of California, County of San Diego*
- **O'Cubed Technology, Inc., et al. v. Mail Boxes Etc., Inc.**
  *Arbitration Before JAMS*
- **Anything Goes, LLC, et al. v. Mail Boxes Etc. USA, Inc.**
  *Superior Court of California, County of Los Angeles*
- **Catherine Thomas, et al. v. Mail Boxes Etc. USA, Inc.**
  *Arbitration before the American Arbitration Association*
- **Morgate LLC, et al. v. Mail Boxes Etc., Inc.**
  *Superior Court of California, County of Los Angeles*
  Case team leader supporting multiple experts in this series of cases brought by franchisees related to the acquisition of franchisor Mail Boxes Etc. USA, Inc. by United Parcel Service, Inc. and conversion of Mail Boxes Etc. stores to The UPS Stores.

- **City of Los Angeles**
  *Consent Decree with U.S. Department of Justice*
  Evaluate claims of racial profiling by LAPD officers using advanced statistical techniques and data on motor vehicle and pedestrian stops (expert report).

- **Daniel Perez et al. v. First American Title Insurance Company, Inc.**
  *United States District Court, District of Arizona*
  Draw and evaluate a sample of title insurance policy files to determine the frequency of mispricing and assess whether damages can be calculated on a class-wide basis without individual inquiry (expert report and deposition).

- **Rajashree Karwa v. Madison Tyler Holdings, LLC**
  *Arbitration before JAMS*
  Rebut damages claimed by plaintiff related to her termination and removal as a management member of Madison Tyler Holdings without sufficient cause (expert report and deposition).

- **In re: FedEx Ground Package System, Inc., Employment Practices Litigation**
  *United States District Court, Northern District of Indiana*
  In this case involving the alleged misclassification of drivers as independent contractors, led case team supporting two Academic Affiliates who analyzed the functions performed by FedEx drivers, the economic relationships between FedEx, the drivers and customers of FedEx, and transactions involving the sale of routes by drivers.

- **New World TMT, Ltd. v. PrediWave Corp., et al.**
  *Superior Court of California, County of Santa Clara*
  Evaluate prices of SDRAM chips and calculate damages from investments, purchases and advances made by New World when a cable television venture in China failed (expert report and deposition).

- **Classic Concepts v. Linen Source, Inc.**
  *United States District Court, Central District of California*
  Estimate damages related to a claim of copyright infringement (expert report and testimony at trial).

- **Larry Plancich v. United Parcel Service, Inc.**
  *Superior Court of California, County of San Bernardino (testimony at trial)*
- **Ben Lopez v. United Parcel Service, Inc.**
  *United States District Court, Northern District of California (declaration)*
- **Daniel Kline v. United Parcel Service, Inc.**
  *United States District Court, Northern District of California (declaration)*
- **Gerald Shoemaker v. United Parcel Service, Inc.**
  *United States District Court, District of Idaho (declaration)*
  Analyze time records to determine whether the FLSA Motor Carrier Exemption applied in these wage and hour matters.

- **Jason Brett, et al. v. The Walt Disney Company, et al.**
  *Superior Court of California, County of Los Angeles*
  Led a case team that gathered information from both electronic and paper sources, interviewed staff members, and created a comprehensive database covering over 8,300 television writers and analyzed the data for evidence of age discrimination.

- **Johnette C. Alexander et al. v. Kia Motors America, Inc. et al.**
  *Superior Court of California, County of Orange*
  Assess damages suffered by class members caused by alleged defective rear seat belt systems in the Kia Sephia (deposition and testimony at trial).

- **Raffone v. First American Title Insurance Company, Inc.**
  *Circuit Court, Nassau County, Florida*
  Assess the feasibility of using the company's electronic data to determine whether consumers were entitled to, but did not receive, discounted prices on a class-wide basis (expert report).

- **Memory Card International v. Fry's Electronics, Inc., et al.**
  *California Superior Court, County of Orange*
  Estimate damages caused by alleged misappropriation of trade secrets related to computer memory devices (expert report).

- **Fredrick W. Penney et al. v. CLC, Inc.**
  *Arbitration before JAMS*
  Estimate damages suffered by law firms from failure of a prepaid legal services plan to refer members to contracted legal network (deposition and testimony at arbitration).

- **In re Quanex Corporation and Affiliated Subsidiaries**
  *United States Tax Court*
  Assess the economic substance and business purpose of a transaction establishing a special purpose subsidiary (expert report and testimony at trial).

- **Impact Management Consulting v. National Scrip Center**
  *Arbitration before JAMS*
  Estimate lost profits from the breach of an exclusive marketing agreement (expert report).

- **Microsoft Corp. – Private Antitrust Litigations**
  Consulting support to counsel related to potential overcharges from anticompetitive conduct in markets for PC operating system and application software. Estimated damages exposure in an antitrust action brought by Netscape for alleged anticompetitive conduct in the market for internet browsers.

- **Regina Little et al. v. Kia Motors America, Inc. et al.**
  *Superior Court of New Jersey – Law Division Union County (expert report and testimony at trial);*
- **Maria Santiago, et al. v. Kia Motors America, Inc. et al.**
  *Superior Court of California, County of Orange (deposition); and*
- **Shamell Samuel-Bassett, et al. v. Kia Motors America, Inc. et al.**
  *Court of Common Pleas of Philadelphia County, Pennsylvania (expert report and testimony at trial)*
  Estimate excess depreciation of vehicle and other damages suffered by class member as the result of an allegedly defective braking system in the Kia Sephia.

- **Janice Millius et al. v. Los Angeles Unified School District**
  *Superior Court of California, County of Los Angeles*
  In this case seeking recovery of unpaid wages and benefits, calculated the difference in cost between bus service provided by district employees and service provided by independent third party vendors (expert report).

- **Mark Ford et al. v. Bimbo Bakeries USA, Inc., et al.**
  *Superior Court of California, County of Los Angeles*
  Estimate damages suffered by independent distributors in a contract dispute with a large commercial bakery (deposition).

- **Robert Kahn v. Financial Management Advisors, Inc.**
  *Arbitration before JAMS*
  Evaluate the equivalence of shares in an S-corporation with membership units in a majority owned subsidiary limited liability corporation (expert report and testimony at arbitration).

- **Kan Di Ki, Inc. v. Timothy B. Ferrigan, et al.**
  *Superior Court of California, County of Fresno*
  Estimate damages from breach of a non-solicitation agreement associated with the sale of a mobile radiology company (expert report and deposition).

- **Gary M. Kawesch, M.D. Inc. v. Antione L. Garabet, M.D., Inc., et al.**
  *United States District Court, Northern District of California*
  Estimate damages resulting from trademark/trade dress infringement by a laser eye surgery provider (expert reports).

- **Consumer Justice Center, et al. v. Brother Industries, Inc., et al.**
  *Superior Court of California, County of Orange*
  Develop, implement and analyze a consumer survey to determine whether product advertising misled consumers about product features.

- **Edison Electric Institute**
  Prepare a white paper on the use of derivative securities to hedge risk in the electric utility industry.

- **Western Filter Corporation v. Vickers Inc.**
  *United States District Court, Central District of California*
  Assess damages resulting from the breach of an alliance agreement involving the sales and marketing of industrial hydraulic equipment (expert report and testimony at arbitration).

- **SEC v. Henry Yuen, et al.**
  *United States District Court, Central District of California, Western Division*
  Provide consulting support on liability issues related to revenue recognition and market acceptance of a new interactive programming guide offered by Gemstar-T.V. Guide International.

- **Ticketmaster LLC v. StubHub, Inc.**
  *Superior Court of California, County of Los Angeles*
  Retained by defendant to evaluate damages from the sale of blocks of "artist hold tickets" on StubHub's internet-based marketplace.

## Valuation

- **Denise P. Edwards, et al., v. The First American Corporation, et al.**
  *United States District Court, Central District of California*
  Estimate the values of various interests in title insurance agencies acquired by First American to determine if purchase prices exceeded fair market value and constituted kickbacks for referrals of title insurance business under RESPA (expert reports).

- **SOC-SMG Inc. v. Day & Zimmermann, Inc.**
  *Arbitration before JAMS*
  Value two merging businesses and calculate the amount of overpayment in a joint venture transaction caused by misrepresentations and non-disclosure of material adverse events (expert report and testimony at arbitration).

- **David Salomon v. Michael Gould. et al.**
  *Arbitration before JAMS*
  Review two competing valuations of a securities trading firm engaged in arbitrage in exchange-listed equities, fixed-income products and derivatives using proprietary algorithms and electronic trade execution software (testimony at arbitration).

- **Peter Vagenas, et al. v. Demetrios Kefallinos, et al.**
  *Arbitration before ADR Services, Inc.*
  Value a fast-food restaurant chain, rebut plaintiffs' damages analysis and estimate damages from alleged infringement of trademark/trade dress (deposition and testimony at arbitration).

- **Horowitz Limited Partnership I v. Deloitte and Touche, et al.**
  *American Arbitration Association (expert report and testimony at arbitration);*
- **James Holden and Christine Holden v. Deloitte and Touche, et al.**
  *American Arbitration Association (expert reports, deposition and testimony at arbitration); and*
- **Victor Arias, et al. v. Deloitte and Touche, et al.**
  *American Arbitration Association (expert reports, deposition and testimony at arbitration)*
  Value eight privately held companies, assess loss causation issues and estimate damages resulting from non-disclosures in a roll-up transaction involving over thirty professional service companies.

- **In re the Marriage of Downey**
  *California Superior Court, County of Orange*
  Value a manufacturer of commercial and general aviation aircraft cabin interior products (expert report and deposition).

- **Gray v. ODS Technology, LP, et al.**
  *United States District Court, Southern District of Florida*
  Value an option to acquire an equity interest in an internet gaming enterprise.

- **California Food Plan, Inc. v. Robert Size, et al.**
  *California Superior Court, County of Orange*
  Value a direct marketing food retailer and analyze alleged excess compensation under a consulting agreement (expert report and deposition).

- **Marshall Hospital v. Eliot R. Drell, M.D., et al.**
  *Arbitration before JAMS*
  Estimate the fair market value of an Ambulatory Surgery Center and calculate lost profits from termination of a joint venture between a hospital and medical group (deposition and testimony at arbitration).

- **Conrad P. Lee Company, et al. v. EPS Solutions Corp., et al.**
  *Arbitration before JAMS*
  Estimate the fair market value of five privately held companies, evaluate factors leading to the failure of a professional services firm and estimate damages resulting from non-disclosures in a roll-up transaction (expert reports, deposition and testimony at arbitration).

- **Pacific Coin Management v. BR Telephony Partners, et al.**
  *California Superior Court, County of Los Angeles*
  Estimate damages suffered by the buyer of a pay telephone company from the seller's failure to disclose information allegedly pertinent to the value of the company (expert report, deposition and testimony at trial).

- **Bell and Associates, Inc. v. Fidelity National Information Solutions, Inc., et al.**
  *Superior Court of California, County of Orange*
  Value a start-up internet-based business enterprise and estimate damages caused by the alleged breach of a joint venture agreement (expert report and deposition).

- **Chinyun Kim v. The Grover Coors Trust, et al.**
  *District Court, Jefferson County, Colorado*
  Provide analytic support to an Academic Affiliate in the valuation of convertible preferred stock in a financial distressed packaging materials manufacturer.

## Real Estate and Mortgage Lending

- **Confidential Assignment – Residential Mortgage Portfolio Valuation**
  Value a multi-billion dollar portfolio of first and second lien residential mortgages for tax purposes.

- **In re September 11 Litigation**
  *United States District Court, Southern District of New York*
  Led a case team that supported Academic Affiliate in estimating the value of the 99-year master leasehold interests held by Silverstein Properties and calculate damages from destruction of World Trade Center Towers One, Two, Four, Five and Seven on 9/11.

- **Conley D. Wolfswinkel, et al. v. Joseph Arpaio et al.**
  *United States District Court, District of Arizona*
  Estimate damages resulting from inability to restructure real estate loans as a result of disruption to plaintiffs' business caused by illegal execution of a search warrant and seizure of company property (expert report and deposition).

- **Sunset Drive Corporation v. City of Redlands**
  *United States District Court, Central District of California*
  Prepare financial projections, value a low- to moderate-income residential development and estimate damages suffered by a developer when defendant blocked construction (expert report and deposition).

- **Eagle Real Estate Group, LLC, et al., v. Kenneth R. Melton, et al.**
  *Superior Court of California, County of Orange*
  Support Academic Affiliate in the valuation of multifamily residential properties and estimation of damages resulting from breach of a partnership agreement.

- **Carmel Development Company v. Monterra Ranch Properties, LLC, et al.**
  *Superior Court of California, County of Monterey*
  Analyze financial and other records related to a failed residential real estate development and evaluate the amounts properly claimed under mechanics' liens (expert report, deposition and testimony at trial).

- **Capital Funding Group, Inc. v. Credit Suisse Securities LLC, et al.**
  *Circuit Court for Montgomery County, Maryland (expert report and deposition)*
- **Leonard Grunstein et al. V. Ronald E. Silva, et al.**
  *Court of Chancery of the State of Delaware (expert report and deposition)*
  Evaluate whether defendants used plaintiffs' proprietary information related to HUD-insured refinancing of commercial mortgage backed securities (CMBS) issued in the acquisition of assisted living facilities throughout the U.S.

- **EMC Mortgage Corporation v. Ameriquest Mortgage Corporation**
  *District Court of Denton County, Texas 16th Judicial District*
  Support Academic Affiliate in preparing expert report analyzing how trends in residential real estate prices, loan repurchase obligations and developments in the securities markets interacted to force the closure of many subprime lenders.

- **Confidential Assignment – Residential Mortgage Underwriting Standards**
  Evaluate the impact on minority borrowers of changes to underwriting standards of a large residential mortgage lender that were motivated by falling residential real estate values.

- **First American Corporation**
  Prepare expert reports and provide testimony before various state regulators concerning competition in markets for title insurance and real estate closing services, variation in real estate conveyance practices across markets and proposed changes in title insurance regulation.

- **Confidential Assignment – Mortgage Default Modeling**
  Using loan servicing data from a national mortgage lender, developed econometric models of residential mortgage defaults to identify the impact of various property, borrower, and loan characteristics on the probability of default.

- **Cecil Barret, Jr., et al. v. Option One Mortgage Corp., et al**
  *United States Distric Court, District of Massachusetts*
  Led a case team supporting an Academic Affiliate in evaluating whether plaintiffs' statistical analyses showed a common mode of exercising discretion in loan pricing across brokers and a common disparate impact on minority borrowers.

## Health Care and Health Insurance

- **WellSpan Health, et al. v. Quantum Imaging and Therapeutic Associates, Inc.**
  *Court of Common Pleas of York County, Pennsylvania*
  Calculate damages from the alleged breach of noncompete provisions of employment contracts and unfair competiton realted to provision of radiology and radiation oncology services (expert report).

- **Allegheny General Hospital v. UPMC Health Plan, Inc.**
  *Court of Common Pleas of Allegheny County, Pennsylvania*
  Evaluate methods of calculating "actual costs" incurred by a hospital in providing emergency and other medical services to health plan enrollees (declaration, expert report and deposition).

- **Beverly Clark, et al. v. The Prudential Insurance Company of America**
  *United States District Court, District of New Jersey*
  Evaluate whether the existence and extent of damages to members of the proposed class due to the closure of a block of health insurance business can be determined using a common method of proof without individual inquiry (expert reports and deposition).

- **Neurosurgical Specialties of Nepa, Inc., et al. v. Wyoming Valley Health Care System, Inc.**
  *Court of Common Pleas of Luzerne County, Pennsylvania*
  Calculate damages from the alleged breach of contract for neurosurgery services between a medical practice and a hospital (expert report).

- **California State Auditor**
  Several assignments including a) review of the financial status and future prospects of the Los Angeles County Department of Health Services b) evaluation of the merger of UCSF Medical Center and Stanford Health Services to access the economic rationale and determine the benefits of integration and c) review of a decision by CalPERS to limit the hospital network available to health plan enrollees.

- **Nevada Attorney General - Health Plan Merger**
  Retained by Nevada State Attorney General to prepare an expert report and testify concerning market definition and the impact of a proposed health plan merger on competition in health insurance markets. Evaluate possible monopsony power in the market for physician services.

- **In re Managed Care**
  *United States District Court, Southern District of Florida*
  Provide expert support to a large commercial health plan in a dispute involving claims adjudication practices, including the use of automated claims review and editing software, and prepare detailed analyses of over 100 million fee-for-service claims.

- **Oncure Medical Corporation v. Mission Hospital Regional Medical Center**
  *Superior Court of California, County of Orange*
  Estimate damages suffered by a radiation therapy provider from the breach of a non-compete agreement and provide assistance in mediation.

- **Unilab Corporation v. Westcliff Medical Laboratories**
  *California Superior Court, County of Los Angeles*
  Estimate damages associated with the acquisition of a medical testing laboratory.

- **Health Net, Inc. v. State Department of Health Services, et al.**
  *Superior Court of California, County of Sacramento*
  Estimate damages suffered by Health Net from the State's failure to properly allocate MediCal managed care enrollees to the health plan (deposition).

- **John Muir Medical Center v. Health Net, Inc.**
  *Arbitration before JAMS*
  Evaluate whether inflation in hospital charges exceeded the amount allowed in a provider services contract (deposition).

- **Sutter Health v. Health Net, Inc.**
  *American Arbitration Association*
  Assess the reasonableness of a hospital's billed charges during contract negotiations with a health plan (expert report and testimony at arbitration).

- **Cost Shifting in Hospital Services**
  For a consortium of community hospitals, compare hospital reimbursement rates paid by government payers (Medicare, Medicaid and County Indigent Programs) with those paid by commercial health plans and estimate the impact of "cost shifting" on health plan premiums and enrollment.

- **Wichita Clinic, P.A., v. Columbia/HCA Healthcare Corporation**
  *United States District Court, District of Kansas*
  Support Academic Affiliate in economic analysis and evaluation of the alleged monopolization of hospital services market.

- **Joan Ned-Sthran v. Methodist Hospitals of Dallas et al.**
  *United States District Court, Northern District of Texas*
  Evaluate claims of breach of fiduciary duty and damages in ERISA case involving alleged excessive charges for employees' share of health insurance premiums (expert report).

- **Vitascan Partners v. G.E. Healthcare Financial Services**
  *Superior Court of California, County of Santa Barbara*
  Evaluate claims that poor performance of EBT scanners caused the failure of plaintiffs' business and estimate damages (deposition and testimony at trial).

- **MVU Investors LLC v. General Electric Corporation**
  *United States District Court, Central District of California*
  Estimate damages from the alleged breach of an agreement to purchase a patent portfolio involving MRI technology (expert report).

- **The Commissioner of Corporations of the State of California v. Western Dental Services, Inc.**
  *California Superior Court, County of Orange*
  Support Academic Affiliate in evaluating the statistical sampling methodology used by the Department of Corporations to assess the quality of dental services.

- **MedImmune, Inc., v. Centocor, Inc., et al.**
  *United States District Court, District of Maryland*
  Support an Academic Affiliate in evaluating whether the monoclonal antibody product, Synagis, was commercially successful and whether the patented technology at issue contributed to that success.


**SELECTED PAPERS AND PRESENTATIONS**

"Class Certification and Damages Theories: Consumers' Valuation of Un-priced Product Attributes," presented at a Webinar continuing legal education forum sponsored by Ballard Spahr, May 16, 2012.

"Statistical Analyses in Proactive Audits and Employment Litigation," presented at a Webinar continuing legal education forum for attorneys sponsored by Analysis Group, Inc. May 20, 2009.

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?" presented at a Webinar continuing legal education forum for attorneys sponsored by Analysis Group, Inc., July 29, 2008

"The Subprime Mortgage Crisis and Disclosures: What Went Wrong?" presented at a continuing education forum for attorneys sponsored by Analysis Group, Inc., June 24, 2008, San Francisco, CA.

"Subprime Litigation: A Survival Guide," presented at Institutional Investor Legal Forum Summer Roundtable, June 18, 2008, Santa Monica, CA.

"Subprime Lending Litigation," Program Co-chair at a continuing education forum for attorneys sponsored by CLE International, May 8 and 9, 2008, Los Angeles, CA.

"Reductions in Force: Strategies to Minimize Litigation Risk in Downsizing," presented at a continuing education forum for attorneys sponsored by K&L Gates, January 17, 2008, New York, NY.

"Investigation of Racial Profiling by the LAPD – Pedestrian and Motor Vehicle Post-Stop Data Analysis Report," City of Los Angeles, July 2006.

"An Assessment of Competition in California Title Insurance and Escrow Markets," with Bruce Stangle, report prepared for First American Title Insurance Company, August 30, 2006.

"Evaluation of Proposed Regulations for the California Title Insurance and Escrow Industry," with Bruce Stangle, report prepared for First American Title Insurance Company, August 30, 2006.

"Competition and Title Insurance Rates in California," with Bruce Stangle, report prepared for First American Title Insurance Company, January 23, 2006.

"Competition and Title Insurance Prices in California," report and presentation to the National Association of Insurance Commissioners (NAIC), Title Insurance Working Group, June 2006, Washington DC.

"Switching Cost, Price Sensitivity and Health Plan Choice," *Journal of Health Economics* 21, January 2002, p. 89-116.

"Risk Selection Caused by the Correlation of Health Status and Sensitivity to Price," Research in Health Care Financial Management Symposium, August 2001, Best Research Paper Award.

"Do Firms That Repurchase Their Own Shares Earn Abnormal Returns?" Analysis Group/Economics, Working Paper, December 1999.

"Health Status and Consumers' Willingness to Switch Health Plans," American Public Health Association, Annual Meeting, October 1999, Chicago, IL.

"Risk Selection in a Setting of Managed Competition," Western Economics Association, Annual Conference, July 1999, San Diego, CA.

"Form of Ownership and the Exit Decision, Hospital Closures in California," UC Irvine, Department of Economics, Working Paper, February 1998.

"Policy Options for Reducing Growth in Medicaid Spending for Long-term Care Services," Pfizer, Inc., Health Care Legislation Conference, May 1997, Irvine, CA.

"Regulation of Provider Networks that Bear Insurance Risk," Health Care in Louisiana: Issues and Answers, January 1997.

# Appendix B

## Documents Considered

### Academic Articles

Ackerman, S.R., "Used Cars As A Depreciating Asset," 11 Economic Inquiry 465 (1973)

Bennet, W.B., "Consumption of Automobiles in the United States," *American Economic Review* , 57 (1967)

Bhattacharya, H. "Towards a Theory of the Value of Capital Goods: A Techno-Economic Approach," *Economic & Political Weekly,* Vol. 23 No. 48 (Nov 26, 1988)

Bryk, A.S., Raudenbush S.W. (2002). Hierarchical Linear Models in Social and Behavioral Research: Applications and Data Analysis Methods (2nd Edition)

Bryk, A.S., Raudenbush S.W., "Toward a More Appropriate Conceptualization of Research on School Effects: A Three-Level Hierarchical Linear Model," *Journal of Education,* Vol. 97, No. 1 (Nov., 1988)

Cramer, J.S., "The Depreciation and Mortality of Motor-Cars," *Journal of the Royal Statistical Society* , 121 A (1956)

Hein, D. M., "A Note on Log-Linear Regression," Journal of American Statistical Association, Vol 63. No 323 (1968)

Hartman, R.S., "Product Quality and Market Efficiency: The Effect of Product Recalls on Resale Prices and Firm Valuation," *The Review of Economics and Statistics* , vol. 69, No. 2 (1987)

Hotelling, H., "A General Mathematical Theory of Depreciation," Journal of the American Statistical Association, Vol. 20, No. 151 (Sep., 1925)

Mendenhall, W., Reinmuth J.E., Beaver R., Dunhan D., "Statistics for Management and Economics," (5th Edition) 1986 Duxbury

Sullivan, L.M., Dukes, K.A., Losina, E., "Tutorial in Biostatistics An introduction to Hierarchical Linear Modeling" *Statist. Med.*  18, 855-888 (1999).

Taylor, J.S., "A Statistical Theory of Depreciation," *Journal of the American Statistical Association,*  Vol. 18, No 144 (Dec., 1923)

### Depositions

Deposition of Andrea Duarte October 10, 2012 with Exhibits
Deposition of Andrew D. Webb, January 23, 2013 with Exhibits and Miscellaneous files
Deposition of Donna Glass October 09, 2012 with Exhibits
Deposition of Dr. Peter Thomas Tkacik, February 8, 2013 with Exhibits
Deposition of Eric Kalis 30(b)(6) September 07, 2012 with Exhibits
Deposition of Eric Zinkosky November 08, 2012 with Exhibits
Deposition of Margie Daniel December 14, 2012 with Exhibits
Deposition of Mary Hauser December 15, 2012 with Exhibits
Deposition of Paul Mayer November 08, 2012 with Exhibits
Deposition of Paul Roberts November 09, 2012 with Exhibits
Deposition of Richard Bonifas 30(b)(6), September 06, 2012 with Exhibits
Deposition of Robert McCabe, February 22, 2013
Deposition of Thomas J. Lepper, January 31, 2013 with Exhibits

### Ford Production

#### Native Files

| | | | |
|---|---|---|---|
| 000480.pdf | DNL2 00004859.txt | DNL2 00008930.xls | DNL2 00014020.xls |
| 000828.pdf | DNL2 00004860.xls | DNL2 00008977.xls | DNL2 00014022.xls |
| 015066.pdf | DNL2 00004920.xls | DNL2 00009025.xls | DNL2 00014024.xls |
| 022812.xls | DNL2 00004921.xls | DNL2 00009027.xls | DNL2 00014030.xls |
| 022813.xls | DNL2 00004929.xls | DNL2 00009028.xls | DNL2 00014039.xls |
| 022814.xls | DNL2 00004930 - 4932.txt | DNL2 00009030.xls | DNL2 00014044 - 14048.xls |
| 022815.xls | DNL2 00004933.txt | DNL2 00009032 - 9070.xls | DNL2 00014049.xls |
| 022816.xls | DNL2 00004934.xls | DNL2 00009071.xls | DNL2 00014055.xls |
| 022817.xls | DNL2 00004988 - 4989.txt | DNL2 00009073 - 9091.xls | DNL2 00014056.xls |
| 022825.xls | DNL2 00004990.txt | DNL2 00009092.xls | DNL2 00014057 - 14061.txt |
| 022827.xls | DNL2 00004991.xls | DNL2 00009122 - 9128.xls | DNL2 00014062.txt |
| 022828.xls | DNL2 00004992.xls | DNL2 00009129.xls | DNL2 00014063 - 14071.xls |
| 022829.xls | DNL2 00004996 - 5005.txt | DNL2 00009148 - 9149.xls | DNL2 00014072.xls |
| 022830.xls | DNL2 00005006.txt | DNL2 00009150.xls | DNL2 00014074 - 14076.xls |
| 022831.xls | DNL2 00005007 - 5014.xls | DNL2 00009180 - 9186.xls | DNL2 00014077.xls |
| 022832.xls | DNL2 00005015.xls | DNL2 00009187.xls | DNL2 00014112.xls |
| 022833.xls | DNL2 00005016 - 5107.txt | DNL2 00009206 - 9208.xls | DNL2 00014113.xls |
| 022841.xls | DNL2 00005108.txt | DNL2 00009209.xls | DNL2 00014115.xls |
| 022842.xls | DNL2 00005109 - 5112.xls | DNL2 00009214.xls | DNL2 00014116.xls |
| 022843.xls | DNL2 00005113.xls | DNL2 00009218.xls | DNL2 00014120 - 14121.xls |
| 022844.xls | DNL2 00005119 - 5137.xls | DNL2 00009219.xls | DNL2 00014122.xls |
| 022845.xls | DNL2 00005138.xls | DNL2 00009222 - 9223.xls | DNL2 00014141 - 14154.xls |
| 022846.xls | DNL2 00005143.txt | DNL2 00009224.xls | DNL2 00014155.xls |
| 022847.xls | DNL2 00005144.xls | DNL2 00009227 - 9236.xls | DNL2 00014160 - 14164.xls |
| 022848.xls | DNL2 00005145.xls | DNL2 00009237.xls | DNL2 00014165.xls |
| 022849.xls | DNL2 00005150 - 5153.txt | DNL2 00009425.xls | DNL2 00014174.xls |
| 022854.xls | DNL2 00005154.txt | DNL2 00009585.xls | DNL2 00014186.xls |
| 022855.xls | DNL2 00005155 - 5156.xls | DNL2 00009699.xls | DNL2 00014187.xls |
| 022856.xls | DNL2 00005157.xls | DNL2 00009700.xls | DNL2 00014218.xls |
| 022857.xls | DNL2 00005158.txt | DNL2 00010208.xls | DNL2 00014232.xls |
| 022858.xls | DNL2 00005159.txt | DNL2 00010210.xls | DNL2 00014286 - 14287.xls |
| 022859.xls | DNL2 00005173.txt | DNL2 00010366.xls | DNL2 00014288.xls |
| 022860.xls | DNL2 00005174.txt | DNL2 00010368.xls | DNL2 00014290.xls |
| 022861.xls | DNL2 00005175 - 5176.xls | DNL2 00010432.xls | DNL2 00014331.xls |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| 022862.xls | DNL2 00005177.xls | DNL2 00010433.xls | DNL2 00014336 - 14346.xls |
| 022863.xls | DNL2 00005211.xls | DNL2 00010435.xls | DNL2 00014347.xls |
| 022864.xls | DNL2 00005212.xls | DNL2 00010436.xls | DNL2 00014349 - 14356.xls |
| 024036.xls | DNL2 00005217.xls | DNL2 00010438.xls | DNL2 00014357.xls |
| 024037.xls | DNL2 00005239 - 5241.xls | DNL2 00010447.xls | DNL2 00014362 - 14369.xls |
| 024038.xls | DNL2 00005242.xls | DNL2 00010449.xls | DNL2 00014370.xls |
| 024039.xls | DNL2 00005258.xls | DNL2 00010451.xls | DNL2 00014380.xls |
| 024040.xls | DNL2 00005261 - 5269.xls | DNL2 00010453.xls | DNL2 00014382 - 14383.xls |
| 024041.xls | DNL2 00005270.xls | DNL2 00010458.xls | DNL2 00014384.xls |
| 024042.xls | DNL2 00005272.xls | DNL2 00010489.xls | DNL2 00014397.xls |
| 024043.xls | DNL2 00005273.xls | DNL2 00010491.xls | DNL2 00014455.xls |
| 024044.xls | DNL2 00005275 - 5277.xls | DNL2 00010493.xls | DNL2 00014457.xls |
| 024297.joboptions | DNL2 00005278.xls | DNL2 00010494.xls | DNL2 00014552.xls |
| 024299.joboptions | DNL2 00005280 - 5287.xls | DNL2 00010496.xls | DNL2 00014556 - 14558.xls |
| DNL1_0000007.PDF | DNL2 00005288.xls | DNL2 00010498.xls | DNL2 00014559.xls |
| DNL2 00000070.xls | DNL2 00005291 - 5297.xls | DNL2 00010500.xls | DNL2 00014663.xls |
| DNL2 00000092.xls | DNL2 00005298.xls | DNL2 00010502.xls | DNL2 00014674.xls |
| DNL2 00000093.lsm | DNL2 00005305.xls | DNL2 00010516.xls | DNL2 00014708.xls |
| DNL2 00000094.xls | DNL2 00005307.xls | DNL2 00010517.xls | DNL2 00014714.xls |
| DNL2 00000104 - 0107.xls | DNL2 00005308.xls | DNL2 00010520.xls | DNL2 00014716 - 14735.xls |
| DNL2 00000108.xls | DNL2 00005311.xls | DNL2 00010555.xls | DNL2 00014736.xls |
| DNL2 00000136 - 0140.xls | DNL2 00005313 - 5314.xls | DNL2 00010557.xls | DNL2 00014739 - 14746.xls |
| DNL2 00000141.xls | DNL2 00005315.xls | DNL2 00010583.xls | DNL2 00014747.xls |
| DNL2 00000159.xls | DNL2 00005318 - 5319.xls | DNL2 00010584.xls | DNL2 00015183.xls |
| DNL2 00000160.xls | DNL2 00005320.xls | DNL2 00010592.xls | DNL2 00015201 - 15217.xls |
| DNL2 00000285.xls | DNL2 00005327.txt | DNL2 00010658 - 10662.xls | DNL2 00015218.xls |
| DNL2 00000307.xls | DNL2 00005328.xls | DNL2 00010663.xls | DNL2 00015221 - 15225.xls |
| DNL2 00000317 - 0318.xls | DNL2 00005329.xls | DNL2 00010665.xls | DNL2 00015226.xls |
| DNL2 00000319.xls | DNL2 00005338.txt | DNL2 00010668.xls | DNL2 00015286.xls |
| DNL2 00000337.xls | DNL2 00005339 - 5341.xls | DNL2 00010669.xls | DNL2 00015295.xls |
| DNL2 00000462.xls | DNL2 00005342.xls | DNL2 00010671.xls | DNL2 00015296.xls |
| DNL2 00000467.xls | DNL2 00005344 - 5350.xls | DNL2 00010681.xls | DNL2 00015336.xls |
| DNL2 00000468.xls | DNL2 00005351.xls | DNL2 00010699.xls | DNL2 00015337.xls |
| DNL2 00000471.xls | DNL2 00005353 - 5357.xls | DNL2 00010701.xls | DNL2 00015347.xls |
| DNL2 00000472.xls | DNL2 00005358.xls | DNL2 00010703.xls | DNL2 00015360.xls |
| DNL2 00000474 - 0477.xls | DNL2 00005371 - 5377.xls | DNL2 00010705 - 10709.xls | DNL2 00015375.xls |
| DNL2 00000478.xls | DNL2 00005378.xls | DNL2 00010710.xls | DNL2 00015376.xls |
| DNL2 00000480.xls | DNL2 00005389 - 5398.xls | DNL2 00010722.xls | DNL2 00015379 - 15385.xls |
| DNL2 00000481 - 0482.txt | DNL2 00005399.xls | DNL2 00010746.xls | DNL2 00015386.xls |
| DNL2 00000483.txt | DNL2 00005401.xls | DNL2 00010747.xls | DNL2 00015396 - 15425.xls |
| DNL2 00000484.xls | DNL2 00005451 - 5475.xls | DNL2 00010774.xls | DNL2 00015426.xls |
| DNL2 00000490.xls | DNL2 00005476.xls | DNL2 00010776 - 10778.xls | DNL2 00015428.xls |
| DNL2 00000491 - 0492.txt | DNL2 00005490.xls | DNL2 00010779.xls | DNL2 00015437.xls |
| DNL2 00000493.txt | DNL2 00005537.xls | DNL2 00010782.xls | DNL2 00015626.xls |
| DNL2 00000494.xls | DNL2 00005539.xls | DNL2 00010783.xls | DNL2 00015635.xls |
| DNL2 00000495.xls | DNL2 00005541.xls | DNL2 00010826.xls | DNL2 00015637.xls |
| DNL2 00000502.xls | DNL2 00005543 - 5545.txt | DNL2 00010830 - 10833.xls | DNL2 00015638.xls |
| DNL2 00000503.xls | DNL2 00005546.txt | DNL2 00010834.xls | DNL2 00015640.xls |
| DNL2 00000513 - 0514.xls | DNL2 00005548.xls | DNL2 00010845 - 10848.txt | DNL2 00015642.xls |
| DNL2 00000515.xls | DNL2 00005553.xls | DNL2 00010849.txt | DNL2 00015652.xls |
| DNL2 00000623.xls | DNL2 00005559.xls | DNL2 00010850.xls | DNL2 00015654.xls |
| DNL2 00000625 - 0626.xls | DNL2 00005580.xls | DNL2 00010851 - 10896.txt | DNL2 00015655.xls |
| DNL2 00000627.xls | DNL2 00005665.xls | DNL2 00010897.txt | DNL2 00015660.xls |
| DNL2 00000765 - 0784.xls | DNL2 00005677.txt | DNL2 00010898 - 10900.xls | DNL2 00015662 - 15669.xls |
| DNL2 00000785.xls | DNL2 00005699.xls | DNL2 00010901.xls | DNL2 00015670.xls |
| DNL2 00000787 - 0788.xls | DNL2 00005701.xls | DNL2 00010913.txt | DNL2 00015689.xls |
| DNL2 00000789.xls | DNL2 00005702.xls | DNL2 00010923.txt | DNL2 00015692.xls |
| DNL2 00000793 - 0796.xls | DNL2 00005704.xls | DNL2 00010935.xls | DNL2 00015697.xls |
| DNL2 00000797.xls | DNL2 00005752 - 5761.xls | DNL2 00011001 - 11005.xls | DNL2 00015698.xls |
| DNL2 00000801.xls | DNL2 00005762.xls | DNL2 00011006.txt | DNL2 00015700.xls |
| DNL2 00000803.xls | DNL2 00005883.xls | DNL2 00011064.xls | DNL2 00015702.xls |
| DNL2 00000842.xls | DNL2 00005893.xls | DNL2 00011342.xls | DNL2 00015706.xls |
| DNL2 00000888.xls | DNL2 00005894.xls | DNL2 00011397 - 11419.txt | DNL2 00015707.xls |
| DNL2 00000891.xls | DNL2 00005958.xls | DNL2 00011420.txt | DNL2 00015801.txt |
| DNL2 00000940.xls | DNL2 00006003.xls | DNL2 00011502 - 11505.xls | DNL2 00015802.txt |
| DNL2 00000942.xls | DNL2 00006006.xls | DNL2 00011506.txt | DNL2 00015804.txt |
| DNL2 00000953.xls | DNL2 00006026.xls | DNL2 00011529 - 11532.xls | DNL2 00015806.txt |
| DNL2 00000954.xls | DNL2 00006028.xls | DNL2 00011533.xls | DNL2 00015808.txt |
| DNL2 00000974.xls | DNL2 00006039.xls | DNL2 00011552.txt | DNL2 00015810.txt |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| DNL2 00000988 - 1314.txt | DNL2 00006048.xls | DNL2 00011632 - 11762.txt | DNL2 00015812.txt |
| DNL2 00001315.txt | DNL2 00006086.xls | DNL2 00011763.xls | DNL2 00015814.txt |
| DNL2 00001409.xls | DNL2 00006088.xls | DNL2 00011764.xls | DNL2 00015816.txt |
| DNL2 00001420.avi | DNL2 00006112.xls | DNL2 00011765 - 11766.txt | DNL2 00015818.txt |
| DNL2 00001421.avi | DNL2 00006128.xls | DNL2 00011767.txt | DNL2 00015820.txt |
| DNL2 00001430.xls | DNL2 00006142.xls | DNL2 00011772.xls | DNL2 00015822.txt |
| DNL2 00001439 - 1443.xls | DNL2 00006147.xls | DNL2 00011773.xls | DNL2 00015824.txt |
| DNL2 00001444.xls | DNL2 00006148.xls | DNL2 00011897.xls | DNL2 00015826.txt |
| DNL2 00001453 - 1457.xls | DNL2 00006150.xls | DNL2 00011898.xls | DNL2 00015828.txt |
| DNL2 00001458.xls | DNL2 00006160.xls | DNL2 00011899 - 11912.txt | DNL2 00015830.txt |
| DNL2 00001463.xls | DNL2 00006170 - 6172.xls | DNL2 00011913.txt | DNL2 00015866.txt |
| DNL2 00001469.xls | DNL2 00006173.xls | DNL2 00011915 - 11916.xls | DNL2 00016039 - 16043.xls |
| DNL2 00001472.xls | DNL2 00006175.xls | DNL2 00011917.xls | DNL2 00016044.xls |
| DNL2 00001473.xls | DNL2 00006176.xls | DNL2 00011918.txt | DNL2 00016045 - 16047.txt |
| DNL2 00001595.xls | DNL2 00006180.xls | DNL2 00011919.txt | DNL2 00016048.xls |
| DNL2 00001625.xls | DNL2 00006181.xls | DNL2 00011920.xls | DNL2 00016049 - 16052.xls |
| DNL2 00001630.xls | DNL2 00006188.xls | DNL2 00011923.xls | DNL2 00016053.xls |
| DNL2 00001632.xls | DNL2 00006203.xls | DNL2 00011927 - 11930.xls | DNL2 00016054.txt |
| DNL2 00001643.xls | DNL2 00006244 - 6245.xls | DNL2 00011931.xls | DNL2 00016055 - 16059.xls |
| DNL2 00001647.xls | DNL2 00006246.xls | DNL2 00011940.txt | DNL2 00016060.xls |
| DNL2 00001652.xls | DNL2 00006247.txt | DNL2 00011941.txt | DNL2 00016062.xls |
| DNL2 00001654.xls | DNL2 00006257 - 6263.xls | DNL2 00011943 - 11953.xls | DNL2 00016063.xls |
| DNL2 00001656.xls | DNL2 00006264.xls | DNL2 00011954.xls | DNL2 00016167.xls |
| DNL2 00001658.xls | DNL2 00006345.xls | DNL2 00011956 - 11962.xls | DNL2 00016169.xls |
| DNL2 00001660.xls | DNL2 00006348.xls | DNL2 00011963.xls | DNL2 00016171.xls |
| DNL2 00001668.xls | DNL2 00006359.xls | DNL2 00011966 - 11967.xls | DNL2 00016173.txt |
| DNL2 00001676.xls | DNL2 00006362.xls | DNL2 00011968.xls | DNL2 00016211 - 16242.txt |
| DNL2 00001677.xls | DNL2 00006373.xls | DNL2 00011971.xls | DNL2 00016243.xls |
| DNL2 00001686.xls | DNL2 00006392.xls | DNL2 00011972.xls | DNL2 00016274 - 16279.xls |
| DNL2 00001688 - 1689.xls | DNL2 00006401 - 6402.xls | DNL2 00011979.xls | DNL2 00016280.xls |
| DNL2 00001690.xls | DNL2 00006403.xls | DNL2 00011980.xls | DNL2 00016283.xls |
| DNL2 00001776.xls | DNL2 00006456 - 6458.xls | DNL2 00011982 - 11987.xls | DNL2 00016304.xls |
| DNL2 00001820 - 1828.xls | DNL2 00006459.xls | DNL2 00011988.xls | DNL2 00016315.xls |
| DNL2 00001829.xls | DNL2 00006461.xls | DNL2 00011995.xls | DNL2 00016317.xls |
| DNL2 00001863 - 1865.xls | DNL2 00006465 - 6466.xls | DNL2 00011996.xls | DNL2 00016334.xls |
| DNL2 00001866.xls | DNL2 00006467.xls | DNL2 00012029.xls | DNL2 00016340.xls |
| DNL2 00001904 - 1906.xls | DNL2 00006470.xls | DNL2 00012036.xls | DNL2 00016347.xls |
| DNL2 00001907.xls | DNL2 00006471.xls | DNL2 00012045.txt | DNL2 00016349.xls |
| DNL2 00001996.xls | DNL2 00006477 - 6483.xls | DNL2 00012046.txt | DNL2 00016351.xls |
| DNL2 00002040.xls | DNL2 00006484.xls | DNL2 00012053 - 12055.xls | DNL2 00016353.xls |
| DNL2 00002041.xls | DNL2 00006699.xls | DNL2 00012056.xls | DNL2 00016355.xls |
| DNL2 00002324.lsm | DNL2 00006772 - 6774.xls | DNL2 00012072 - 12074.xls | DNL2 00016357.xls |
| DNL2 00002325 - 2404.xls | DNL2 00006775.xls | DNL2 00012075.xls | DNL2 00016359.xls |
| DNL2 00002405.xls | DNL2 00006788 - 6790.xls | DNL2 00012078 - 12083.xls | DNL2 00016366.xls |
| DNL2 00002415.xls | DNL2 00006791.xls | DNL2 00012084.xls | DNL2 00016368.xls |
| DNL2 00002416.xls | DNL2 00006804.xls | DNL2 00012090.xls | DNL2 00016370.xls |
| DNL2 00002422 - 2430.xls | DNL2 00006809.xls | DNL2 00012091.xls | DNL2 00016373.xls |
| DNL2 00002431.xls | DNL2 00006814 - 6815.xls | DNL2 00012095.xls | DNL2 00016375.xls |
| DNL2 00002440.xls | DNL2 00006816.xls | DNL2 00012117 - 12121.xls | DNL2 00016377.xls |
| DNL2 00002441.xls | DNL2 00006842.xls | DNL2 00012122.xls | DNL2 00016393.xls |
| DNL2 00002455.xls | DNL2 00006854.xls | DNL2 00012124 - 12126.xls | DNL2 00016395.xls |
| DNL2 00002513 - 2517.xls | DNL2 00006857.xls | DNL2 00012127.xls | DNL2 00016397.xls |
| DNL2 00002518.xls | DNL2 00006864.xls | DNL2 00012137.txt | DNL2 00016400.xls |
| DNL2 00002577 - 2578.xls | DNL2 00006869.xls | DNL2 00012141 - 12142.xls | DNL2 00016412.xls |
| DNL2 00002579.xls | DNL2 00006887.xls | DNL2 00012143.xls | DNL2 00016419.xls |
| DNL2 00002583 - 2586.xls | DNL2 00006892.xls | DNL2 00012198 - 12199.xls | DNL2 00016421.xls |
| DNL2 00002587.xls | DNL2 00006893.xls | DNL2 00012200.xls | DNL2 00016432.xls |
| DNL2 00002589 - 2590.xls | DNL2 00006917 - 6925.xls | DNL2 00012234.xls | DNL2 00016443.xls |
| DNL2 00002591.xls | DNL2 00006926.xls | DNL2 00012235 - 12236.txt | DNL2 00016449.xls |
| DNL2 00002607.xls | DNL2 00006928.txt | DNL2 00012237.txt | DNL2 00016454.xls |
| DNL2 00002608.xls | DNL2 00006929.xls | DNL2 00012250 - 12253.xls | DNL2 00016456.xls |
| DNL2 00002624 - 2646.xls | DNL2 00006956.xls | DNL2 00012254.xls | DNL2 00016476.xls |
| DNL2 00002647.xls | DNL2 00006972.xls | DNL2 00012270 - 12272.xls | DNL2 00016479.xls |
| DNL2 00002665 - 2668.xls | DNL2 00006976.xls | DNL2 00012273.xls | DNL2 00016481.xls |
| DNL2 00002669.xls | DNL2 00006982.xls | DNL2 00012303.txt | DNL2 00016503.xls |
| DNL2 00002731 - 2753.xls | DNL2 00006987 - 7004.txt | DNL2 00012304.xls | DNL2 00016506.xls |
| DNL2 00002754.xls | DNL2 00007005.txt | DNL2 00012318 - 12323.xls | DNL2 00016510.xls |
| DNL2 00002768.xls | DNL2 00007006.txt | DNL2 00012324.xls | DNL2 00016527.xls |
| DNL2 00002770.xls | DNL2 00007010 - 7012.xls | DNL2 00012326.xls | DNL2 00016529.xls |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| DNL2 00002774.xls | DNL2 00007013.xls | DNL2 00012327.xls | DNL2 00016548.xls |
| DNL2 00002803.xls | DNL2 00007019.xls | DNL2 00012337 - 12351.xls | DNL2 00016568.xls |
| DNL2 00002804.xls | DNL2 00007026.xls | DNL2 00012352.xls | DNL2 00016697 - 16719.xls |
| DNL2 00002826.txt | DNL2 00007029.xls | DNL2 00012354 - 12371.xls | DNL2 00016720.xls |
| DNL2 00002829.xls | DNL2 00007039.xls | DNL2 00012372.xls | DNL2 00016721 - 16723.csv |
| DNL2 00002831.xls | DNL2 00007064.xls | DNL2 00012385 - 12399.xls | DNL2 00016724.csv |
| DNL2 00002832.xls | DNL2 00007065.xls | DNL2 00012400.xls | DNL2 00016725 - 16739.xls |
| DNL2 00002867.xls | DNL2 00007150.xls | DNL2 00012403.xls | DNL2 00016740.xls |
| DNL2 00002868.xls | DNL2 00007210.xls | DNL2 00012404.xls | DNL2 00016744 - 16747.xls |
| DNL2 00002869.txt | DNL2 00007213.xls | DNL2 00012426.xls | DNL2 00016748.xls |
| DNL2 00002870.txt | DNL2 00007215.xls | DNL2 00012436.xls | DNL2 00016766 - 16785.xls |
| DNL2 00002871.xls | DNL2 00007233.xls | DNL2 00012480.xls | DNL2 00016786.xls |
| DNL2 00002874.xls | DNL2 00007238.xls | DNL2 00012482.xls | DNL2 00016787.txt |
| DNL2 00002894.xls | DNL2 00007258.xls | DNL2 00012494.xls | DNL2 00016788.txt |
| DNL2 00002929 - 2939.xls | DNL2 00007272.xls | DNL2 00012594 - 12596.xls | DNL2 00016789.xls |
| DNL2 00002940.xls | DNL2 00007276.xls | DNL2 00012597.xls | DNL2 00016790.xls |
| DNL2 00002942.xls | DNL2 00007350.xls | DNL2 00012645 - 12646.xls | DNL2 00016791.txt |
| DNL2 00003039.xls | DNL2 00007358.xls | DNL2 00012647.xls | DNL2 00016792.xls |
| DNL2 00003045.txt | DNL2 00007484.xls | DNL2 00012661 - 12678.xls | DNL2 00016793 - 16808.txt |
| DNL2 00003047.xls | DNL2 00007499.xls | DNL2 00012679.xls | DNL2 00016809.xls |
| DNL2 00003051 - 3171.txt | DNL2 00007558.xls | DNL2 00012680 - 12681.txt | DNL2 00016810 - 16815.xls |
| DNL2 00003172.txt | DNL2 00007561 - 7589.xls | DNL2 00012682.txt | DNL2 00016816.xls |
| DNL2 00003194.xls | DNL2 00007590.xls | DNL2 00012683 - 12685.xls | DNL2 00016820 - 16827.xls |
| DNL2 00003243.txt | DNL2 00007592 - 7597.xls | DNL2 00012686.xls | DNL2 00016828.xls |
| DNL2 00003244.xls | DNL2 00007598.xls | DNL2 00012715 - 12721.xls | DNL2 00016832.xls |
| DNL2 00003245.txt | DNL2 00007609.xls | DNL2 00012722.xls | DNL2 00016845.xls |
| DNL2 00003246.xls | DNL2 00007612 - 7616.xls | DNL2 00012737 - 12743.xls | DNL2 00016846.xls |
| DNL2 00003247.txt | DNL2 00007617.xls | DNL2 00012744.xls | DNL2 00016848.xls |
| DNL2 00003248.xls | DNL2 00007626.xls | DNL2 00012769 - 12772.xls | DNL2 00016865 - 16869.xls |
| DNL2 00003251.xls | DNL2 00007627.xls | DNL2 00012773.xls | DNL2 00016870.xls |
| DNL2 00003252.xls | DNL2 00007643.xls | DNL2 00012798.xls | DNL2 00016877 - 16887.xls |
| DNL2 00003253.txt | DNL2 00007645.xls | DNL2 00012799.xls | DNL2 00016888.xls |
| DNL2 00003254.txt | DNL2 00007646.xls | DNL2 00012814.xls | DNL2 00016901.xls |
| DNL2 00003255.xls | DNL2 00007652.xls | DNL2 00012815.xls | DNL2 00016912 - 16915.xls |
| DNL2 00003260.xls | DNL2 00007654 - 7656.xls | DNL2 00012884 - 12885.xls | DNL2 00016916.xls |
| DNL2 00003281.xls | DNL2 00007657.xls | DNL2 00012886.xls | DNL2 00016931.xls |
| DNL2 00003291.txt | DNL2 00007662.xls | DNL2 00012907 - 12908.xls | DNL2 00016937.xls |
| DNL2 00003293.xls | DNL2 00007663.xls | DNL2 00012909.xls | DNL2 00016938.xls |
| DNL2 00003295.xls | DNL2 00007666 - 7685.xls | DNL2 00012987.xls | DNL2 00016941 - 16942.xls |
| DNL2 00003312.xls | DNL2 00007686.xls | DNL2 00012988.xls | DNL2 00016943.xls |
| DNL2 00003313.xls | DNL2 00007687.txt | DNL2 00012992.xls | DNL2 00016946 - 16951.xls |
| DNL2 00003396.xls | DNL2 00007688 - 7706.xls | DNL2 00013035 - 13041.xls | DNL2 00016952.xls |
| DNL2 00003397.xls | DNL2 00007707.xls | DNL2 00013042.xls | DNL2 00017017.xls |
| DNL2 00003407.xls | DNL2 00007709.xls | DNL2 00013046.xls | DNL2 00017045.txt |
| DNL2 00003418.xls | DNL2 00007712.xls | DNL2 00013047.xls | DNL2 00017053.txt |
| DNL2 00003428.xls | DNL2 00007738.xls | DNL2 00013073.xls | DNL2 00017058.xls |
| DNL2 00003439.xls | DNL2 00007741 - 7746.xls | DNL2 00013084 - 13086.xls | DNL2 00017074.xls |
| DNL2 00003441.xls | DNL2 00007747.xls | DNL2 00013087.xls | DNL2 00017079.xls |
| DNL2 00003442.xls | DNL2 00007752 - 7757.xls | DNL2 00013153.xls | DNL2 00017091 - 17092.xls |
| DNL2 00003444.xls | DNL2 00007758.xls | DNL2 00013155.xls | DNL2 00017093.xls |
| DNL2 00003459.xls | DNL2 00007760 - 7761.xls | DNL2 00013173 - 13185.xls | DNL2 00017110.xls |
| DNL2 00003463.xls | DNL2 00007762.xls | DNL2 00013186.xls | DNL2 00017111.xls |
| DNL2 00003479.xls | DNL2 00007764 - 7765.xls | DNL2 00013194 - 13195.xls | DNL2 00017115.txt |
| DNL2 00003480 - 3481.txt | DNL2 00007766.xls | DNL2 00013196.xls | DNL2 00017116.txt |
| DNL2 00003482.txt | DNL2 00007769.xls | DNL2 00013208.xls | DNL2 00017118.xls |
| DNL2 00003484.xls | DNL2 00007801 - 7805.xls | DNL2 00013209.xls | DNL2 00017119.txt |
| DNL2 00003485 - 3486.txt | DNL2 00007806.xls | DNL2 00013212.xls | DNL2 00017121.txt |
| DNL2 00003487.txt | DNL2 00007813 - 7815.xls | DNL2 00013291 - 13294.xls | DNL2 00017122.txt |
| DNL2 00003493.xls | DNL2 00007816.xls | DNL2 00013295.xls | DNL2 00017124.txt |
| DNL2 00003495.xls | DNL2 00007861 - 7864.xls | DNL2 00013297.xls | DNL2 00017125.txt |
| DNL2 00003502.xls | DNL2 00007865.xls | DNL2 00013298.xls | DNL2 00017127.txt |
| DNL2 00003504.xls | DNL2 00007879 - 7889.xls | DNL2 00013298.xls | DNL2 00017128.txt |
| DNL2 00003514.xls | DNL2 00007890.xls | DNL2 00013313 - 13315.xls | DNL2 00017130.txt |
| DNL2 00003516.xls | DNL2 00007892 - 7900.xls | DNL2 00013316.xls | DNL2 00017131.txt |
| DNL2 00003520.xls | DNL2 00007901.xls | DNL2 00013338.xls | DNL2 00017135.txt |
| DNL2 00003527.xls | DNL2 00007922 - 7928.xls | DNL2 00013381.xls | DNL2 00017139.xls |
| DNL2 00003529.xls | DNL2 00007929.xls | DNL2 00013393.xls | DNL2 00017141.xls |
| DNL2 00003535.xls | DNL2 00007930.txt | DNL2 00013418 - 13421.xls | DNL2 00017146.xls |
| DNL2 00003537.xls | DNL2 00007931.xls | DNL2 00013422.xls | DNL2 00017161.xls |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| DNL2 00003539.xls | DNL2 00007939 - 7940.xls | DNL2 00013434 - 13435.xls | DNL2 00017162.xls |
| DNL2 00003541.xls | DNL2 00007941.xls | DNL2 00013436.xls | DNL2 00017186.xls |
| DNL2 00003543.xls | DNL2 00007943 - 7977.xls | DNL2 00013463 - 13465.xls | DNL2 00017187.xls |
| DNL2 00003545 - 3548.xls | DNL2 00007978.xls | DNL2 00013466.xls | DNL2 00017189.xls |
| DNL2 00003549.xls | DNL2 00007992 - 8008.xls | DNL2 00013515 - 13516.xls | DNL2 00017190.xls |
| DNL2 00003551.xls | DNL2 00008009.xls | DNL2 00013517.xls | DNL2 00017192.xls |
| DNL2 00003553.xls | DNL2 00008012 - 8013.xls | DNL2 00013522 - 13523.xls | DNL2 00017193.xls |
| DNL2 00003554.xls | DNL2 00008014.xls | DNL2 00013524.xls | DNL2 00017195.xls |
| DNL2 00003556.xls | DNL2 00008031.xls | DNL2 00013538 - 13540.xls | DNL2 00017196.xls |
| DNL2 00003557.xls | DNL2 00008032.xls | DNL2 00013541.xls | DNL2 00017198.xls |
| DNL2 00003560.xls | DNL2 00008034.xls | DNL2 00013555 - 13557.xls | DNL2 00017199.xls |
| DNL2 00003561.xls | DNL2 00008035 - 8064.txt | DNL2 00013558.xls | DNL2 00017201.xls |
| DNL2 00003563.xls | DNL2 00008065.txt | DNL2 00013560 - 13572.xls | DNL2 00017202.xls |
| DNL2 00003564.xls | DNL2 00008067.xls | DNL2 00013573.xls | DNL2 00017204.xls |
| DNL2 00003566.xls | DNL2 00008069.xls | DNL2 00013685 - 13687.xls | DNL2 00017205.xls |
| DNL2 00003568.xls | DNL2 00008131 - 8135.xls | DNL2 00013688.xls | DNL2 00017207.xls |
| DNL2 00003582.xls | DNL2 00008136.xls | DNL2 00013695.xls | DNL2 00017208.xls |
| DNL2 00003591.xls | DNL2 00008139 - 8141.xls | DNL2 00013697 - 13698.xls | DNL2 00017210.xls |
| DNL2 00003609.xls | DNL2 00008142.xls | DNL2 00013699.xls | DNL2 00017211.xls |
| DNL2 00003629.xls | DNL2 00008175.xls | DNL2 00013755.xls | DNL2 00017213.xls |
| DNL2 00003631.xls | DNL2 00008179.xls | DNL2 00013756.xls | DNL2 00017214.xls |
| DNL2 00003637 - 3639.xls | DNL2 00008187 - 8192.xls | DNL2 00013758.xls | DNL2 00017216.xls |
| DNL2 00003640.xls | DNL2 00008193.xls | DNL2 00013759.xls | DNL2 00017217.xls |
| DNL2 00003683 - 3685.xls | DNL2 00008196.xls | DNL2 00013761.xls | DNL2 00017219.xls |
| DNL2 00003686.xls | DNL2 00008197.xls | DNL2 00013762.xls | DNL2 00017220.xls |
| DNL2 00003774 - 3776.xls | DNL2 00008201.xls | DNL2 00013764.xls | DNL2 00017222 - 17223.xls |
| DNL2 00003777.xls | DNL2 00008230 - 8242.xls | DNL2 00013765.xls | DNL2 00017224.xls |
| DNL2 00003995 - 3999.xls | DNL2 00008243 - xls | DNL2 00013767.xls | DNL2 00017226 - 17227.xls |
| DNL2 00004000.xls | DNL2 00008261.xls | DNL2 00013768.xls | DNL2 00017228.xls |
| DNL2 00004126 - 4130.xls | DNL2 00008361 - 8362.xls | DNL2 00013770.xls | DNL2 00017230.xls |
| DNL2 00004131.xls | DNL2 00008363.xls | DNL2 00013771.xls | DNL2 00017231.xls |
| DNL2 00004134 - 4135.xls | DNL2 00008374 - 8384.xls | DNL2 00013773.xls | DNL2 00017233.xls |
| DNL2 00004136.xls | DNL2 00008385.xls | DNL2 00013774.xls | DNL2 00017234.xls |
| DNL2 00004138.xls | DNL2 00008416.xls | DNL2 00013776.xls | DNL2 00017236.xls |
| DNL2 00004159.xls | DNL2 00008430 - 8433.xls | DNL2 00013777.xls | DNL2 00017237.xls |
| DNL2 00004160.txt | DNL2 00008434.xls | DNL2 00013779.xls | DNL2 00017239.xls |
| DNL2 00004161.txt | DNL2 00008532.xls | DNL2 00013780.xls | DNL2 00017240.xls |
| DNL2 00004162.txt | DNL2 00008534 - 8535.xls | DNL2 00013782.xls | DNL2 00017242.xls |
| DNL2 00004163.xls | DNL2 00008536.xls | DNL2 00013783.xls | DNL2 00017243.xls |
| DNL2 00004164.txt | DNL2 00008538 - 8542.xls | DNL2 00013785.xls | DNL2 00017245.xls |
| DNL2 00004165.xls | DNL2 00008543.xls | DNL2 00013786.xls | DNL2 00017246.xls |
| DNL2 00004232.xls | DNL2 00008545 - 8549.xls | DNL2 00013788.xls | DNL2 00021547.xls |
| DNL2 00004298 - 4299.xls | DNL2 00008550.xls | DNL2 00013789.xls | DNL2 00021548 - 21562.csv |
| DNL2 00004300.xls | DNL2 00008552 - 8573.xls | DNL2 00013791 - 13792.xls | DNL2 00021563.csv |
| DNL2 00004328 - 4329.xls | DNL2 00008574.xls | DNL2 00013793.xls | DNL2 00021571.xls |
| DNL2 00004330.xls | DNL2 00008575.txt | DNL2 00013795 - 13796.xls | DNL2 00021572.xls |
| DNL2 00004371 - 4397.xls | DNL2 00008578.txt | DNL2 00013797.xls | DNL2 00021580.xls |
| DNL2 00004398.xls | DNL2 00008588 - 8594.xls | DNL2 00013799.xls | DNL2 00021581.xls |
| DNL2 00004483 - 4489.xls | DNL2 00008595.xls | DNL2 00013800.xls | DNL2 00023012.xls |
| DNL2 00004490.xls | DNL2 00008601 - 8603.xls | DNL2 00013802.xls | DNL2 00023013.xls |
| DNL2 00004497.xls | DNL2 00008604.xls | DNL2 00013803.xls | DNL2 00023023.xls |
| DNL2 00004515 - 4518.xls | DNL2 00008606.xls | DNL2 00013805.xls | DNL2 00023032.xls |
| DNL2 00004519.xls | DNL2 00008608.xls | DNL2 00013806.xls | DNL2 00023054 - 23057.xls |
| DNL2 00004538.xls | DNL2 00008610.xls | DNL2 00013808.xls | DNL2 00023058.xls |
| DNL2 00004539.xls | DNL2 00008612.xls | DNL2 00013809.xls | DNL2 00023063.xls |
| DNL2 00004546 - 4555.xls | DNL2 00008616 - 8625.xls | DNL2 00013811.xls | DNL2 00023065.xls |
| DNL2 00004556.xls | DNL2 00008626.xls | DNL2 00013812.xls | DNL2 00023101.xls |
| DNL2 00004566 - 4572.xls | DNL2 00008628.xls | DNL2 00013814.xls | DNL2 00023102.xls |
| DNL2 00004573.xls | DNL2 00008634.xls | DNL2 00013815.xls | DNL2 00023110.xls |
| DNL2 00004577 - 4579.xls | DNL2 00008636.xls | DNL2 00013820.xls | DNL2 00023111.xls |
| DNL2 00004580.xls | DNL2 00008637.xls | DNL2 00013823.xls | DNL2 00023119.xls |
| DNL2 00004597 - 4598.xls | DNL2 00008640.xls | DNL2 00013826.xls | DNL2 00023120.xls |
| DNL2 00004599.xls | DNL2 00008659.xls | DNL2 00013829 - 13833.xls | DNL2 00023122.xls |
| DNL2 00004629 - 4634.xls | DNL2 00008661.xls | DNL2 00013834.xls | DNL2 00023131.xls |
| DNL2 00004635.xls | DNL2 00008663.xls | DNL2 00013856 - 13857.xls | DNL2 00023174.xls |
| DNL2 00004637 - 4638.xls | DNL2 00008720.xls | DNL2 00013858.xls | DNL2 00023215.xls |
| DNL2 00004639.xls | DNL2 00008728.xls | DNL2 00013859.txt | DNL2 00023252.xls |
| DNL2 00004641.xls | DNL2 00008730.xls | DNL2 00013867 - 13869.xls | DNL2 00023414 - 23419.xls |
| DNL2 00004643.xls | DNL2 00008732.xls | DNL2 00013870.xls | DNL2 00023420.xls |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| DNL2 00004645.xls | DNL2 00008736.xls | DNL2 00013872.xls | DNL2 00023432.xls |
| DNL2 00004647.xls | DNL2 00008738.xls | DNL2 00013873.xls | DNL2 00023638 - 23639.xls |
| DNL2 00004649.xls | DNL2 00008740.xls | DNL2 00013876 - 13882.xls | DNL2 00023640.xls |
| DNL2 00004651.xls | DNL2 00008744.xls | DNL2 00013883.xls | DNL2 00023697.xls |
| DNL2 00004652.xls | DNL2 00008759.xls | DNL2 00013888.xls | DNL2 00023735 - 23736.xls |
| DNL2 00004657 - 4663.xls | DNL2 00008771.xls | DNL2 00013915.xls | DNL2 00023737.xls |
| DNL2 00004664.xls | DNL2 00008886.xls | DNL2 00013977.xls | DNL2 00023774.xls |
| DNL2 00004697 - 4703.xls | DNL2 00008888.xls | DNL2 00013979.xls | DNL2 00023864.xls |
| DNL2 00004704.xls | DNL2 00008889.xls | DNL2 00013987.xls | DNL2 00024034.xls |
| DNL2 00004706 - 4707.xls | DNL2 00008893.xls | DNL2 00013989.xls | DNL2 00024035.xls |
| DNL2 00004708.xls | DNL2 00008901 - 8903.xls | DNL2 00013990.xls | DNL2 00024116.xls |
| DNL2 00004854.xls | DNL2 00008904.xls | DNL2 00013993.xls | DNL2 00024143.xls |
| DNL2 00004855 - 4858.txt | DNL2 00008928 - 8929.xls | DNL2 00013996.xls | |

| | | *Bates Stamped Documents* | | |
|---|---|---|---|
| 000001.PDF | DNL2 00003199.PDF | DNL2 00009718.PDF | DNL2 00016394.PDF |
| 000002.PDF | DNL2 00003223.PDF | DNL2 00009724 - 9758.PDF | DNL2 00016396.PDF |
| 000003.PDF | DNL2 00003225.PDF | DNL2 00009759.PDF | DNL2 00016398.PDF |
| 000004.PDF | DNL2 00003241.PDF | DNL2 00009772 - 9803.PDF | DNL2 00016399.PDF |
| 000005.PDF | DNL2 00003242.PDF | DNL2 00009804.PDF | DNL2 00016401.PDF |
| 000006.PDF | DNL2 00003249.PDF | DNL2 00009808 - 9810.PDF | DNL2 00016402.PDF |
| 000008.PDF | DNL2 00003256 - 3258.PDF | DNL2 00009811.PDF | DNL2 00016405.PDF |
| 000010.PDF | DNL2 00003259.PDF | DNL2 00009815 - 9817.PDF | DNL2 00016408.PDF |
| 000011.PDF | DNL2 00003261.PDF | DNL2 00009818.PDF | DNL2 00016411.PDF |
| 000012.PDF | DNL2 00003264.PDF | DNL2 00009825 - 9838.PDF | DNL2 00016413.PDF |
| 000013.PDF | DNL2 00003265.PDF | DNL2 00009839.PDF | DNL2 00016414.PDF |
| 000014.PDF | DNL2 00003268 - 3270.PDF | DNL2 00009845 - 9848.PDF | DNL2 00016417.PDF |
| 000016.PDF | DNL2 00003271.PDF | DNL2 00009849.PDF | DNL2 00016418.PDF |
| 000021.PDF | DNL2 00003273.PDF | DNL2 00009856 - 9858.PDF | DNL2 00016420.PDF |
| 000033.PDF | DNL2 00003274.PDF | DNL2 00009859.PDF | DNL2 00016422 - 16425.PDF |
| 000041.PDF | DNL2 00003280.PDF | DNL2 00009876 - 9896.PDF | DNL2 00016426.PDF |
| 000043.PDF | DNL2 00003282 - 3283.PDF | DNL2 00009897.PDF | DNL2 00016428 - 16430.PDF |
| 000046.PDF | DNL2 00003284.PDF | DNL2 00009910 - 9920.PDF | DNL2 00016431.PDF |
| 000050.PDF | DNL2 00003292.PDF | DNL2 00009921.PDF | DNL2 00016433.PDF |
| 000053.PDF | DNL2 00003294.PDF | DNL2 00009925 - 9926.PDF | DNL2 00016437 - 16438.PDF |
| 000057.PDF | DNL2 00003296.PDF | DNL2 00009927.PDF | DNL2 00016439.PDF |
| 000064.PDF | DNL2 00003298.PDF | DNL2 00009931 - 9932.PDF | DNL2 00016441.PDF |
| 000072.PDF | DNL2 00003303.PDF | DNL2 00009933.PDF | DNL2 00016442.PDF |
| 000082.PDF | DNL2 00003305.PDF | DNL2 00009940 - 9943.PDF | DNL2 00016444.PDF |
| 000098.PDF | DNL2 00003310.PDF | DNL2 00009944.PDF | DNL2 00016445.PDF |
| 000115.PDF | DNL2 00003314.PDF | DNL2 00009951 - 9957.PDF | DNL2 00016447.PDF |
| 000142.PDF | DNL2 00003317.PDF | DNL2 00009958.PDF | DNL2 00016448.PDF |
| 000162.PDF | DNL2 00003318.PDF | DNL2 00009964 - 9966.PDF | DNL2 00016450.PDF |
| 000188.PDF | DNL2 00003323.PDF | DNL2 00009967.PDF | DNL2 00016451.PDF |
| 000216.PDF | DNL2 00003325.PDF | DNL2 00009974 - 9981.PDF | DNL2 00016453.PDF |
| 000230.PDF | DNL2 00003327.PDF | DNL2 00009982.PDF | DNL2 00016455.PDF |
| 000242.PDF | DNL2 00003332.PDF | DNL2 00009986 - 9988.PDF | DNL2 00016457.PDF |
| 000252.PDF | DNL2 00003337.PDF | DNL2 00009989.PDF | DNL2 00016459 - 16465.PDF |
| 000263.PDF | DNL2 00003342.PDF | DNL2 00009993 - 9995.PDF | DNL2 00016466.PDF |
| 000270.PDF | DNL2 00003347.PDF | DNL2 00009996.PDF | DNL2 00016474.PDF |
| 000278.PDF | DNL2 00003349.PDF | DNL2 00010003 - 10007.PDF | DNL2 00016475.PDF |
| 000283.PDF | DNL2 00003354.PDF | DNL2 00010008.PDF | DNL2 00016477.PDF |
| 000289.PDF | DNL2 00003359.PDF | DNL2 00010015 - 10020.PDF | DNL2 00016478.PDF |
| 000293.PDF | DNL2 00003364.PDF | DNL2 00010021.PDF | DNL2 00016480.PDF |
| 000303.PDF | DNL2 00003369.PDF | DNL2 00010028 - 10031.PDF | DNL2 00016482.PDF |
| 000305.PDF | DNL2 00003370.PDF | DNL2 00010032.PDF | DNL2 00016483.PDF |
| 000308.PDF | DNL2 00003372.PDF | DNL2 00010038 - 10040.PDF | DNL2 00016493.PDF |
| 000312.PDF | DNL2 00003381.PDF | DNL2 00010041.PDF | DNL2 00016494.PDF |
| 000317.PDF | DNL2 00003383.PDF | DNL2 00010048 - 10050.PDF | DNL2 00016502.PDF |
| 000324.PDF | DNL2 00003391.PDF | DNL2 00010051.PDF | DNL2 00016504.PDF |
| 000329.PDF | DNL2 00003398.PDF | DNL2 00010068 - 10088.PDF | DNL2 00016505.PDF |
| 000331.PDF | DNL2 00003400.PDF | DNL2 00010089.PDF | DNL2 00016507 - 16508.PDF |
| 000345.PDF | DNL2 00003401.PDF | DNL2 00010102 - 10114.PDF | DNL2 00016509.PDF |
| 000358.PDF | DNL2 00003403.PDF | DNL2 00010115.PDF | DNL2 00016511.PDF |
| 000378.PDF | DNL2 00003405.PDF | DNL2 00010128 - 10138.PDF | DNL2 00016513.PDF |
| 000386.PDF | DNL2 00003408.PDF | DNL2 00010139.PDF | DNL2 00016516 - 16519.PDF |
| 000398.PDF | DNL2 00003409.PDF | DNL2 00010146 - 10148.PDF | DNL2 00016520.PDF |
| 000410.PDF | DNL2 00003412.PDF | DNL2 00010149.PDF | DNL2 00016523.PDF |
| 000418.PDF | DNL2 00003413.PDF | DNL2 00010156 - 10159.PDF | DNL2 00016524.PDF |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| 000423.PDF | DNL2 00003419.PDF | DNL2 00010160.PDF | DNL2 00016526.PDF |
| 000431.PDF | DNL2 00003429 - 3430.PDF | DNL2 00010167 - 10169.PDF | DNL2 00016528.PDF |
| 000441.PDF | DNL2 00003431.PDF | DNL2 00010170.PDF | DNL2 00016530 - 16531.PDF |
| 000481.PDF | DNL2 00003433 - 3436.PDF | DNL2 00010176 - 10179.PDF | DNL2 00016532.PDF |
| 000483.PDF | DNL2 00003437.PDF | DNL2 00010180.PDF | DNL2 00016535 - 16536.PDF |
| 000484.PDF | DNL2 00003440.PDF | DNL2 00010187 - 10189.PDF | DNL2 00016537.PDF |
| 000485.PDF | DNL2 00003443.PDF | DNL2 00010190.PDF | DNL2 00016540.PDF |
| 000486.PDF | DNL2 00003445.PDF | DNL2 00010207.PDF | DNL2 00016541.PDF |
| 000487.PDF | DNL2 00003446.PDF | DNL2 00010209.PDF | DNL2 00016544.PDF |
| 000488.PDF | DNL2 00003450.PDF | DNL2 00010211 - 10231.PDF | DNL2 00016545.PDF |
| 000489.PDF | DNL2 00003453.PDF | DNL2 00010232.PDF | DNL2 00016549 - 16550.PDF |
| 000491.PDF | DNL2 00003456.PDF | DNL2 00010245 - 10255.PDF | DNL2 00016551.PDF |
| 000493.PDF | DNL2 00003460.PDF | DNL2 00010256.PDF | DNL2 00016554.PDF |
| 000494.PDF | DNL2 00003464.PDF | DNL2 00010260.PDF | DNL2 00016556.PDF |
| 000495.PDF | DNL2 00003465.PDF | DNL2 00010264 - 10265.PDF | DNL2 00016558.PDF |
| 000496.PDF | DNL2 00003468 - 3470.PDF | DNL2 00010266.PDF | DNL2 00016561.PDF |
| 000497.PDF | DNL2 00003471.PDF | DNL2 00010273 - 10278.PDF | DNL2 00016562.PDF |
| 000499.PDF | DNL2 00003473.PDF | DNL2 00010279.PDF | DNL2 00016566.PDF |
| 000504.PDF | DNL2 00003474.PDF | DNL2 00010286 - 10293.PDF | DNL2 00016567.PDF |
| 000516.PDF | DNL2 00003476 - 3477.PDF | DNL2 00010294.PDF | DNL2 00016569 - 16573.PDF |
| 000524.PDF | DNL2 00003478.PDF | DNL2 00010300 - 10301.PDF | DNL2 00016574.PDF |
| 000526.PDF | DNL2 00003483.PDF | DNL2 00010302.PDF | DNL2 00016576.PDF |
| 000529.PDF | DNL2 00003488 - 3489.PDF | DNL2 00010309 - 10342.PDF | DNL2 00016578.PDF |
| 000533.PDF | DNL2 00003490.PDF | DNL2 00010343.PDF | DNL2 00016580.PDF |
| 000536.PDF | DNL2 00003492.PDF | DNL2 00010356 - 10364.PDF | DNL2 00016582.PDF |
| 000540.PDF | DNL2 00003494.PDF | DNL2 00010365.PDF | DNL2 00016584.PDF |
| 000547.PDF | DNL2 00003496.PDF | DNL2 00010367.PDF | DNL2 00016588 - 16589.PDF |
| 000555.PDF | DNL2 00003499.PDF | DNL2 00010369 - 10402.PDF | DNL2 00016590.PDF |
| 000565.PDF | DNL2 00003501.PDF | DNL2 00010403.PDF | DNL2 00016741.PDF |
| 000581.PDF | DNL2 00003503.PDF | DNL2 00010416 - 10421.PDF | DNL2 00016743.PDF |
| 000598.PDF | DNL2 00003505.PDF | DNL2 00010422.PDF | DNL2 00016749.PDF |
| 000625.PDF | DNL2 00003507 - 3510.PDF | DNL2 00010434.PDF | DNL2 00016751.PDF |
| 000645.PDF | DNL2 00003511.PDF | DNL2 00010437.PDF | DNL2 00016757 - 16764.PDF |
| 000671.PDF | DNL2 00003515.PDF | DNL2 00010439.PDF | DNL2 00016765.PDF |
| 000699.PDF | DNL2 00003517 - 3518.PDF | DNL2 00010441.PDF | DNL2 00016817.PDF |
| 000713.PDF | DNL2 00003519.PDF | DNL2 00010443.PDF | DNL2 00016829 - 16830.PDF |
| 000725.PDF | DNL2 00003521.PDF | DNL2 00010444.PDF | DNL2 00016831.PDF |
| 000735.PDF | DNL2 00003522.PDF | DNL2 00010446.PDF | DNL2 00016833 - 16843.PDF |
| 000746.PDF | DNL2 00003524.PDF | DNL2 00010448.PDF | DNL2 00016844.PDF |
| 000753.PDF | DNL2 00003526.PDF | DNL2 00010450.PDF | DNL2 00016847.PDF |
| 000761.PDF | DNL2 00003528.PDF | DNL2 00010452.PDF | DNL2 00016849.PDF |
| 000766.PDF | DNL2 00003530.PDF | DNL2 00010454.PDF | DNL2 00016851.PDF |
| 000772.PDF | DNL2 00003531.PDF | DNL2 00010457.PDF | DNL2 00016853.PDF |
| 000776.PDF | DNL2 00003534.PDF | DNL2 00010459.PDF | DNL2 00016855.PDF |
| 000786.PDF | DNL2 00003536.PDF | DNL2 00010460.PDF | DNL2 00016857.PDF |
| 000788.PDF | DNL2 00003538.PDF | DNL2 00010488.PDF | DNL2 00016859.PDF |
| 000791.PDF | DNL2 00003540.PDF | DNL2 00010490.PDF | DNL2 00016861.PDF |
| 000795.PDF | DNL2 00003542.PDF | DNL2 00010492.PDF | DNL2 00016863.PDF |
| 000800.PDF | DNL2 00003544.PDF | DNL2 00010495.PDF | DNL2 00016871.PDF |
| 000807.PDF | DNL2 00003550.PDF | DNL2 00010497.PDF | DNL2 00016873.PDF |
| 000812.PDF | DNL2 00003552.PDF | DNL2 00010499.PDF | DNL2 00016876.PDF |
| 000814.PDF | DNL2 00003555.PDF | DNL2 00010501.PDF | DNL2 00016889 - 16890.PDF |
| 003056.PDF | DNL2 00003558.PDF | DNL2 00010503.PDF | DNL2 00016891.PDF |
| 003067.PDF | DNL2 00003562.PDF | DNL2 00010506 - 10508.PDF | DNL2 00016897.PDF |
| 003083.PDF | DNL2 00003565.PDF | DNL2 00010509.PDF | DNL2 00016900.PDF |
| 003090.PDF | DNL2 00003567.PDF | DNL2 00010512.PDF | DNL2 00016902.PDF |
| 003100.PDF | DNL2 00003569.PDF | DNL2 00010515.PDF | DNL2 00016908 - 16909.PDF |
| 003110.PDF | DNL2 00003571.PDF | DNL2 00010518.PDF | DNL2 00016910.PDF |
| 003117.PDF | DNL2 00003573 - 3574.PDF | DNL2 00010521.PDF | DNL2 00016917.PDF |
| 003122.PDF | DNL2 00003575.PDF | DNL2 00010522.PDF | DNL2 00016924.PDF |
| 003129.PDF | DNL2 00003577 - 3580.PDF | DNL2 00010538.PDF | DNL2 00016932.PDF |
| 003138.PDF | DNL2 00003581.PDF | DNL2 00010554.PDF | DNL2 00016934.PDF |
| 003177.PDF | DNL2 00003583.PDF | DNL2 00010556.PDF | DNL2 00016936.PDF |
| 003178.PDF | DNL2 00003592.PDF | DNL2 00010558 - 10560.PDF | DNL2 00016939.PDF |
| 003402.PDF | DNL2 00003595.PDF | DNL2 00010561.PDF | DNL2 00016940.PDF |
| 003626.PDF | DNL2 00003600.PDF | DNL2 00010564.PDF | DNL2 00016944.PDF |
| 003858.PDF | DNL2 00003604.PDF | DNL2 00010582.PDF | DNL2 00016953.PDF |
| 004116.PDF | DNL2 00003607.PDF | DNL2 00010585.PDF | DNL2 00016985.PDF |
| 004381.PDF | DNL2 00003610.PDF | DNL2 00010587 - 10589.PDF | DNL2 00017018.PDF |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| 004656.PDF | DNL2 00003621.PDF | DNL2 00010590.PDF | DNL2 00017020.PDF |
| 004704.PDF | DNL2 00003623.PDF | DNL2 00010593.PDF | DNL2 00017022 - 17023.PDF |
| 004752.PDF | DNL2 00003628.PDF | DNL2 00010597.PDF | DNL2 00017024.PDF |
| 004800.PDF | DNL2 00003630.PDF | DNL2 00010609.PDF | DNL2 00017028.PDF |
| 004848.PDF | DNL2 00003632.PDF | DNL2 00010611.PDF | DNL2 00017029.PDF |
| 004897.PDF | DNL2 00003641.PDF | DNL2 00010613.PDF | DNL2 00017031.PDF |
| 004945.PDF | DNL2 00003645.PDF | DNL2 00010617.PDF | DNL2 00017033.PDF |
| 004977.PDF | DNL2 00003663.PDF | DNL2 00010618.PDF | DNL2 00017035 - 17036.PDF |
| 005011.PDF | DNL2 00003664.PDF | DNL2 00010664.PDF | DNL2 00017037.PDF |
| 005051.PDF | DNL2 00003670.PDF | DNL2 00010666.PDF | DNL2 00017046.PDF |
| 005093.PDF | DNL2 00003671.PDF | DNL2 00010670.PDF | DNL2 00017047.PDF |
| 005135.PDF | DNL2 00003682.PDF | DNL2 00010672 - 10673.PDF | DNL2 00017054.PDF |
| 005177.PDF | DNL2 00003687.PDF | DNL2 00010674.PDF | DNL2 00017056.PDF |
| 005221.PDF | DNL2 00003707.PDF | DNL2 00010677.PDF | DNL2 00017057.PDF |
| 005522.PDF | DNL2 00003708.PDF | DNL2 00010678.PDF | DNL2 00017059.PDF |
| 007750.PDF | DNL2 00003739.PDF | DNL2 00010682.PDF | DNL2 00017062.PDF |
| 009572.PDF | DNL2 00003740.PDF | DNL2 00010684.PDF | DNL2 00017066.PDF |
| 009573.PDF | DNL2 00003746.PDF | DNL2 00010686.PDF | DNL2 00017068.PDF |
| 009574.PDF | DNL2 00003747.PDF | DNL2 00010689.PDF | DNL2 00017070 - 17072.PDF |
| 009575.PDF | DNL2 00003758.PDF | DNL2 00010690.PDF | DNL2 00017073.PDF |
| 009576.PDF | DNL2 00003759.PDF | DNL2 00010693.PDF | DNL2 00017075.PDF |
| 009577.PDF | DNL2 00003773.PDF | DNL2 00010695.PDF | DNL2 00017076.PDF |
| 009578.PDF | DNL2 00003778.PDF | DNL2 00010698.PDF | DNL2 00017078.PDF |
| 009579.PDF | DNL2 00003781.PDF | DNL2 00010700.PDF | DNL2 00017080.PDF |
| 009580.PDF | DNL2 00003782.PDF | DNL2 00010702.PDF | DNL2 00017083.PDF |
| 009581.PDF | DNL2 00003784.PDF | DNL2 00010704.PDF | DNL2 00017086 - 17087.PDF |
| 009582.PDF | DNL2 00003786.PDF | DNL2 00010711.PDF | DNL2 00017088.PDF |
| 009583.PDF | DNL2 00003788.PDF | DNL2 00010723.PDF | DNL2 00017090.PDF |
| 009807.PDF | DNL2 00003789.PDF | DNL2 00010748.PDF | DNL2 00017094.PDF |
| 010031.PDF | DNL2 00003792.PDF | DNL2 00010775.PDF | DNL2 00017096.PDF |
| 010263.PDF | DNL2 00003794.PDF | DNL2 00010780.PDF | DNL2 00017098 - 17099.PDF |
| 010521.PDF | DNL2 00003797.PDF | DNL2 00010784.PDF | DNL2 00017100.PDF |
| 010786.PDF | DNL2 00003805.PDF | DNL2 00010788.PDF | DNL2 00017102 - 17104.PDF |
| 011061.PDF | DNL2 00003812.PDF | DNL2 00010807.PDF | DNL2 00017105.PDF |
| 011109.PDF | DNL2 00003819.PDF | DNL2 00010813.PDF | DNL2 00017107.PDF |
| 011157.PDF | DNL2 00003826.PDF | DNL2 00010817.PDF | DNL2 00017108.PDF |
| 011205.PDF | DNL2 00003827.PDF | DNL2 00010822.PDF | DNL2 00017112 - 17113.PDF |
| 011253.PDF | DNL2 00003833.PDF | DNL2 00010827 - 10828.PDF | DNL2 00017114.PDF |
| 011302.PDF | DNL2 00003839.PDF | DNL2 00010829.PDF | DNL2 00017117.PDF |
| 011350.PDF | DNL2 00003844.PDF | DNL2 00010835.PDF | DNL2 00017120.PDF |
| 011382.PDF | DNL2 00003849.PDF | DNL2 00010836.PDF | DNL2 00017123.PDF |
| 011416.PDF | DNL2 00003857.PDF | DNL2 00010902 - 10911.PDF | DNL2 00017126.PDF |
| 011456.PDF | DNL2 00003864.PDF | DNL2 00010912.PDF | DNL2 00017129.PDF |
| 011498.PDF | DNL2 00003871.PDF | DNL2 00010914 - 10921.PDF | DNL2 00017132 - 17133.PDF |
| 011540.PDF | DNL2 00003878.PDF | DNL2 00010922.PDF | DNL2 00017134.PDF |
| 011582.PDF | DNL2 00003883.PDF | DNL2 00010924 - 10933.PDF | DNL2 00017136 - 17137.PDF |
| 011626.PDF | DNL2 00003887.PDF | DNL2 00010934.PDF | DNL2 00017138.PDF |
| 011927.PDF | DNL2 00003891.PDF | DNL2 00010936 - 10940.PDF | DNL2 00017140.PDF |
| 013749.PDF | DNL2 00003893 - 3894.PDF | DNL2 00010941.PDF | DNL2 00017142.PDF |
| 014768.PDF | DNL2 00003895.PDF | DNL2 00010967.PDF | DNL2 00017147.PDF |
| 014808.PDF | DNL2 00003899.PDF | DNL2 00010975.PDF | DNL2 00017148.PDF |
| 014848.PDF | DNL2 00003902.PDF | DNL2 00011007.PDF | DNL2 00017160.PDF |
| 014888.PDF | DNL2 00003906.PDF | DNL2 00011035.PDF | DNL2 00017163.PDF |
| 014952.PDF | DNL2 00003909.PDF | DNL2 00011063.PDF | DNL2 00017164.PDF |
| 015001.PDF | DNL2 00003913.PDF | DNL2 00011065 - 11071.PDF | DNL2 00017167.PDF |
| 022818.PDF | DNL2 00003916 - 3917.PDF | DNL2 00011072.PDF | DNL2 00017188.PDF |
| 022826.PDF | DNL2 00003918.PDF | DNL2 00011094.PDF | DNL2 00017191.PDF |
| 022834.PDF | DNL2 00003920.PDF | DNL2 00011122.PDF | DNL2 00017194.PDF |
| 022850.PDF | DNL2 00003921.PDF | DNL2 00011175.PDF | DNL2 00017197.PDF |
| 022851.PDF | DNL2 00003923.PDF | DNL2 00011188.PDF | DNL2 00017200.PDF |
| 022852.PDF | DNL2 00003924.PDF | DNL2 00011241.PDF | DNL2 00017203.PDF |
| 022853.PDF | DNL2 00003954 - 3956.PDF | DNL2 00011252.PDF | DNL2 00017206.PDF |
| 022865.PDF | DNL2 00003957.PDF | DNL2 00011263.PDF | DNL2 00017209.PDF |
| 023060.PDF | DNL2 00003988 - 3992.PDF | DNL2 00011274.PDF | DNL2 00017212.PDF |
| 023098.PDF | DNL2 00003993.PDF | DNL2 00011302.PDF | DNL2 00017215.PDF |
| 023107.PDF | DNL2 00004001 - 4006.PDF | DNL2 00011303.PDF | DNL2 00017218.PDF |
| 023134.PDF | DNL2 00004007.PDF | DNL2 00011314.PDF | DNL2 00017221.PDF |
| 023192.PDF | DNL2 00004009.PDF | DNL2 00011343.PDF | DNL2 00017225.PDF |
| 023195.PDF | DNL2 00004033.PDF | DNL2 00011347.PDF | DNL2 00017229.PDF |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| 023197.PDF | DNL2 00004034.PDF | DNL2 00011351.PDF | DNL2 00017232.PDF |
| 023200.PDF | DNL2 00004058.PDF | DNL2 00011353.PDF | DNL2 00017235.PDF |
| 023201.PDF | DNL2 00004059.PDF | DNL2 00011356.PDF | DNL2 00017238.PDF |
| 023204.PDF | DNL2 00004086.PDF | DNL2 00011358.PDF | DNL2 00017241.PDF |
| 023205.PDF | DNL2 00004087.PDF | DNL2 00011360.PDF | DNL2 00017244.PDF |
| 023206.PDF | DNL2 00004132.PDF | DNL2 00011363.PDF | DNL2 00017247.PDF |
| 023207.PDF | DNL2 00004137.PDF | DNL2 00011366.PDF | DNL2 00017248.PDF |
| 023215.PDF | DNL2 00004139.PDF | DNL2 00011369.PDF | DNL2 00017765.PDF |
| 023227.PDF | DNL2 00004141.PDF | DNL2 00011371.PDF | DNL2 00018186.PDF |
| 023235.PDF | DNL2 00004157.PDF | DNL2 00011373.PDF | DNL2 00018237.PDF |
| 023241.PDF | DNL2 00004158.PDF | DNL2 00011377.PDF | DNL2 00018331.PDF |
| 023243.PDF | DNL2 00004166.PDF | DNL2 00011379.PDF | DNL2 00018439.PDF |
| 023244.PDF | DNL2 00004167.PDF | DNL2 00011382.PDF | DNL2 00018502.PDF |
| 023245.PDF | DNL2 00004183 - 4184.PDF | DNL2 00011384.PDF | DNL2 00018578.PDF |
| 023248.PDF | DNL2 00004185.PDF | DNL2 00011386.PDF | DNL2 00018612.PDF |
| 023274.PDF | DNL2 00004204 - 4205.PDF | DNL2 00011388.PDF | DNL2 00018769.PDF |
| 023275.PDF | DNL2 00004206.PDF | DNL2 00011390.PDF | DNL2 00018772.PDF |
| 023279.PDF | DNL2 00004231.PDF | DNL2 00011392.PDF | DNL2 00018775.PDF |
| 023280.PDF | DNL2 00004233.PDF | DNL2 00011395.PDF | DNL2 00018778.PDF |
| 023283.PDF | DNL2 00004235.PDF | DNL2 00011421.PDF | DNL2 00018903.PDF |
| 023285.PDF | DNL2 00004248.PDF | DNL2 00011423 - 11500.PDF | DNL2 00018979.PDF |
| 023301.PDF | DNL2 00004249.PDF | DNL2 00011501.PDF | DNL2 00019047.PDF |
| 023304.PDF | DNL2 00004257.PDF | DNL2 00011507.PDF | DNL2 00019196.PDF |
| 023312.PDF | DNL2 00004258.PDF | DNL2 00011509.PDF | DNL2 00019369.PDF |
| 023313.PDF | DNL2 00004266.PDF | DNL2 00011513.PDF | DNL2 00019491.PDF |
| 023314.PDF | DNL2 00004267.PDF | DNL2 00011514.PDF | DNL2 00019634.PDF |
| 023315.PDF | DNL2 00004301.PDF | DNL2 00011516.PDF | DNL2 00019757.PDF |
| 023339.PDF | DNL2 00004302.PDF | DNL2 00011518.PDF | DNL2 00019872.PDF |
| 023370.PDF | DNL2 00004331.PDF | DNL2 00011520.PDF | DNL2 00019987.PDF |
| 023373.PDF | DNL2 00004332.PDF | DNL2 00011523.PDF | DNL2 00020195.PDF |
| 023375.PDF | DNL2 00004399.PDF | DNL2 00011526.PDF | DNL2 00020361.PDF |
| 023376.PDF | DNL2 00004400.PDF | DNL2 00011534 - 11550.PDF | DNL2 00020419.PDF |
| 023377.PDF | DNL2 00004414.PDF | DNL2 00011551.PDF | DNL2 00020421.PDF |
| 023379.PDF | DNL2 00004427.PDF | DNL2 00011553 - 11576.PDF | DNL2 00020468.PDF |
| 023381.PDF | DNL2 00004440.PDF | DNL2 00011577.PDF | DNL2 00021018.PDF |
| 023382.PDF | DNL2 00004453.PDF | DNL2 00011582 - 11604.PDF | DNL2 00021533.PDF |
| 023403.PDF | DNL2 00004454.PDF | DNL2 00011605.PDF | DNL2 00021546.PDF |
| 023404.PDF | DNL2 00004478.PDF | DNL2 00011609 - 11630.PDF | DNL2 00021564.PDF |
| 023406.PDF | DNL2 00004481.PDF | DNL2 00011631.PDF | DNL2 00021573.PDF |
| 023412.PDF | DNL2 00004482.PDF | DNL2 00011768 - 11769.PDF | DNL2 00021582.PDF |
| 023417.PDF | DNL2 00004491.PDF | DNL2 00011770.PDF | DNL2 00021698.PDF |
| 023419.PDF | DNL2 00004492.PDF | DNL2 00011774 - 11777.PDF | DNL2 00021746.PDF |
| 023423.PDF | DNL2 00004498.PDF | DNL2 00011778.PDF | DNL2 00021754.PDF |
| 023425.PDF | DNL2 00004506.PDF | DNL2 00011806.PDF | DNL2 00021885.PDF |
| 023429.PDF | DNL2 00004520.PDF | DNL2 00011834.PDF | DNL2 00021993.PDF |
| 023431.PDF | DNL2 00004528.PDF | DNL2 00011862 - 11895.PDF | DNL2 00022112.PDF |
| 023433.PDF | DNL2 00004536.PDF | DNL2 00011896.PDF | DNL2 00022130.PDF |
| 023441.PDF | DNL2 00004540.PDF | DNL2 00011914.PDF | DNL2 00022160.PDF |
| 023442.PDF | DNL2 00004557.PDF | DNL2 00011921.PDF | DNL2 00022243.PDF |
| 023444.PDF | DNL2 00004574.PDF | DNL2 00011922.PDF | DNL2 00022537.PDF |
| 023446.PDF | DNL2 00004581.PDF | DNL2 00011924 - 11925.PDF | DNL2 00022539 - 22544.PDF |
| 023448.PDF | DNL2 00004600.PDF | DNL2 00011926.PDF | DNL2 00022545.PDF |
| 023449.PDF | DNL2 00004604.PDF | DNL2 00011932 - 11935.PDF | DNL2 00022547 - 22549.PDF |
| 023450.PDF | DNL2 00004605.PDF | DNL2 00011936.PDF | DNL2 00022550.PDF |
| 023451.PDF | DNL2 00004608.PDF | DNL2 00011942.PDF | DNL2 00022552 - 22553.PDF |
| 023454.PDF | DNL2 00004609.PDF | DNL2 00011955.PDF | DNL2 00022554.PDF |
| 023455.PDF | DNL2 00004612.PDF | DNL2 00011964.PDF | DNL2 00022556 - 22558.PDF |
| 023457.PDF | DNL2 00004626.PDF | DNL2 00011969.PDF | DNL2 00022559.PDF |
| 023473.PDF | DNL2 00004636.PDF | DNL2 00011973.PDF | DNL2 00022567.PDF |
| 023474.PDF | DNL2 00004640.PDF | DNL2 00011975.PDF | DNL2 00022576.PDF |
| 023519.PDF | DNL2 00004642.PDF | DNL2 00011977.PDF | DNL2 00022586.PDF |
| 023537.PDF | DNL2 00004644.PDF | DNL2 00011981.PDF | DNL2 00022595.PDF |
| 023538.PDF | DNL2 00004646.PDF | DNL2 00011989 - 11993.PDF | DNL2 00022597.PDF |
| 023539.PDF | DNL2 00004648.PDF | DNL2 00011994.PDF | DNL2 00022601.PDF |
| 023550.PDF | DNL2 00004650.PDF | DNL2 00011997.PDF | DNL2 00022605.PDF |
| 023573.PDF | DNL2 00004653.PDF | DNL2 00012002.PDF | DNL2 00022610.PDF |
| 023599.PDF | DNL2 00004665.PDF | DNL2 00012007.PDF | DNL2 00022614.PDF |
| 023618.PDF | DNL2 00004705.PDF | DNL2 00012012.PDF | DNL2 00022642.PDF |
| 023622.PDF | DNL2 00004709.PDF | DNL2 00012013.PDF | DNL2 00022650.PDF |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| 023626.PDF | DNL2 00004743.PDF | DNL2 00012018.PDF | DNL2 00022657.PDF |
| 023628.PDF | DNL2 00004777.PDF | DNL2 00012023.PDF | DNL2 00022659.PDF |
| 023631.PDF | DNL2 00004807.PDF | DNL2 00012025.PDF | DNL2 00022669.PDF |
| 023633.PDF | DNL2 00004841.PDF | DNL2 00012027.PDF | DNL2 00022680.PDF |
| 023636.PDF | DNL2 00004861.PDF | DNL2 00012028.PDF | DNL2 00022691.PDF |
| 023638.PDF | DNL2 00004883.PDF | DNL2 00012030 - 12032.PDF | DNL2 00022702.PDF |
| 023642.PDF | DNL2 00004922.PDF | DNL2 00012033.PDF | DNL2 00022731.PDF |
| 023644.PDF | DNL2 00004935.PDF | DNL2 00012035.PDF | DNL2 00022744.PDF |
| 023646.PDF | DNL2 00004980.PDF | DNL2 00012037.PDF | DNL2 00022748 - 22749.PDF |
| 023700.PDF | DNL2 00004984.PDF | DNL2 00012038.PDF | DNL2 00022750.PDF |
| 023732.PDF | DNL2 00004993.PDF | DNL2 00012040.PDF | DNL2 00022752 - 22754.PDF |
| 023737.PDF | DNL2 00005114.PDF | DNL2 00012047 - 12051.PDF | DNL2 00022755.PDF |
| 023775.PDF | DNL2 00005139.PDF | DNL2 00012052.PDF | DNL2 00022763.PDF |
| 023777.PDF | DNL2 00005146.PDF | DNL2 00012057.PDF | DNL2 00022765.PDF |
| 023801.PDF | DNL2 00005160.PDF | DNL2 00012062.PDF | DNL2 00022768.PDF |
| 023821.PDF | DNL2 00005178.PDF | DNL2 00012067.PDF | DNL2 00022775.PDF |
| 023835.PDF | DNL2 00005179.PDF | DNL2 00012076.PDF | DNL2 00022812 - 22821.PDF |
| 023837.PDF | DNL2 00005213.PDF | DNL2 00012077.PDF | DNL2 00022822.PDF |
| 023839.PDF | DNL2 00005215.PDF | DNL2 00012085.PDF | DNL2 00022825 - 22828.PDF |
| 023847.PDF | DNL2 00005218.PDF | DNL2 00012087.PDF | DNL2 00022829.PDF |
| 023848.PDF | DNL2 00005220.PDF | DNL2 00012092 - 12093.PDF | DNL2 00022831 - 22832.PDF |
| 023861.PDF | DNL2 00005222.PDF | DNL2 00012094.PDF | DNL2 00022833.PDF |
| 023878.PDF | DNL2 00005226.PDF | DNL2 00012096 - 12104.PDF | DNL2 00022839.PDF |
| 023880.PDF | DNL2 00005227.PDF | DNL2 00012105.PDF | DNL2 00022841.PDF |
| 023883.PDF | DNL2 00005230.PDF | DNL2 00012110 - 12111.PDF | DNL2 00022865.PDF |
| 023886.PDF | DNL2 00005231.PDF | DNL2 00012112.PDF | DNL2 00022869.PDF |
| 023889.PDF | DNL2 00005233.PDF | DNL2 00012114 - 12115.PDF | DNL2 00022875.PDF |
| 023890.PDF | DNL2 00005235.PDF | DNL2 00012116.PDF | DNL2 00022879.PDF |
| 023903.PDF | DNL2 00005237.PDF | DNL2 00012123.PDF | DNL2 00022881.PDF |
| 023904.PDF | DNL2 00005243.PDF | DNL2 00012128.PDF | DNL2 00022886.PDF |
| 023951.PDF | DNL2 00005249.PDF | DNL2 00012129.PDF | DNL2 00022891.PDF |
| 023953.PDF | DNL2 00005251.PDF | DNL2 00012131.PDF | DNL2 00022896.PDF |
| 023956.PDF | DNL2 00005259.PDF | DNL2 00012133 - 12134.PDF | DNL2 00022904.PDF |
| 023959.PDF | DNL2 00005271.PDF | DNL2 00012135.PDF | DNL2 00022915 - 22916.PDF |
| 023960.PDF | DNL2 00005274.PDF | DNL2 00012138.PDF | DNL2 00022917.PDF |
| 023962.PDF | DNL2 00005279.PDF | DNL2 00012139.PDF | DNL2 00022957.PDF |
| 023963.PDF | DNL2 00005289.PDF | DNL2 00012144.PDF | DNL2 00022989.PDF |
| 023966.PDF | DNL2 00005299.PDF | DNL2 00012201.PDF | DNL2 00023005.PDF |
| 023967.PDF | DNL2 00005301.PDF | DNL2 00012202.PDF | DNL2 00023014.PDF |
| 023969.PDF | DNL2 00005303.PDF | DNL2 00012238 - 12244.PDF | DNL2 00023016 - 23021.PDF |
| 023970.PDF | DNL2 00005306.PDF | DNL2 00012245.PDF | DNL2 00023022.PDF |
| 023974.PDF | DNL2 00005309.PDF | DNL2 00012247 - 12248.PDF | DNL2 00023024.PDF |
| 023977.PDF | DNL2 00005312.PDF | DNL2 00012249.PDF | DNL2 00023026 - 23028.PDF |
| 023978.PDF | DNL2 00005316.PDF | DNL2 00012255.PDF | DNL2 00023029.PDF |
| 023981.PDF | DNL2 00005321.PDF | DNL2 00012259.PDF | DNL2 00023031.PDF |
| 023983.PDF | DNL2 00005322.PDF | DNL2 00012274 - 12301.PDF | DNL2 00023033.PDF |
| 023984.PDF | DNL2 00005326.PDF | DNL2 00012302.PDF | DNL2 00023035.PDF |
| 023987.PDF | DNL2 00005330.PDF | DNL2 00012305 - 12316.PDF | DNL2 00023036.PDF |
| 023989.PDF | DNL2 00005332.PDF | DNL2 00012317.PDF | DNL2 00023052.PDF |
| 023993.PDF | DNL2 00005334.PDF | DNL2 00012325.PDF | DNL2 00023059.PDF |
| 023994.PDF | DNL2 00005336.PDF | DNL2 00012328 - 12334.PDF | DNL2 00023060.PDF |
| 023995.PDF | DNL2 00005343.PDF | DNL2 00012335.PDF | DNL2 00023062.PDF |
| 023996.PDF | DNL2 00005352.PDF | DNL2 00012353.PDF | DNL2 00023064.PDF |
| 023997.PDF | DNL2 00005359.PDF | DNL2 00012373 - 12383.PDF | DNL2 00023066.PDF |
| 023998.PDF | DNL2 00005367.PDF | DNL2 00012384.PDF | DNL2 00023067.PDF |
| 023999.PDF | DNL2 00005368.PDF | DNL2 00012401.PDF | DNL2 00023071.PDF |
| 024007.PDF | DNL2 00005370.PDF | DNL2 00012402.PDF | DNL2 00023094.PDF |
| 024009.PDF | DNL2 00005379 - 5380.PDF | DNL2 00012405.PDF | DNL2 00023103.PDF |
| 024010.PDF | DNL2 00005381.PDF | DNL2 00012406.PDF | DNL2 00023112.PDF |
| 024011.PDF | DNL2 00005400.PDF | DNL2 00012411 - 12413.PDF | DNL2 00023121.PDF |
| 024012.PDF | DNL2 00005402.PDF | DNL2 00012414.PDF | DNL2 00023123.PDF |
| 024014.PDF | DNL2 00005477.PDF | DNL2 00012419.PDF | DNL2 00023125.PDF |
| 024015.PDF | DNL2 00005484.PDF | DNL2 00012421 - 12424.PDF | DNL2 00023130.PDF |
| 024016.PDF | DNL2 00005491.PDF | DNL2 00012425.PDF | DNL2 00023132.PDF |
| 024017.PDF | DNL2 00005516.PDF | DNL2 00012427.PDF | DNL2 00023164.PDF |
| 024018.PDF | DNL2 00005538.PDF | DNL2 00012428.PDF | DNL2 00023175.PDF |
| 024019.PDF | DNL2 00005540.PDF | DNL2 00012432.PDF | DNL2 00023216.PDF |
| 024021.PDF | DNL2 00005542.PDF | DNL2 00012437.PDF | DNL2 00023253.PDF |
| 024023.PDF | DNL2 00005547.PDF | DNL2 00012442.PDF | DNL2 00023279.PDF |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| 024025.PDF | DNL2 00005549.PDF | DNL2 00012481.PDF | DNL2 00023311.PDF |
| 024027.PDF | DNL2 00005550.PDF | DNL2 00012483 - 12486.PDF | DNL2 00023382.PDF |
| 024029.PDF | DNL2 00005554.PDF | DNL2 00012487.PDF | DNL2 00023421.PDF |
| 024033.PDF | DNL2 00005557.PDF | DNL2 00012490 - 12491.PDF | DNL2 00023424.PDF |
| 024035.PDF | DNL2 00005560.PDF | DNL2 00012492.PDF | DNL2 00023433.PDF |
| 024045.PDF | DNL2 00005564.PDF | DNL2 00012495.PDF | DNL2 00023449.PDF |
| 024174.PDF | DNL2 00005569.PDF | DNL2 00012507 - 12508.PDF | DNL2 00023450.PDF |
| 024187.PDF | DNL2 00005573.PDF | DNL2 00012509.PDF | DNL2 00023549.PDF |
| 024200.PDF | DNL2 00005574.PDF | DNL2 00012517.PDF | DNL2 00023620.PDF |
| 024210.PDF | DNL2 00005581.PDF | DNL2 00012518.PDF | DNL2 00023641.PDF |
| 024224.PDF | DNL2 00005582.PDF | DNL2 00012526.PDF | DNL2 00023658.PDF |
| 024236.PDF | DNL2 00005586.PDF | DNL2 00012527.PDF | DNL2 00023665.PDF |
| 024248.PDF | DNL2 00005587.PDF | DNL2 00012537.PDF | DNL2 00023684.PDF |
| 024260.PDF | DNL2 00005590.PDF | DNL2 00012538.PDF | DNL2 00023698.PDF |
| 024261.PDF | DNL2 00005591.PDF | DNL2 00012548.PDF | DNL2 00023711.PDF |
| 024262.PDF | DNL2 00005609.PDF | DNL2 00012549.PDF | DNL2 00023724.PDF |
| 024263.PDF | DNL2 00005610.PDF | DNL2 00012564.PDF | DNL2 00023738.PDF |
| 024264.PDF | DNL2 00005622.PDF | DNL2 00012579.PDF | DNL2 00023775.PDF |
| 024265.PDF | DNL2 00005623.PDF | DNL2 00012598.PDF | DNL2 00023780.PDF |
| 024266.PDF | DNL2 00005626.PDF | DNL2 00012648.PDF | DNL2 00023798.PDF |
| 024267.PDF | DNL2 00005628.PDF | DNL2 00012687.PDF | DNL2 00023811.PDF |
| 024268.PDF | DNL2 00005646.PDF | DNL2 00012695.PDF | DNL2 00023851.PDF |
| 024269.PDF | DNL2 00005648.PDF | DNL2 00012701.PDF | DNL2 00023865.PDF |
| 024270.PDF | DNL2 00005650.PDF | DNL2 00012723.PDF | DNL2 00023867.PDF |
| 024271.PDF | DNL2 00005653.PDF | DNL2 00012745.PDF | DNL2 00023894.PDF |
| 024272.PDF | DNL2 00005655.PDF | DNL2 00012774.PDF | DNL2 00023897 - 23901.PDF |
| 024273.PDF | DNL2 00005657 - 5658.PDF | DNL2 00012800.PDF | DNL2 00023902.PDF |
| 024274.PDF | DNL2 00005659.PDF | DNL2 00012816.PDF | DNL2 00023904.PDF |
| 024275.PDF | DNL2 00005662.PDF | DNL2 00012836.PDF | DNL2 00023906 - 23908.PDF |
| 024276.PDF | DNL2 00005664.PDF | DNL2 00012837.PDF | DNL2 00023909.PDF |
| 024277.PDF | DNL2 00005666.PDF | DNL2 00012868.PDF | DNL2 00023933.PDF |
| 024278.PDF | DNL2 00005671.PDF | DNL2 00012869.PDF | DNL2 00023934.PDF |
| 024279.PDF | DNL2 00005675.PDF | DNL2 00012883.PDF | DNL2 00023958.PDF |
| 024280.PDF | DNL2 00005678.PDF | DNL2 00012887.PDF | DNL2 00023961.PDF |
| 024281.PDF | DNL2 00005679.PDF | DNL2 00012888.PDF | DNL2 00024001.PDF |
| 024282.PDF | DNL2 00005683.PDF | DNL2 00012890.PDF | DNL2 00024036.PDF |
| 024283.PDF | DNL2 00005686.PDF | DNL2 00012892.PDF | DNL2 00024037.PDF |
| 024284.PDF | DNL2 00005688.PDF | DNL2 00012894.PDF | DNL2 00024061.PDF |
| 024285.PDF | DNL2 00005689.PDF | DNL2 00012896.PDF | DNL2 00024062.PDF |
| 024286.PDF | DNL2 00005697.PDF | DNL2 00012910.PDF | DNL2 00024080.PDF |
| 024287.PDF | DNL2 00005700.PDF | DNL2 00012968.PDF | DNL2 00024085.PDF |
| 024288.PDF | DNL2 00005703.PDF | DNL2 00012981.PDF | DNL2 00024088.PDF |
| 024289.PDF | DNL2 00005705.PDF | DNL2 00012983.PDF | DNL2 00024092.PDF |
| 024290.PDF | DNL2 00005706.PDF | DNL2 00012985.PDF | DNL2 00024096.PDF |
| 024291.PDF | DNL2 00005735.PDF | DNL2 00012989.PDF | DNL2 00024099.PDF |
| 024292.PDF | DNL2 00005763.PDF | DNL2 00012993.PDF | DNL2 00024102.PDF |
| 024293.PDF | DNL2 00005765.PDF | DNL2 00012996.PDF | DNL2 00024104.PDF |
| 024294.PDF | DNL2 00005768.PDF | DNL2 00013008.PDF | DNL2 00024107.PDF |
| 024295.PDF | DNL2 00005770.PDF | DNL2 00013032.PDF | DNL2 00024109 - 24114.PDF |
| 024296.PDF | DNL2 00005801.PDF | DNL2 00013043.PDF | DNL2 00024115.PDF |
| 024298.PDF | DNL2 00005804.PDF | DNL2 00013048.PDF | DNL2 00024117.PDF |
| 024300.PDF | DNL2 00005805.PDF | DNL2 00013049.PDF | DNL2 00024118.PDF |
| 024301.PDF | DNL2 00005807.PDF | DNL2 00013052.PDF | DNL2 00024142.PDF |
| 024302.PDF | DNL2 00005809.PDF | DNL2 00013064.PDF | DNL2 00024144.PDF |
| 024303.PDF | DNL2 00005811.PDF | DNL2 00013074.PDF | DNL2 00024145.PDF |
| 024304.PDF | DNL2 00005841.PDF | DNL2 00013083.PDF | DNL2 00024164 - 24165.PDF |
| 024305.PDF | DNL2 00005842.PDF | DNL2 00013088.PDF | DNL2 00024166.PDF |
| 024306.PDF | DNL2 00005882.PDF | DNL2 00013154.PDF | DNL2 00024185 - 24189.PDF |
| 024307.PDF | DNL2 00005884.PDF | DNL2 00013156.PDF | DNL2 00024190.PDF |
| 024308.PDF | DNL2 00005885.PDF | DNL2 00013161.PDF | DNL2 00024289.PDF |
| 024309.PDF | DNL2 00005892.PDF | DNL2 00013187.PDF | DNL2 00024292.PDF |
| 024310.PDF | DNL2 00005895 - 5897.PDF | DNL2 00013197.PDF | DNL2 00024294 - 24298.PDF |
| 024311.PDF | DNL2 00005898.PDF | DNL2 00013198.PDF | DNL2 00024299.PDF |
| 024312.PDF | DNL2 00005900.PDF | DNL2 00013200.PDF | DNL2 00024329.PDF |
| 024313.PDF | DNL2 00005903.PDF | DNL2 00013210.PDF | DNL2 00024331.PDF |
| 024314.PDF | DNL2 00005905.PDF | DNL2 00013211.PDF | DNL2 00024332.PDF |
| 024315.PDF | DNL2 00005931.PDF | DNL2 00013213.PDF | DNL2 00024361.PDF |
| 024316.PDF | DNL2 00005938.PDF | DNL2 00013238.PDF | DNL2 00024365.PDF |
| 024317.PDF | DNL2 00005940.PDF | DNL2 00013263.PDF | DNL2 00024377.PDF |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| 024318.PDF | DNL2 00005942.PDF | DNL2 00013287.PDF | DNL2 00024379.PDF |
| 024319.PDF | DNL2 00005944.PDF | DNL2 00013296.PDF | DNL2 00024380.PDF |
| 024320.PDF | DNL2 00005946.PDF | DNL2 00013299.PDF | DNL2 00024414.PDF |
| 024321.PDF | DNL2 00005950 - 5951.PDF | DNL2 00013310.PDF | DNL2 00024415.PDF |
| 024322.PDF | DNL2 00005952.PDF | DNL2 00013311.PDF | DNL2 00024419 - 24421.PDF |
| 024323.PDF | DNL2 00005957.PDF | DNL2 00013317.PDF | DNL2 00024422.PDF |
| 024324.PDF | DNL2 00005959.PDF | DNL2 00013330.PDF | DNL2 00024434 - 24440.PDF |
| 024325.PDF | DNL2 00005960.PDF | DNL2 00013334.PDF | DNL2 00024441.PDF |
| 024326.PDF | DNL2 00005983.PDF | DNL2 00013339.PDF | DNL2 00024443 - 24446.PDF |
| 024327.PDF | DNL2 00005989.PDF | DNL2 00013345.PDF | DNL2 00024447.PDF |
| 024328.PDF | DNL2 00005990.PDF | DNL2 00013362.PDF | DNL2 00024449.PDF |
| 024329.PDF | DNL2 00005995.PDF | DNL2 00013379.PDF | DNL2 00024451 - 24453.PDF |
| 024330.PDF | DNL2 00005997.PDF | DNL2 00013382.PDF | DNL2 00024454.PDF |
| 024331.PDF | DNL2 00005998.PDF | DNL2 00013385.PDF | DNL2 00024458.PDF |
| 024332.PDF | DNL2 00006000.PDF | DNL2 00013388.PDF | DNL2 00024461 - 24468.PDF |
| 024333.PDF | DNL2 00006002.PDF | DNL2 00013391.PDF | DNL2 00024469.PDF |
| 024334.PDF | DNL2 00006004.PDF | DNL2 00013394.PDF | DNL2 00024478 - 24479.PDF |
| 024335.PDF | DNL2 00006007.PDF | DNL2 00013396.PDF | DNL2 00024480.PDF |
| 024336.PDF | DNL2 00006009.PDF | DNL2 00013399 - 13400.PDF | DNL2 00024485.PDF |
| 024337.PDF | DNL2 00006011 - 6012.PDF | DNL2 00013401.PDF | DNL2 00024490.PDF |
| 024338.PDF | DNL2 00006013.PDF | DNL2 00013403.PDF | DNL2 00024495.PDF |
| 024339.PDF | DNL2 00006016.PDF | DNL2 00013406.PDF | DNL2 00024500.PDF |
| 024340.PDF | DNL2 00006018.PDF | DNL2 00013408.PDF | DNL2 00024505.PDF |
| 024341.PDF | DNL2 00006022.PDF | DNL2 00013413.PDF | DNL2 00024510.PDF |
| 024342.PDF | DNL2 00006024.PDF | DNL2 00013423.PDF | DNL2 00024518.PDF |
| 024343.PDF | DNL2 00006025.PDF | DNL2 00013426.PDF | DNL2 00024526.PDF |
| 024344.PDF | DNL2 00006027.PDF | DNL2 00013437.PDF | DNL2 00024532.PDF |
| 024345.PDF | DNL2 00006029.PDF | DNL2 00013451.PDF | DNL2 00024534.PDF |
| 024346.PDF | DNL2 00006032.PDF | DNL2 00013467.PDF | DNL2 00024537.PDF |
| 024347.PDF | DNL2 00006034.PDF | DNL2 00013483.PDF | DNL2 00024541.PDF |
| 024348.PDF | DNL2 00006037.PDF | DNL2 00013518.PDF | DNL2 00024542.PDF |
| 024349.PDF | DNL2 00006040.PDF | DNL2 00013521.PDF | DNL2 00024544 - 24545.PDF |
| 024350.PDF | DNL2 00006045.PDF | DNL2 00013525.PDF | DNL2 00024546.PDF |
| 024351.PDF | DNL2 00006049.PDF | DNL2 00013527.PDF | DNL2 00024548.PDF |
| 024352.PDF | DNL2 00006060.PDF | DNL2 00013529.PDF | DNL2 00024549.PDF |
| 024353.PDF | DNL2 00006062.PDF | DNL2 00013535.PDF | DNL2 00024552.PDF |
| 024354.PDF | DNL2 00006066.PDF | DNL2 00013542.PDF | DNL2 00024554.PDF |
| 024355.PDF | DNL2 00006070.PDF | DNL2 00013559.PDF | DNL2 00024556.PDF |
| 024356.PDF | DNL2 00006074.PDF | DNL2 00013574.PDF | DNL2 00024558 - 24559.PDF |
| 024357.PDF | DNL2 00006077.PDF | DNL2 00013578.PDF | DNL2 00024560.PDF |
| 024358.PDF | DNL2 00006081.PDF | DNL2 00013582.PDF | DNL2 00024562.PDF |
| 024359.PDF | DNL2 00006083.PDF | DNL2 00013586.PDF | DNL2 00024566.PDF |
| 024360.PDF | DNL2 00006084.PDF | DNL2 00013590.PDF | DNL2 00024569.PDF |
| 024361.PDF | DNL2 00006087.PDF | DNL2 00013597.PDF | DNL2 00024571.PDF |
| 024363.PDF | DNL2 00006089.PDF | DNL2 00013598.PDF | DNL2 00024573.PDF |
| 024364.PDF | DNL2 00006092.PDF | DNL2 00013600.PDF | DNL2 00024574.PDF |
| 024365.PDF | DNL2 00006095.PDF | DNL2 00013609 - 13610.PDF | DNL2 00024741.PDF |
| 024366.PDF | DNL2 00006096.PDF | DNL2 00013611.PDF | DNL2 00024742.PDF |
| 024367.PDF | DNL2 00006102.PDF | DNL2 00013658.PDF | DNL2 00024885.PDF |
| 024368.PDF | DNL2 00006103.PDF | DNL2 00013680.PDF | DNL2 00024886.PDF |
| 024369.PDF | DNL2 00006110.PDF | DNL2 00013682.PDF | DNL2 00024972.PDF |
| 024370.PDF | DNL2 00006111.PDF | DNL2 00013689.PDF | DNL2 00025033.PDF |
| 024371.PDF | DNL2 00006113.PDF | DNL2 00013692 - 13693.PDF | DNL2 00025111.PDF |
| 024372.PDF | DNL2 00006114.PDF | DNL2 00013694.PDF | DNL2 00025112.PDF |
| 024373.PDF | DNL2 00006119.PDF | DNL2 00013696.PDF | DNL2 00025150.PDF |
| 024374.PDF | DNL2 00006121.PDF | DNL2 00013700.PDF | DNL2 00025252.PDF |
| 024375.PDF | DNL2 00006126.PDF | DNL2 00013702.PDF | DNL2 00025372.PDF |
| 024376.PDF | DNL2 00006129.PDF | DNL2 00013705.PDF | DNL2 00025373.PDF |
| DNL2 00000001.PDF | DNL2 00006130.PDF | DNL2 00013707.PDF | DNL2 00025421.PDF |
| DNL2 00000039.PDF | DNL2 00006132.PDF | DNL2 00013709.PDF | DNL2 00025444.PDF |
| DNL2 00000071.PDF | DNL2 00006136.PDF | DNL2 00013712.PDF | DNL2 00025640.PDF |
| DNL2 00000076.PDF | DNL2 00006140.PDF | DNL2 00013714.PDF | DNL2 00025678.PDF |
| DNL2 00000077.PDF | DNL2 00006143 - 6144.PDF | DNL2 00013716.PDF | DNL2 00025679.PDF |
| DNL2 00000086.PDF | DNL2 00006145.PDF | DNL2 00013717.PDF | DNL2 00025689.PDF |
| DNL2 00000095.PDF | DNL2 00006149.PDF | DNL2 00013719 - 13722.PDF | DNL2 00025690.PDF |
| DNL2 00000098.PDF | DNL2 00006151.PDF | DNL2 00013723.PDF | DNL2 00025717.PDF |
| DNL2 00000101.PDF | DNL2 00006157.PDF | DNL2 00013726 - 13727.PDF | DNL2 00025718.PDF |
| DNL2 00000109.PDF | DNL2 00006158.PDF | DNL2 00013728.PDF | DNL2 00025882.PDF |
| DNL2 00000142.PDF | DNL2 00006161.PDF | DNL2 00013730 - 13732.PDF | DNL2 00026254.PDF |

**Appendix B**

**Documents Considered**

| | | | |
|---|---|---|---|
| DNL2 00000144.PDF | DNL2 00006163.PDF | DNL2 00013733.PDF | DNL2 00026686 - 26690.PDF |
| DNL2 00000146.PDF | DNL2 00006166.PDF | DNL2 00013736.PDF | DNL2 00026691.PDF |
| DNL2 00000148.PDF | DNL2 00006167.PDF | DNL2 00013757.PDF | DNL2 00026693.PDF |
| DNL2 00000150.PDF | DNL2 00006174.PDF | DNL2 00013760.PDF | DNL2 00026694.PDF |
| DNL2 00000161.PDF | DNL2 00006177.PDF | DNL2 00013763.PDF | DNL2 00026696.PDF |
| DNL2 00000219.PDF | DNL2 00006179.PDF | DNL2 00013766.PDF | DNL2 00026735.PDF |
| DNL2 00000232.PDF | DNL2 00006182.PDF | DNL2 00013769.PDF | DNL2 00026739.PDF |
| DNL2 00000272.PDF | DNL2 00006189.PDF | DNL2 00013772.PDF | DNL2 00026751.PDF |
| DNL2 00000286.PDF | DNL2 00006191.PDF | DNL2 00013775.PDF | DNL2 00026752.PDF |
| DNL2 00000291.PDF | DNL2 00006193.PDF | DNL2 00013778.PDF | DNL2 00026767.PDF |
| DNL2 00000292.PDF | DNL2 00006195.PDF | DNL2 00013781.PDF | DNL2 00026779.PDF |
| DNL2 00000301.PDF | DNL2 00006197.PDF | DNL2 00013784.PDF | DNL2 00026796.PDF |
| DNL2 00000308.PDF | DNL2 00006204.PDF | DNL2 00013787.PDF | DNL2 00026804.PDF |
| DNL2 00000311.PDF | DNL2 00006237.PDF | DNL2 00013790.PDF | DNL2 00026806.PDF |
| DNL2 00000314.PDF | DNL2 00006248.PDF | DNL2 00013794.PDF | DNL2 00026808.PDF |
| DNL2 00000320.PDF | DNL2 00006253 - 6254.PDF | DNL2 00013798.PDF | DNL2 00026809.PDF |
| DNL2 00000322.PDF | DNL2 00006255.PDF | DNL2 00013801.PDF | DNL2 00026824 - 26825.PDF |
| DNL2 00000324.PDF | DNL2 00006265.PDF | DNL2 00013804.PDF | DNL2 00026826.PDF |
| DNL2 00000326.PDF | DNL2 00006278.PDF | DNL2 00013807.PDF | DNL2 00026832.PDF |
| DNL2 00000328.PDF | DNL2 00006290.PDF | DNL2 00013810.PDF | DNL2 00026834.PDF |
| DNL2 00000338.PDF | DNL2 00006300.PDF | DNL2 00013813.PDF | DNL2 00026836.PDF |
| DNL2 00000396.PDF | DNL2 00006312.PDF | DNL2 00013816 - 13817.PDF | DNL2 00026838.PDF |
| DNL2 00000409.PDF | DNL2 00006324.PDF | DNL2 00013818.PDF | DNL2 00026840.PDF |
| DNL2 00000449.PDF | DNL2 00006328.PDF | DNL2 00013821.PDF | DNL2 00026841.PDF |
| DNL2 00000463.PDF | DNL2 00006331.PDF | DNL2 00013824.PDF | DNL2 00026844.PDF |
| DNL2 00000466.PDF | DNL2 00006344.PDF | DNL2 00013827.PDF | DNL2 00026847.PDF |
| DNL2 00000469.PDF | DNL2 00006346.PDF | DNL2 00013835 - 13850.PDF | DNL2 00026850.PDF |
| DNL2 00000470.PDF | DNL2 00006349.PDF | DNL2 00013851.PDF | DNL2 00026853.PDF |
| DNL2 00000473.PDF | DNL2 00006351 - 6352.PDF | DNL2 00013860.PDF | DNL2 00026856.PDF |
| DNL2 00000479.PDF | DNL2 00006353.PDF | DNL2 00013862 - 13863.PDF | DNL2 00026860.PDF |
| DNL2 00000485.PDF | DNL2 00006358.PDF | DNL2 00013864.PDF | DNL2 00026864.PDF |
| DNL2 00000489.PDF | DNL2 00006360.PDF | DNL2 00013871.PDF | DNL2 00026868.PDF |
| DNL2 00000496.PDF | DNL2 00006361.PDF | DNL2 00013874.PDF | DNL2 00026869.PDF |
| DNL2 00000499.PDF | DNL2 00006363.PDF | DNL2 00013884.PDF | DNL2 00026873.PDF |
| DNL2 00000504.PDF | DNL2 00006364.PDF | DNL2 00013886.PDF | DNL2 00026877.PDF |
| DNL2 00000505.PDF | DNL2 00006366.PDF | DNL2 00013887.PDF | DNL2 00026879.PDF |
| DNL2 00000507.PDF | DNL2 00006370.PDF | DNL2 00013889 - 13892.PDF | DNL2 00026881.PDF |
| DNL2 00000508.PDF | DNL2 00006371.PDF | DNL2 00013893.PDF | DNL2 00026883.PDF |
| DNL2 00000510.PDF | DNL2 00006374 - 6375.PDF | DNL2 00013895.PDF | DNL2 00026886.PDF |
| DNL2 00000516 - 0517.PDF | DNL2 00006376.PDF | DNL2 00013896.PDF | DNL2 00026887.PDF |
| DNL2 00000518.PDF | DNL2 00006378.PDF | DNL2 00013898 - 13899.PDF | DNL2 00026890.PDF |
| DNL2 00000624.PDF | DNL2 00006379.PDF | DNL2 00013900.PDF | DNL2 00026893.PDF |
| DNL2 00000628.PDF | DNL2 00006381.PDF | DNL2 00013903.PDF | DNL2 00026896.PDF |
| DNL2 00000754 - 0763.PDF | DNL2 00006382.PDF | DNL2 00013906.PDF | DNL2 00026898 - 26905.PDF |
| DNL2 00000764.PDF | DNL2 00006384.PDF | DNL2 00013908.PDF | DNL2 00026906.PDF |
| DNL2 00000786.PDF | DNL2 00006386.PDF | DNL2 00013909.PDF | DNL2 00026908.PDF |
| DNL2 00000790.PDF | DNL2 00006388.PDF | DNL2 00013911.PDF | DNL2 00026910.PDF |
| DNL2 00000798 - 0799.PDF | DNL2 00006390.PDF | DNL2 00013913.PDF | DNL2 00026914.PDF |
| DNL2 00000800.PDF | DNL2 00006393.PDF | DNL2 00013914.PDF | DNL2 00026916.PDF |
| DNL2 00000802.PDF | DNL2 00006404.PDF | DNL2 00013916.PDF | DNL2 00026918.PDF |
| DNL2 00000804.PDF | DNL2 00006406.PDF | DNL2 00013917.PDF | DNL2 00026919.PDF |
| DNL2 00000806.PDF | DNL2 00006408.PDF | DNL2 00013926.PDF | DNL2 00026924.PDF |
| DNL2 00000807.PDF | DNL2 00006424.PDF | DNL2 00013929.PDF | DNL2 00026927 - 26928.PDF |
| DNL2 00000811.PDF | DNL2 00006460.PDF | DNL2 00013933.PDF | DNL2 00026929.PDF |
| DNL2 00000812.PDF | DNL2 00006462.PDF | DNL2 00013936.PDF | DNL2 00026931.PDF |
| DNL2 00000814.PDF | DNL2 00006463.PDF | DNL2 00013937.PDF | DNL2 00026933 - 26934.PDF |
| DNL2 00000815.PDF | DNL2 00006468.PDF | DNL2 00013955 - 13956.PDF | DNL2 00026935.PDF |
| DNL2 00000817.PDF | DNL2 00006472.PDF | DNL2 00013957.PDF | DNL2 00026937 - 26946.PDF |
| DNL2 00000819 - 0821.PDF | DNL2 00006474.PDF | DNL2 00013968.PDF | DNL2 00026947.PDF |
| DNL2 00000822.PDF | DNL2 00006475.PDF | DNL2 00013971.PDF | DNL2 00026949.PDF |
| DNL2 00000829 - 0830.PDF | DNL2 00006485.PDF | DNL2 00013973.PDF | DNL2 00026950.PDF |
| DNL2 00000831.PDF | DNL2 00006537.PDF | DNL2 00013974.PDF | DNL2 00026952 - 26956.PDF |
| DNL2 00000833 - 0834.PDF | DNL2 00006589.PDF | DNL2 00013978.PDF | DNL2 00026957.PDF |
| DNL2 00000835.PDF | DNL2 00006642.PDF | DNL2 00013980.PDF | DNL2 00026959.PDF |
| DNL2 00000837.PDF | DNL2 00006695.PDF | DNL2 00013981.PDF | DNL2 00026960.PDF |
| DNL2 00000841.PDF | DNL2 00006700.PDF | DNL2 00013985.PDF | DNL2 00026962.PDF |
| DNL2 00000843 - 0844.PDF | DNL2 00006717 - 6718.PDF | DNL2 00013988.PDF | DNL2 00026966 - 26967.PDF |
| DNL2 00000845.PDF | DNL2 00006719.PDF | DNL2 00013991.PDF | DNL2 00026968.PDF |
| DNL2 00000847.PDF | DNL2 00006776.PDF | DNL2 00013992.PDF | DNL2 00026970.PDF |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| DNL2 00000849.PDF | DNL2 00006779.PDF | DNL2 00013994.PDF | DNL2 00026972.PDF |
| DNL2 00000853.PDF | DNL2 00006783.PDF | DNL2 00013995.PDF | DNL2 00026974 - 26985.PDF |
| DNL2 00000856.PDF | DNL2 00006792.PDF | DNL2 00013997.PDF | DNL2 00026986.PDF |
| DNL2 00000859 - 0860.PDF | DNL2 00006794.PDF | DNL2 00014000 - 14001.PDF | DNL2 00026993.PDF |
| DNL2 00000861.PDF | DNL2 00006805 - 6807.PDF | DNL2 00014002.PDF | DNL2 00026999.PDF |
| DNL2 00000863 - 0864.PDF | DNL2 00006808.PDF | DNL2 00014005 - 14008.PDF | DNL2 00027005.PDF |
| DNL2 00000865.PDF | DNL2 00006810.PDF | DNL2 00014009.PDF | DNL2 00027007 - 27009.PDF |
| DNL2 00000867.PDF | DNL2 00006817 - 6819.PDF | DNL2 00014011.PDF | DNL2 00027010.PDF |
| DNL2 00000869 - 0871.PDF | DNL2 00006820.PDF | DNL2 00014012.PDF | DNL2 00027016.PDF |
| DNL2 00000872.PDF | DNL2 00006823.PDF | DNL2 00014014.PDF | DNL2 00027021.PDF |
| DNL2 00000877.PDF | DNL2 00006827.PDF | DNL2 00014016.PDF | DNL2 00027026.PDF |
| DNL2 00000880.PDF | DNL2 00006832.PDF | DNL2 00014017.PDF | DNL2 00027029.PDF |
| DNL2 00000883 - 0886.PDF | DNL2 00006837.PDF | DNL2 00014021.PDF | DNL2 00027034 - 27035.PDF |
| DNL2 00000887.PDF | DNL2 00006845.PDF | DNL2 00014023.PDF | DNL2 00027036.PDF |
| DNL2 00000889.PDF | DNL2 00006847.PDF | DNL2 00014025 - 14028.PDF | DNL2 00027041 - 27044.PDF |
| DNL2 00000892.PDF | DNL2 00006848.PDF | DNL2 00014029.PDF | DNL2 00027045.PDF |
| DNL2 00000894.PDF | DNL2 00006848.PDF | DNL2 00014031 - 14032.PDF | DNL2 00027053 - 27055.PDF |
| DNL2 00000897.PDF | DNL2 00006855.PDF | DNL2 00014033.PDF | DNL2 00027056.PDF |
| DNL2 00000899.PDF | DNL2 00006858.PDF | DNL2 00014036.PDF | DNL2 00027058.PDF |
| DNL2 00000902.PDF | DNL2 00006862.PDF | DNL2 00014037.PDF | DNL2 00027059.PDF |
| DNL2 00000903.PDF | DNL2 00006865.PDF | DNL2 00014040 - 14042.PDF | DNL2 00027061.PDF |
| DNL2 00000905.PDF | DNL2 00006870.PDF | DNL2 00014043.PDF | DNL2 00027064.PDF |
| DNL2 00000908.PDF | DNL2 00006874.PDF | DNL2 00014050 - 14053.PDF | DNL2 00027067.PDF |
| DNL2 00000911 - 0912.PDF | DNL2 00006888.PDF | DNL2 00014054.PDF | DNL2 00027072 - 27083.PDF |
| DNL2 00000913.PDF | DNL2 00006894.PDF | DNL2 00014073.PDF | DNL2 00027084.PDF |
| DNL2 00000939.PDF | DNL2 00006902.PDF | DNL2 00014078.PDF | DNL2 00027112.PDF |
| DNL2 00000941.PDF | DNL2 00006903.PDF | DNL2 00014099.PDF | DNL2 00027123.PDF |
| DNL2 00000943.PDF | DNL2 00006927.PDF | DNL2 00014103.PDF | DNL2 00027134.PDF |
| DNL2 00000945.PDF | DNL2 00006930.PDF | DNL2 00014114.PDF | DNL2 00027135.PDF |
| DNL2 00000950.PDF | DNL2 00006933.PDF | DNL2 00014117.PDF | DNL2 00027168.PDF |
| DNL2 00000955.PDF | DNL2 00006957.PDF | DNL2 00014123.PDF | DNL2 00027192.PDF |
| DNL2 00000957.PDF | DNL2 00006963.PDF | DNL2 00014156.PDF | DNL2 00027200.PDF |
| DNL2 00000959.PDF | DNL2 00006971.PDF | DNL2 00014166.PDF | DNL2 00027203 - 27219.PDF |
| DNL2 00000964.PDF | DNL2 00006973.PDF | DNL2 00014167.PDF | DNL2 00027220.PDF |
| DNL2 00000965.PDF | DNL2 00006977.PDF | DNL2 00014171.PDF | DNL2 00027236.PDF |
| DNL2 00000967.PDF | DNL2 00006983 - 6985.PDF | DNL2 00014175.PDF | DNL2 00027237.PDF |
| DNL2 00000972.PDF | DNL2 00006986.PDF | DNL2 00014188.PDF | DNL2 00027240.PDF |
| DNL2 00000973.PDF | DNL2 00007007.PDF | DNL2 00014202.PDF | DNL2 00027241.PDF |
| DNL2 00000975.PDF | DNL2 00007014.PDF | DNL2 00014210.PDF | DNL2 00027243.PDF |
| DNL2 00000976.PDF | DNL2 00007020 - 7021.PDF | DNL2 00014219.PDF | DNL2 00027244.PDF |
| DNL2 00000979.PDF | DNL2 00007022.PDF | DNL2 00014226.PDF | DNL2 00027246.PDF |
| DNL2 00000980.PDF | DNL2 00007027.PDF | DNL2 00014231.PDF | DNL2 00027256.PDF |
| DNL2 00000983.PDF | DNL2 00007028.PDF | DNL2 00014233.PDF | DNL2 00027257.PDF |
| DNL2 00000984.PDF | DNL2 00007030.PDF | DNL2 00014239.PDF | DNL2 00027259.PDF |
| DNL2 00000987.PDF | DNL2 00007034.PDF | DNL2 00014244.PDF | DNL2 00027260.PDF |
| DNL2 00001316.PDF | DNL2 00007038.PDF | DNL2 00014258.PDF | DNL2 00027262.PDF |
| DNL2 00001319.PDF | DNL2 00007040.PDF | DNL2 00014266.PDF | DNL2 00027265.PDF |
| DNL2 00001322 - 1325.PDF | DNL2 00007041.PDF | DNL2 00014273.PDF | DNL2 00027269.PDF |
| DNL2 00001326.PDF | DNL2 00007045.PDF | DNL2 00014276.PDF | DNL2 00027273 - 27283.PDF |
| DNL2 00001329 - 1330.PDF | DNL2 00007063.PDF | DNL2 00014277.PDF | DNL2 00027284.PDF |
| DNL2 00001331.PDF | DNL2 00007066.PDF | DNL2 00014285.PDF | DNL2 00027286 - 27289.PDF |
| DNL2 00001333.PDF | DNL2 00007068.PDF | DNL2 00014289.PDF | DNL2 00027290.PDF |
| DNL2 00001334.PDF | DNL2 00007108.PDF | DNL2 00014291 - 14328.PDF | DNL2 00027292 - 27295.PDF |
| DNL2 00001336.PDF | DNL2 00007116.PDF | DNL2 00014329.PDF | DNL2 00027296.PDF |
| DNL2 00001337.PDF | DNL2 00007149.PDF | DNL2 00014332.PDF | DNL2 00027298 - 27301.PDF |
| DNL2 00001339.PDF | DNL2 00007151.PDF | DNL2 00014348.PDF | DNL2 00027302.PDF |
| DNL2 00001340.PDF | DNL2 00007153 - 7155.PDF | DNL2 00014358.PDF | DNL2 00027304 - 27314.PDF |
| DNL2 00001342.PDF | DNL2 00007156.PDF | DNL2 00014360.PDF | DNL2 00027315.PDF |
| DNL2 00001343.PDF | DNL2 00007158 - 7166.PDF | DNL2 00014371 - 14375.PDF | DNL2 00027317 - 27328.PDF |
| DNL2 00001345.PDF | DNL2 00007167.PDF | DNL2 00014376.PDF | DNL2 00027329.PDF |
| DNL2 00001347.PDF | DNL2 00007191 - 7194.PDF | DNL2 00014379.PDF | DNL2 00027331.PDF |
| DNL2 00001349.PDF | DNL2 00007195.PDF | DNL2 00014381.PDF | DNL2 00027333.PDF |
| DNL2 00001350.PDF | DNL2 00007206 - 7208.PDF | DNL2 00014385.PDF | DNL2 00027335.PDF |
| DNL2 00001352.PDF | DNL2 00007209.PDF | DNL2 00014387 - 14388.PDF | DNL2 00027341.PDF |
| DNL2 00001353.PDF | DNL2 00007211.PDF | DNL2 00014389.PDF | DNL2 00027344.PDF |
| DNL2 00001356.PDF | DNL2 00007212.PDF | DNL2 00014391.PDF | DNL2 00027346.PDF |
| DNL2 00001357.PDF | DNL2 00007214.PDF | DNL2 00014392.PDF | DNL2 00027349.PDF |
| DNL2 00001367.PDF | DNL2 00007216.PDF | DNL2 00014398.PDF | DNL2 00027352 - 27353.PDF |
| DNL2 00001371.PDF | DNL2 00007217.PDF | DNL2 00014410.PDF | DNL2 00027354.PDF |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| DNL2 00001372.PDF | DNL2 00007221.PDF | DNL2 00014422.PDF | DNL2 00027356.PDF |
| DNL2 00001375.PDF | DNL2 00007229.PDF | DNL2 00014424.PDF | DNL2 00027358.PDF |
| DNL2 00001376.PDF | DNL2 00007232.PDF | DNL2 00014426.PDF | DNL2 00027360.PDF |
| DNL2 00001378.PDF | DNL2 00007234 - 7236.PDF | DNL2 00014453.PDF | DNL2 00027362.PDF |
| DNL2 00001379.PDF | DNL2 00007237.PDF | DNL2 00014454.PDF | DNL2 00027364 - 27365.PDF |
| DNL2 00001381.PDF | DNL2 00007239.PDF | DNL2 00014456.PDF | DNL2 00027366.PDF |
| DNL2 00001382.PDF | DNL2 00007240.PDF | DNL2 00014458.PDF | DNL2 00027402.PDF |
| DNL2 00001384.PDF | DNL2 00007242 - 7247.PDF | DNL2 00014459.PDF | DNL2 00027405.PDF |
| DNL2 00001385.PDF | DNL2 00007248.PDF | DNL2 00014467.PDF | DNL2 00027409 - 27412.PDF |
| DNL2 00001387 - 1389.PDF | DNL2 00007252.PDF | DNL2 00014479 - 14480.PDF | DNL2 00027413.PDF |
| DNL2 00001390.PDF | DNL2 00007254.PDF | DNL2 00014481.PDF | DNL2 00027415.PDF |
| DNL2 00001393 - 1394.PDF | DNL2 00007257.PDF | DNL2 00014483.PDF | DNL2 00027417.PDF |
| DNL2 00001395.PDF | DNL2 00007259 - 7260.PDF | DNL2 00014484.PDF | DNL2 00027418.PDF |
| DNL2 00001399 - 1401.PDF | DNL2 00007261.PDF | DNL2 00014486.PDF | DNL2 00027420 - 27423.PDF |
| DNL2 00001402.PDF | DNL2 00007264.PDF | DNL2 00014488.PDF | DNL2 00027424.PDF |
| **DNL2 00001404.PDF** | **DNL2 00007265.PDF** | DNL2 00014490.PDF | DNL2 00027426.PDF |
| DNL2 00001405.PDF | DNL2 00007267.PDF | DNL2 00014492.PDF | DNL2 00027428.PDF |
| DNL2 00001408.PDF | DNL2 00007269 - 7270.PDF | DNL2 00014493.PDF | DNL2 00027449.PDF |
| DNL2 00001410.PDF | DNL2 00007271.PDF | DNL2 00014501 - 14502.PDF | DNL2 00027452.PDF |
| DNL2 00001414.PDF | DNL2 00007273.PDF | DNL2 00014503.PDF | DNL2 00027458.PDF |
| DNL2 00001417 - 1418.PDF | DNL2 00007275.PDF | DNL2 00014515 - 14517.PDF | DNL2 00027469.PDF |
| DNL2 00001419.PDF | DNL2 00007277.PDF | DNL2 00014518.PDF | DNL2 00027477.PDF |
| DNL2 00001422.PDF | DNL2 00007278.PDF | DNL2 00014530 - 14533.PDF | DNL2 00027485.PDF |
| DNL2 00001424.PDF | DNL2 00007349.PDF | DNL2 00014534.PDF | DNL2 00027494 - 27498.PDF |
| DNL2 00001426.PDF | DNL2 00007351.PDF | DNL2 00014546 - 14550.PDF | DNL2 00027499.PDF |
| DNL2 00001428.PDF | DNL2 00007353.PDF | DNL2 00014551.PDF | DNL2 00027501.PDF |
| DNL2 00001431.PDF | DNL2 00007357.PDF | DNL2 00014553.PDF | DNL2 00027502.PDF |
| DNL2 00001432.PDF | DNL2 00007359.PDF | DNL2 00014554.PDF | DNL2 00027504 - 27509.PDF |
| DNL2 00001445.PDF | DNL2 00007360.PDF | DNL2 00014560 - 14561.PDF | DNL2 00027510.PDF |
| DNL2 00001446.PDF | DNL2 00007362.PDF | DNL2 00014562.PDF | DNL2 00027514.PDF |
| DNL2 00001459.PDF | DNL2 00007371.PDF | DNL2 00014564.PDF | DNL2 00027518.PDF |
| DNL2 00001462.PDF | DNL2 00007372.PDF | DNL2 00014565.PDF | DNL2 00027522.PDF |
| DNL2 00001464 - 1465.PDF | DNL2 00007446.PDF | DNL2 00014570.PDF | DNL2 00027530.PDF |
| DNL2 00001466.PDF | DNL2 00007448 - 7449.PDF | DNL2 00014571.PDF | DNL2 00027541.PDF |
| DNL2 00001470.PDF | DNL2 00007450.PDF | DNL2 00014579.PDF | DNL2 00027552.PDF |
| DNL2 00001474.PDF | DNL2 00007483.PDF | DNL2 00014580.PDF | DNL2 00027564.PDF |
| DNL2 00001480.PDF | DNL2 00007485.PDF | DNL2 00014582.PDF | DNL2 00027573.PDF |
| DNL2 00001485.PDF | DNL2 00007487.PDF | DNL2 00014586.PDF | DNL2 00039432.PDF |
| DNL2 00001490.PDF | DNL2 00007489.PDF | DNL2 00014592 - 14593.PDF | DNL2 00039437.PDF |
| DNL2 00001491.PDF | DNL2 00007492.PDF | DNL2 00014594.PDF | DNL2 00039440.PDF |
| DNL2 00001494.PDF | DNL2 00007494.PDF | DNL2 00014644.PDF | DNL2 00039442.PDF |
| DNL2 00001497 - 1500.PDF | DNL2 00007497.PDF | DNL2 00014651.PDF | DNL2 00039444.PDF |
| DNL2 00001501.PDF | DNL2 00007500.PDF | DNL2 00014658 - 14661.PDF | DNL2 00039446 - 39449.PDF |
| DNL2 00001503.PDF | DNL2 00007503 - 7504.PDF | DNL2 00014662.PDF | DNL2 00039450.PDF |
| DNL2 00001506.PDF | DNL2 00007505.PDF | DNL2 00014664.PDF | DNL2 00039454.PDF |
| DNL2 00001507.PDF | DNL2 00007509.PDF | DNL2 00014666 - 14668.PDF | DNL2 00039456.PDF |
| DNL2 00001511.PDF | DNL2 00007514.PDF | DNL2 00014669.PDF | DNL2 00039458.PDF |
| DNL2 00001520.PDF | DNL2 00007519.PDF | DNL2 00014672.PDF | DNL2 00039460.PDF |
| DNL2 00001553.PDF | DNL2 00007536.PDF | DNL2 00014675 - 14676.PDF | DNL2 00039462.PDF |
| DNL2 00001555.PDF | DNL2 00007541 - 7542.PDF | DNL2 00014677.PDF | DNL2 00039465.PDF |
| DNL2 00001566.PDF | DNL2 00007543.PDF | DNL2 00014689.PDF | DNL2 00039466.PDF |
| DNL2 00001596.PDF | DNL2 00007546.PDF | DNL2 00014697.PDF | DNL2 00039468.PDF |
| DNL2 00001599.PDF | DNL2 00007548.PDF | DNL2 00014701.PDF | DNL2 00039469.PDF |
| DNL2 00001601.PDF | DNL2 00007550.PDF | DNL2 00014703 - 14705.PDF | DNL2 00039474.PDF |
| DNL2 00001602.PDF | DNL2 00007557.PDF | DNL2 00014706.PDF | DNL2 00039478.PDF |
| DNL2 00001606.PDF | DNL2 00007559.PDF | DNL2 00014709.PDF | DNL2 00039481.PDF |
| DNL2 00001610.PDF | DNL2 00007591.PDF | DNL2 00014711 - 14712.PDF | DNL2 00039482.PDF |
| DNL2 00001611.PDF | DNL2 00007599.PDF | DNL2 00014713.PDF | DNL2 00039484.PDF |
| DNL2 00001613 - 1614.PDF | DNL2 00007610.PDF | DNL2 00014715.PDF | DNL2 00039486.PDF |
| DNL2 00001615.PDF | DNL2 00007618 - 7624.PDF | DNL2 00014737.PDF | DNL2 00039487.PDF |
| DNL2 00001617 - 1618.PDF | DNL2 00007625.PDF | DNL2 00014748.PDF | DNL2 00039490.PDF |
| DNL2 00001619.PDF | DNL2 00007628.PDF | DNL2 00014749.PDF | DNL2 00039492.PDF |
| DNL2 00001624.PDF | DNL2 00007634.PDF | DNL2 00014901.PDF | DNL2 00039494.PDF |
| DNL2 00001626.PDF | DNL2 00007640 - 7641.PDF | DNL2 00014979.PDF | DNL2 00039496.PDF |
| DNL2 00001628.PDF | DNL2 00007642.PDF | DNL2 00015051.PDF | DNL2 00039498.PDF |
| DNL2 00001629.PDF | DNL2 00007644.PDF | DNL2 00015123.PDF | DNL2 00039499.PDF |
| DNL2 00001631.PDF | DNL2 00007647.PDF | DNL2 00015170 - 15181.PDF | DNL2 00039501 - 39502.PDF |
| DNL2 00001633.PDF | DNL2 00007650.PDF | DNL2 00015182.PDF | DNL2 00039503.PDF |
| DNL2 00001634.PDF | DNL2 00007653.PDF | DNL2 00015184 - 15193.PDF | DNL2 00039505.PDF |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| DNL2 00001637.PDF | DNL2 00007658.PDF | DNL2 00015194.PDF | DNL2 00039507.PDF |
| DNL2 00001640.PDF | DNL2 00007661.PDF | DNL2 00015196.PDF | DNL2 00039509 - 39512.PDF |
| DNL2 00001642.PDF | DNL2 00007664.PDF | DNL2 00015198 - 15199.PDF | DNL2 00039513.PDF |
| DNL2 00001644.PDF | DNL2 00007665.PDF | DNL2 00015200.PDF | DNL2 00039515 - 39517.PDF |
| DNL2 00001648 - 1650.PDF | DNL2 00007708.PDF | DNL2 00015219.PDF | DNL2 00039518.PDF |
| DNL2 00001651.PDF | DNL2 00007710.PDF | DNL2 00015227.PDF | DNL2 00039520.PDF |
| DNL2 00001653.PDF | DNL2 00007713.PDF | DNL2 00015228.PDF | DNL2 00039521.PDF |
| DNL2 00001655.PDF | DNL2 00007714.PDF | DNL2 00015230 - 15233.PDF | DNL2 00039523.PDF |
| DNL2 00001657.PDF | DNL2 00007721.PDF | DNL2 00015234.PDF | DNL2 00039524.PDF |
| DNL2 00001659.PDF | DNL2 00007724.PDF | DNL2 00015237.PDF | DNL2 00039527.PDF |
| DNL2 00001661.PDF | DNL2 00007734.PDF | DNL2 00015240.PDF | DNL2 00039529.PDF |
| DNL2 00001662.PDF | DNL2 00007739.PDF | DNL2 00015242.PDF | DNL2 00039530.PDF |
| DNL2 00001667.PDF | DNL2 00007740.PDF | DNL2 00015244.PDF | DNL2 00039532.PDF |
| DNL2 00001669.PDF | DNL2 00007748 - 7750.PDF | DNL2 00015246.PDF | DNL2 00039534.PDF |
| DNL2 00001670.PDF | DNL2 00007751.PDF | DNL2 00015247.PDF | DNL2 00039535.PDF |
| DNL2 00001675.PDF | DNL2 00007759.PDF | DNL2 00015249.PDF | DNL2 00039537.PDF |
| DNL2 00001678.PDF | DNL2 00007763.PDF | DNL2 00015250.PDF | DNL2 00039538.PDF |
| DNL2 00001684.PDF | DNL2 00007767.PDF | DNL2 00015254.PDF | DNL2 00039540.PDF |
| DNL2 00001687.PDF | DNL2 00007768.PDF | DNL2 00015257.PDF | DNL2 00039542.PDF |
| DNL2 00001691 - 1697.PDF | DNL2 00007770.PDF | DNL2 00015259.PDF | DNL2 00039545.PDF |
| DNL2 00001698.PDF | DNL2 00007773.PDF | DNL2 00015261.PDF | DNL2 00039546.PDF |
| DNL2 00001702.PDF | DNL2 00007779.PDF | DNL2 00015263 - 15264.PDF | DNL2 00039548.PDF |
| DNL2 00001706.PDF | DNL2 00007796.PDF | DNL2 00015265.PDF | DNL2 00039549.PDF |
| DNL2 00001710.PDF | DNL2 00007807 - 7811.PDF | DNL2 00015267 - 15268.PDF | DNL2 00039551.PDF |
| DNL2 00001714.PDF | DNL2 00007812.PDF | DNL2 00015269.PDF | DNL2 00039553.PDF |
| DNL2 00001718.PDF | DNL2 00007817 - 7859.PDF | DNL2 00015271.PDF | DNL2 00039555.PDF |
| DNL2 00001722.PDF | DNL2 00007860.PDF | DNL2 00015274.PDF | DNL2 00039557.PDF |
| DNL2 00001726.PDF | DNL2 00007866.PDF | DNL2 00015277 - 15278.PDF | DNL2 00039560.PDF |
| DNL2 00001730.PDF | DNL2 00007869.PDF | DNL2 00015279.PDF | DNL2 00039564.PDF |
| DNL2 00001734.PDF | DNL2 00007891.PDF | DNL2 00015282 - 15284.PDF | DNL2 00039567.PDF |
| DNL2 00001738.PDF | DNL2 00007902.PDF | DNL2 00015285.PDF | DNL2 00039570.PDF |
| DNL2 00001742.PDF | DNL2 00007914.PDF | DNL2 00015287.PDF | DNL2 00039573.PDF |
| DNL2 00001746.PDF | DNL2 00007917.PDF | DNL2 00015291.PDF | DNL2 00039577.PDF |
| DNL2 00001751.PDF | DNL2 00007932.PDF | DNL2 00015293.PDF | DNL2 00039580.PDF |
| DNL2 00001756.PDF | DNL2 00007934.PDF | DNL2 00015294.PDF | DNL2 00039582.PDF |
| DNL2 00001761.PDF | DNL2 00007942.PDF | DNL2 00015297 - 15298.PDF | DNL2 00039584.PDF |
| DNL2 00001766.PDF | DNL2 00007979 - 7990.PDF | DNL2 00015299.PDF | DNL2 00039587.PDF |
| DNL2 00001771.PDF | DNL2 00007991.PDF | DNL2 00015331 - 15333.PDF | DNL2 00039589.PDF |
| DNL2 00001777.PDF | DNL2 00008010.PDF | DNL2 00015334.PDF | DNL2 00039591.PDF |
| DNL2 00001780.PDF | DNL2 00008015 - 8016.PDF | DNL2 00015338.PDF | DNL2 00039593.PDF |
| DNL2 00001784.PDF | DNL2 00008017.PDF | DNL2 00015346.PDF | DNL2 00039596 - 39598.PDF |
| DNL2 00001830.PDF | DNL2 00008030.PDF | DNL2 00015348.PDF | DNL2 00039599.PDF |
| DNL2 00001831.PDF | DNL2 00008033.PDF | DNL2 00015350.PDF | DNL2 00039603.PDF |
| DNL2 00001867.PDF | DNL2 00008066.PDF | DNL2 00015357.PDF | DNL2 00039606.PDF |
| DNL2 00001872.PDF | DNL2 00008068.PDF | DNL2 00015361 - 15364.PDF | DNL2 00039608.PDF |
| DNL2 00001880.PDF | DNL2 00008070 - 8078.PDF | DNL2 00015365.PDF | DNL2 00039612.PDF |
| DNL2 00001892.PDF | DNL2 00008079.PDF | DNL2 00015371.PDF | DNL2 00039616.PDF |
| DNL2 00001908.PDF | DNL2 00008101.PDF | DNL2 00015377.PDF | DNL2 00039620.PDF |
| DNL2 00001911.PDF | DNL2 00008112 - 8129.PDF | DNL2 00015378.PDF | DNL2 00039623.PDF |
| DNL2 00001914.PDF | DNL2 00008130.PDF | DNL2 00015387.PDF | DNL2 00039626.PDF |
| DNL2 00001917.PDF | DNL2 00008137.PDF | DNL2 00015389.PDF | DNL2 00039628.PDF |
| DNL2 00001919.PDF | DNL2 00008138.PDF | DNL2 00015427.PDF | DNL2 00039629.PDF |
| DNL2 00001922.PDF | DNL2 00008143.PDF | DNL2 00015429.PDF | DNL2 00039631.PDF |
| DNL2 00001929.PDF | DNL2 00008159.PDF | DNL2 00015438 - 15439.PDF | DNL2 00039634.PDF |
| DNL2 00001935.PDF | DNL2 00008176.PDF | DNL2 00015440.PDF | DNL2 00039638.PDF |
| DNL2 00001940.PDF | DNL2 00008180.PDF | DNL2 00015493.PDF | DNL2 00039639.PDF |
| DNL2 00001945.PDF | DNL2 00008181.PDF | DNL2 00015545.PDF | DNL2 00039642.PDF |
| DNL2 00001949.PDF | DNL2 00008184.PDF | DNL2 00015598 - 15599.PDF | DNL2 00039645.PDF |
| DNL2 00001953.PDF | DNL2 00008194.PDF | DNL2 00015600.PDF | DNL2 00039647.PDF |
| DNL2 00001961.PDF | DNL2 00008198.PDF | DNL2 00015619.PDF | DNL2 00039649.PDF |
| DNL2 00001967.PDF | DNL2 00008202.PDF | DNL2 00015625.PDF | DNL2 00039653 - 39654.PDF |
| DNL2 00001973.PDF | DNL2 00008244.PDF | DNL2 00015627 - 15633.PDF | DNL2 00039655.PDF |
| DNL2 00001978.PDF | DNL2 00008253.PDF | DNL2 00015634.PDF | DNL2 00039657.PDF |
| DNL2 00001982.PDF | DNL2 00008262.PDF | DNL2 00015636.PDF | DNL2 00039659.PDF |
| DNL2 00001984.PDF | DNL2 00008295.PDF | DNL2 00015639.PDF | DNL2 00039661.PDF |
| DNL2 00001988.PDF | DNL2 00008328.PDF | DNL2 00015641.PDF | DNL2 00039663.PDF |
| DNL2 00001990.PDF | DNL2 00008364.PDF | DNL2 00015643.PDF | DNL2 00039668.PDF |
| DNL2 00001993.PDF | DNL2 00008366.PDF | DNL2 00015644.PDF | DNL2 00039671.PDF |
| DNL2 00001995.PDF | DNL2 00008386.PDF | DNL2 00015648.PDF | DNL2 00039674.PDF |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| DNL2 00001997.PDF | DNL2 00008391.PDF | DNL2 00015651.PDF | DNL2 00039676.PDF |
| DNL2 00001998.PDF | DNL2 00008394.PDF | DNL2 00015653.PDF | DNL2 00039678.PDF |
| DNL2 00002001.PDF | DNL2 00008399.PDF | DNL2 00015656.PDF | DNL2 00039680.PDF |
| DNL2 00002003.PDF | DNL2 00008402.PDF | DNL2 00015661.PDF | DNL2 00039682.PDF |
| DNL2 00002005.PDF | DNL2 00008407.PDF | DNL2 00015671.PDF | DNL2 00039683.PDF |
| DNL2 00002007.PDF | DNL2 00008412.PDF | DNL2 00015685.PDF | DNL2 00039687.PDF |
| DNL2 00002009.PDF | DNL2 00008417.PDF | DNL2 00015688.PDF | DNL2 00039691.PDF |
| DNL2 00002011.PDF | DNL2 00008422.PDF | DNL2 00015690.PDF | DNL2 00039695.PDF |
| DNL2 00002013.PDF | DNL2 00008425.PDF | DNL2 00015693 - 15695.PDF | DNL2 00039697.PDF |
| DNL2 00002015.PDF | DNL2 00008435.PDF | DNL2 00015696.PDF | DNL2 00039698.PDF |
| DNL2 00002018 - 2020.PDF | DNL2 00008451.PDF | DNL2 00015699.PDF | DNL2 00039700.PDF |
| DNL2 00002021.PDF | DNL2 00008533.PDF | DNL2 00015701.PDF | DNL2 00039702.PDF |
| DNL2 00002023.PDF | DNL2 00008537.PDF | DNL2 00015703.PDF | DNL2 00039704.PDF |
| DNL2 00002024.PDF | DNL2 00008544.PDF | DNL2 00015704.PDF | DNL2 00039706.PDF |
| DNL2 00002027.PDF | DNL2 00008551.PDF | DNL2 00015708 - 15729.PDF | DNL2 00039708.PDF |
| DNL2 00002030.PDF | DNL2 00008576.PDF | DNL2 00015730.PDF | DNL2 00039709.PDF |
| DNL2 00002033.PDF | DNL2 00008579.PDF | DNL2 00015734 - 15735.PDF | DNL2 00039711.PDF |
| DNL2 00002035.PDF | DNL2 00008596 - 8599.PDF | DNL2 00015736.PDF | DNL2 00039713.PDF |
| DNL2 00002037.PDF | DNL2 00008600.PDF | DNL2 00015740 - 15742.PDF | DNL2 00039715.PDF |
| DNL2 00002038.PDF | DNL2 00008605.PDF | DNL2 00015743.PDF | DNL2 00039717.PDF |
| DNL2 00002042 - 2047.PDF | DNL2 00008607.PDF | DNL2 00015750 - 15755.PDF | DNL2 00039719.PDF |
| DNL2 00002048.PDF | DNL2 00008609.PDF | DNL2 00015756.PDF | DNL2 00039721.PDF |
| DNL2 00002052.PDF | DNL2 00008611.PDF | DNL2 00015761 - 15762.PDF | DNL2 00039723.PDF |
| DNL2 00002053.PDF | DNL2 00008613 - 8614.PDF | DNL2 00015763.PDF | DNL2 00039726 - 39727.PDF |
| DNL2 00002057.PDF | DNL2 00008615.PDF | DNL2 00015770.PDF | DNL2 00039728.PDF |
| DNL2 00002058.PDF | DNL2 00008627.PDF | DNL2 00015771.PDF | DNL2 00039732.PDF |
| DNL2 00002062 - 2064.PDF | DNL2 00008629.PDF | DNL2 00015788 - 15799.PDF | DNL2 00039735.PDF |
| DNL2 00002065.PDF | DNL2 00008630.PDF | DNL2 00015800.PDF | DNL2 00039737.PDF |
| DNL2 00002069 - 2071.PDF | DNL2 00008633.PDF | DNL2 00015803.PDF | DNL2 00039739.PDF |
| DNL2 00002072.PDF | DNL2 00008636.PDF | DNL2 00015805.PDF | DNL2 00039741.PDF |
| DNL2 00002079 - 2081.PDF | DNL2 00008638.PDF | DNL2 00015807.PDF | DNL2 00039743 - 39744.PDF |
| DNL2 00002082.PDF | DNL2 00008641.PDF | DNL2 00015809.PDF | DNL2 00039745.PDF |
| DNL2 00002089 - 2094.PDF | DNL2 00008644.PDF | DNL2 00015811.PDF | DNL2 00039754.PDF |
| DNL2 00002095.PDF | DNL2 00008654.PDF | DNL2 00015813.PDF | DNL2 00039755.PDF |
| DNL2 00002102 - 2106.PDF | DNL2 00008657.PDF | DNL2 00015815.PDF | DNL2 00039757.PDF |
| DNL2 00002107.PDF | DNL2 00008660.PDF | DNL2 00015817.PDF | DNL2 00039758.PDF |
| DNL2 00002113 - 2117.PDF | DNL2 00008662.PDF | DNL2 00015819.PDF | DNL2 00039761.PDF |
| DNL2 00002118.PDF | DNL2 00008664 - 8669.PDF | DNL2 00015821.PDF | DNL2 00039763.PDF |
| DNL2 00002125 - 2128.PDF | DNL2 00008670.PDF | DNL2 00015823.PDF | DNL2 00039764.PDF |
| DNL2 00002129.PDF | DNL2 00008672.PDF | DNL2 00015825.PDF | DNL2 00039766.PDF |
| DNL2 00002146 - 2154.PDF | DNL2 00008674.PDF | DNL2 00015827.PDF | DNL2 00039768.PDF |
| DNL2 00002155.PDF | DNL2 00008705.PDF | DNL2 00015829.PDF | DNL2 00039770.PDF |
| DNL2 00002172 - 2179.PDF | DNL2 00008706.PDF | DNL2 00015831 - 15864.PDF | DNL2 00039773.PDF |
| DNL2 00002180.PDF | DNL2 00008711 - 8713.PDF | DNL2 00015865.PDF | DNL2 00039775.PDF |
| DNL2 00002188 - 2205.PDF | DNL2 00008714.PDF | DNL2 00015867.PDF | DNL2 00039778.PDF |
| DNL2 00002206.PDF | DNL2 00008721.PDF | DNL2 00015868.PDF | DNL2 00039780.PDF |
| DNL2 00002210 - 2213.PDF | DNL2 00008722.PDF | DNL2 00015872.PDF | DNL2 00039783.PDF |
| DNL2 00002214.PDF | DNL2 00008729.PDF | DNL2 00015876 - 15880.PDF | DNL2 00039786.PDF |
| DNL2 00002218 - 2226.PDF | DNL2 00008731.PDF | DNL2 00015881.PDF | DNL2 00039789.PDF |
| DNL2 00002227.PDF | DNL2 00008733 - 8734.PDF | DNL2 00015898 - 15905.PDF | DNL2 00039791 - 39792.PDF |
| DNL2 00002234 - 2239.PDF | DNL2 00008735.PDF | DNL2 00015906.PDF | DNL2 00039793.PDF |
| DNL2 00002240.PDF | DNL2 00008737.PDF | DNL2 00015913 - 15925.PDF | DNL2 00039796.PDF |
| DNL2 00002247 - 2252.PDF | DNL2 00008739.PDF | DNL2 00015926.PDF | DNL2 00039799.PDF |
| DNL2 00002253.PDF | DNL2 00008741.PDF | DNL2 00015937.PDF | DNL2 00039801.PDF |
| DNL2 00002259 - 2263.PDF | DNL2 00008745.PDF | DNL2 00015938.PDF | DNL2 00039804.PDF |
| DNL2 00002264.PDF | DNL2 00008746.PDF | DNL2 00015942 - 15944.PDF | DNL2 00039806.PDF |
| DNL2 00002271 - 2304.PDF | DNL2 00008756 - 8757.PDF | DNL2 00015945.PDF | DNL2 00039808 - 39809.PDF |
| DNL2 00002305.PDF | DNL2 00008758.PDF | DNL2 00015950 - 16002.PDF | DNL2 00039810.PDF |
| DNL2 00002322.PDF | DNL2 00008760.PDF | DNL2 00016003.PDF | DNL2 00039815.PDF |
| DNL2 00002323.PDF | DNL2 00008762.PDF | DNL2 00016007 - 16008.PDF | DNL2 00039819.PDF |
| DNL2 00002406.PDF | DNL2 00008763.PDF | DNL2 00016009.PDF | DNL2 00039821.PDF |
| DNL2 00002410.PDF | DNL2 00008769.PDF | DNL2 00016013.PDF | DNL2 00039823.PDF |
| DNL2 00002417.PDF | DNL2 00008770.PDF | DNL2 00016014.PDF | DNL2 00039825.PDF |
| DNL2 00002432.PDF | DNL2 00008772.PDF | DNL2 00016018 - 16019.PDF | DNL2 00039829.PDF |
| DNL2 00002436.PDF | DNL2 00008774 - 8775.PDF | DNL2 00016020.PDF | DNL2 00039831.PDF |
| DNL2 00002442.PDF | DNL2 00008776.PDF | DNL2 00016024 - 16037.PDF | DNL2 00039832.PDF |
| DNL2 00002456.PDF | DNL2 00008829.PDF | DNL2 00016038.PDF | DNL2 00039835.PDF |
| DNL2 00002469.PDF | DNL2 00008851.PDF | DNL2 00016061.PDF | DNL2 00039837.PDF |
| DNL2 00002519.PDF | DNL2 00008873 - 8884.PDF | DNL2 00016064 - 16090.PDF | DNL2 00039839.PDF |

## Appendix B

### Documents Considered

| | | | |
|---|---|---|---|
| DNL2 00002545.PDF | DNL2 00008885.PDF | DNL2 00016091.PDF | DNL2 00039844.PDF |
| DNL2 00002580 - 2581.PDF | DNL2 00008887.PDF | DNL2 00016095 - 16100.PDF | DNL2 00039847.PDF |
| DNL2 00002582.PDF | DNL2 00008890 - 8891.PDF | DNL2 00016101.PDF | DNL2 00039849.PDF |
| DNL2 00002588.PDF | DNL2 00008892.PDF | DNL2 00016108 - 16114.PDF | DNL2 00039851.PDF |
| DNL2 00002592.PDF | DNL2 00008894.PDF | DNL2 00016115.PDF | DNL2 00039853.PDF |
| DNL2 00002609.PDF | DNL2 00008896 - 8897.PDF | DNL2 00016132 - 16138.PDF | DNL2 00039854.PDF |
| DNL2 00002648.PDF | DNL2 00008898.PDF | DNL2 00016139.PDF | DNL2 00039860.PDF |
| DNL2 00002670.PDF | DNL2 00008900.PDF | DNL2 00016156 - 16165.PDF | DNL2 00039865.PDF |
| DNL2 00002699.PDF | DNL2 00008905.PDF | DNL2 00016166.PDF | DNL2 00039871 - 39872.PDF |
| DNL2 00002755.PDF | DNL2 00008906.PDF | DNL2 00016168.PDF | DNL2 00039873.PDF |
| DNL2 00002769.PDF | DNL2 00008908 - 8910.PDF | DNL2 00016170.PDF | DNL2 00039876.PDF |
| DNL2 00002771.PDF | DNL2 00008911.PDF | DNL2 00016172.PDF | DNL2 00039878.PDF |
| DNL2 00002775.PDF | DNL2 00008924.PDF | DNL2 00016174.PDF | DNL2 00039885 - 39886.PDF |
| DNL2 00002786.PDF | DNL2 00008926.PDF | DNL2 00016183.PDF | DNL2 00039887.PDF |
| DNL2 00002787.PDF | DNL2 00008927.PDF | DNL2 00016209.PDF | DNL2 00039889.PDF |
| DNL2 00002795.PDF | DNL2 00008931.PDF | DNL2 00016244 - 16246.PDF | DNL2 00039891.PDF |
| DNL2 00002798.PDF | DNL2 00008976.PDF | DNL2 00016247.PDF | DNL2 00039894.PDF |
| DNL2 00002802.PDF | DNL2 00008978.PDF | DNL2 00016264 - 16272.PDF | DNL2 00039897.PDF |
| DNL2 00002805.PDF | DNL2 00008979.PDF | DNL2 00016273.PDF | DNL2 00039900.PDF |
| DNL2 00002807.PDF | DNL2 00009024.PDF | DNL2 00016281.PDF | DNL2 00039903.PDF |
| DNL2 00002816 - 2818.PDF | DNL2 00009026.PDF | DNL2 00016284 - 16287.PDF | DNL2 00039906.PDF |
| DNL2 00002819.PDF | DNL2 00009029.PDF | DNL2 00016288.PDF | DNL2 00039907.PDF |
| DNL2 00002827.PDF | DNL2 00009031.PDF | DNL2 00016290.PDF | DNL2 00039910.PDF |
| DNL2 00002830.PDF | DNL2 00009072.PDF | DNL2 00016291.PDF | DNL2 00039912.PDF |
| DNL2 00002833.PDF | DNL2 00009093.PDF | DNL2 00016303.PDF | DNL2 00039914.PDF |
| DNL2 00002834.PDF | DNL2 00009101.PDF | DNL2 00016305.PDF | DNL2 00039919.PDF |
| DNL2 00002847.PDF | DNL2 00009102.PDF | DNL2 00016309.PDF | DNL2 00039920.PDF |
| DNL2 00002848.PDF | DNL2 00009110.PDF | DNL2 00016310.PDF | DNL2 00039924.PDF |
| DNL2 00002856.PDF | DNL2 00009111.PDF | DNL2 00016314.PDF | DNL2 00039927.PDF |
| DNL2 00002857.PDF | DNL2 00009118.PDF | DNL2 00016316.PDF | DNL2 00039929.PDF |
| DNL2 00002865.PDF | DNL2 00009119.PDF | DNL2 00016318 - 16319.PDF | DNL2 00039933.PDF |
| DNL2 00002872.PDF | DNL2 00009130.PDF | DNL2 00016320.PDF | DNL2 00039936.PDF |
| DNL2 00002873.PDF | DNL2 00009151.PDF | DNL2 00016322.PDF | DNL2 00039940.PDF |
| DNL2 00002875 - 2876.PDF | DNL2 00009159.PDF | DNL2 00016324.PDF | DNL2 00039943.PDF |
| DNL2 00002877.PDF | DNL2 00009160.PDF | DNL2 00016326.PDF | DNL2 00039948.PDF |
| DNL2 00002895.PDF | DNL2 00009168.PDF | DNL2 00016327.PDF | DNL2 00039953.PDF |
| DNL2 00002897.PDF | DNL2 00009169.PDF | DNL2 00016331.PDF | DNL2 00039957.PDF |
| DNL2 00002898.PDF | DNL2 00009176.PDF | DNL2 00016333.PDF | DNL2 00039960.PDF |
| DNL2 00002900 - 2901.PDF | DNL2 00009177.PDF | DNL2 00016335.PDF | DNL2 00039963.PDF |
| DNL2 00002902.PDF | DNL2 00009188.PDF | DNL2 00016336.PDF | DNL2 00039965.PDF |
| DNL2 00002904.PDF | DNL2 00009210.PDF | DNL2 00016339.PDF | DNL2 00039969.PDF |
| DNL2 00002906.PDF | DNL2 00009211.PDF | DNL2 00016341.PDF | DNL2 00039973.PDF |
| DNL2 00002907.PDF | DNL2 00009215.PDF | DNL2 00016343 - 16344.PDF | DNL2 00039977.PDF |
| DNL2 00002913.PDF | DNL2 00009217.PDF | DNL2 00016345.PDF | DNL2 00039980.PDF |
| DNL2 00002916.PDF | DNL2 00009220.PDF | DNL2 00016348.PDF | DNL2 00027622.PDF |
| DNL2 00002941.PDF | DNL2 00009221.PDF | DNL2 00016350.PDF | DNL2 00027699.PDF |
| DNL2 00002943.PDF | DNL2 00009225.PDF | DNL2 00016352.PDF | DNL5_000001.PDF |
| DNL2 00002944.PDF | DNL2 00009226.PDF | DNL2 00016354.PDF | DNL5_000003.PDF |
| DNL2 00002952.PDF | DNL2 00009238 - 9240.PDF | DNL2 00016356.PDF | DNL5_000029.PDF |
| DNL2 00002955.PDF | DNL2 00009241.PDF | DNL2 00016358.PDF | DNL5_000060.PDF |
| DNL2 00002956.PDF | DNL2 00009287.PDF | DNL2 00016360.PDF | DNL5_000061.PDF |
| DNL2 00002958.PDF | DNL2 00009334.PDF | DNL2 00016362.PDF | DNL5_000086.PDF |
| DNL2 00003031 - 3032.PDF | DNL2 00009380.PDF | DNL2 00016365.PDF | DNL5_000117.PDF |
| DNL2 00003033.PDF | DNL2 00009424.PDF | DNL2 00016367.PDF | DNL5_000126.PDF |
| DNL2 00003035.PDF | DNL2 00009426.PDF | DNL2 00016369.PDF | DNL5_000148.PDF |
| DNL2 00003038.PDF | DNL2 00009479.PDF | DNL2 00016371.PDF | DNL5_000175.PDF |
| DNL2 00003040.PDF | DNL2 00009532.PDF | DNL2 00016372.PDF | DNL5_000185.PDF |
| DNL2 00003044.PDF | DNL2 00009584.PDF | DNL2 00016374.PDF | DNL5_000195.PDF |
| DNL2 00003046.PDF | DNL2 00009586.PDF | DNL2 00016376.PDF | DNL5_000197.PDF |
| DNL2 00003048.PDF | DNL2 00009630.PDF | DNL2 00016378 - 16380.PDF | DNL5_000216.PDF |
| DNL2 00003173.PDF | DNL2 00009679 - 9680.PDF | DNL2 00016381.PDF | MISC001.PDF |
| DNL2 00003185.PDF | DNL2 00009681.PDF | DNL2 00016386.PDF | MISC002.PDF |
| DNL2 00003186.PDF | DNL2 00009690.PDF | DNL2 00016387.PDF | MISC003.PDF |
| DNL2 00003195 - 3198.PDF | DNL2 00009701 - 9717.PDF | DNL2 00016392.PDF | MISC005.PDF |

### Legal Filings

California Civil Code Section 3343(a)

Declaration of Eric Grant in Support of Plaintiffs' Motion for Class Certification (including Exhibits A through PP), January 11, 2013

Declaration of Janet Conigliaro dated March 14, 2013

## Appendix B
### Documents Considered

Declaration of Jung Yi dated March 14, 2013
Defendant Ford Motor Company's Rule 26(a)(1) Initial Disclosures, March 5, 2012
Joint Status Report, 2.20.12
Letter from Allen Carney of Carney Williams to Tamara A. Bush and John Mark Thomas of Dykema Gossett, dated October 24, 2012
Margie Daniel et al. v. Ford Motor Company Complaint, November 2, 2011 with Exhibit 1
Plaintiff Witness and Exhibit List, July 3, 2003
Plaintiffs' Disclosure of Expert Witnesses, January 11, 2013
Plaintiffs' First Supplemental Initial Disclosures, January 11, 2013
Plaintiff's Initial Disclosures, March 5, 2012
Plaintiffs' Joint Responses to Ford Motor Company's Requests for Production, July 26, 2012
Plaintiffs' Notice of Motion, Motion for Class Certification and Brief in Support Thereof, January 11, 2013
Scheduling order, February 28, 2012
Subpoena to testify at a deposition and Subpoena to produce documents to Avis Budget Group, dated October 23, 2012
Subpoena to testify at a deposition and Subpoena to produce documents to Enterprise Holdings, Inc., dated October 23, 2012
Subpoena to produce documents to Goodyear Tire and Rubber Co., dated May 31, 2012
Subpoena to produce documents to Hankook Tire, dated May 31, 2012
Subpoena to testify at a deposition and Subpoena to produce documents to Hertz Corporation, dated October 23, 2012
Subpoena to produce documents to Kumho Tire, U.S.A., Inc, dated May 31, 2012
Subpoena to produce documents to Pirelli Tire, dated May 31, 2012

**Other Discovery Files**

10.11.12  Receipts  P001321-1322.pdf
AWS 011927.PDF
Carmat Collision (Duarte) 12-10-201215-26 (001).pdf
Corning Mercury (McCabe) 12-10-201215-26 (002).pdf
Daniel VehPhotos P1325-1328.pdf
Daniel, Margie 11 focus vehicle info.pdf
Documents P00001-49.pdf
Duarte, Andrea 07 focus vehicle info.pdf
Glass, Donna 05 focus vehicle info.pdf
Hauser, Mary 09 focus vehicle info.pdf
Holser's Tire (Duarte) 12-10-201215-26 (003).pdf
Letter from Edward Walsh to Carney, Williams, Bates, Pulliam & Bowman PLLC, dated December 18, 2012 with attachments (P001357-P001359)
McCabe, Robert 08 focus vehicle info.pdf
Michelin (Hauser) 12-10-201215-26 (004).pdf
North Bay Ford (Duarte) 12-10-201215-26 (007).pdf
P000050-001068.pdf
P001323-1324 - Mary Hauser Receipts.pdf
Pirelli - Warranty Claim Spreadsheet.pdf
Pltfs Suppl Discl 09.10.2012_ P001069-1320.pdf
Schwab Tire (Glass).pdf
Schwab Tire (McCabe) 12-10-201215-26 (005).pdf
Schwab Tire (McCabe).pdf
Shannahan Auto (Daniel) 12-10-201215-26 (008).pdf
Ukiah Ford (Glass) 12-10-201215-26 (009).pdf
VehPhotos and Invoice Glass P1335-1344.pdf
VehPhotos Duarte P 1329-1334.pdf
Walmart (Hauser) 12-10-201215-26 (010).pdf

**Plaintiffs' Expert Thomas Lepper Production**

1206R06 E-mails
ALLDATA.pdf
Daniel - Doc's referenced in Tom Lepper's Report.zip
Daniel - Inspection Pics & Video.zip
daniel pics October 2011.pdf
Daniel Technical Contacts.pdf
DANIEL Warranty Reimbursement Records - Pt 1.pdf
DANIEL Warranty Reimbursement Records - Pt 2.pdf
Docs sent 6-1-12.zip
Duarte(C) at Ford Insp.zip
FW Ford ftp site.pdf
Glass(D) Ford Videos.zip
Hauser RO.zip
Hauser_Inspection Pics & Video.zip
Invoice 00 - 06.pdf
Key Docs.zip
Lepper Docs & Photos.zip
Lepper production documents and back-up
Lepper production pictures and videos

## Appendix B

### Documents Considered

McCabe RO.zip
Photos rec'd from A Webb.zip
Production Log_6-1-12.pdf
Racing Resume - Thomas Lepper.doc
Rule 26 Opinion Report of Thomas J. Lepper with Exibits A - J, January 11, 2013
Special Service Messages: 19064.pdf
Special Service Messages: 20014.pdf
Special Service Messages: 20076.pdf
Special Service Messages: 20423.pdf
Special Service Messages: 20518.pdf
Special Service Messages: 20703.pdf
Special Service Messages: 20958.pdf
Special Service Messages: 21195.pdf
Special Service Messages: 21399.pdf
Special Service Messages: 21401.pdf
Special Service Messages: 21656.pdf
TSB 07-4-2.pdf
TSB 11-1-1.pdf

**Plaintiffs' Expert Dr. Peter Tkacik Production**

001_Original Complaint_Ford Focus Class Action.pdf
021_Protective Order_Final_3.16.2012.pdf
05 - 11_Focus_catalogLR.pdf
2007 Ford Focus K&C Full Report.pdf
2012 Ford Focus K&C Full Report.pdf
AWS Relevant Claims Part 1 & 2.pdf
Bonifas deposition 27 December 2012.doc
CQIS Database_Selected.pdf
CQIS documents 3 January 2013.doc
CQIS Summary Document Complete (00150886).DOC
CQIS summary Focus Tire 4 January 2013.xls
Daniel (B)-final.doc
Daniel summary 11 Jan 2013.doc
Duarte (C)-final.doc
Duarte summary 11 Jan 2013.doc
Focus rear suspension points 19 Jan 2013.xls
Focus Tire costs 19 January 2013.xls
Ford Focus K&C Full Report.pdf
Ford Tire Wear marketing docs 1 Jan 2013.doc
Glass (D)-final.docx
Glass summary 11 Jan 2013.doc
Hauser (A)-final.doc
Hauser summary 11 Jan 2013.doc
JBT Key Docs_Depo Exs 1-51.pdf
K&C report summary 2 January 2013.doc
Kalis deposition 2 January 2013.doc
Mayer deposition 31 December 2012.doc
McCabe (E)-final.doc
McCabe summary 11 Jan 2013.doc
MORS Summary Document (00150812).DOC
MORS_selected_bookmarks.pdf
Owners Manual_Post_Promise_Plan.pdf
PneumaticTire_HS-810-561[1].pdf
Rear Tire Wear problem 24 December 2012.doc
Rear Tire Wear problem thoughts 27 December 2012.doc
Roberts deposition 2 January 2013.doc
Rule 26 Opinion Report of Dr. Peter Thomas Tkacik, January 2, 2012
Summary of JBT Key Docs Exhibits 1-51 in chronological order 2 January 2013.doc
Super summary 1 January 2013.doc
Sw - Image_ DNL2 00000967.pdf
Sw - Image_ DNL2 00006204.pdf
Sw - Image_ DNL2 00006843.pdf
Sw - Image_ DNL2 00008366.pdf
Sw - Image_ DNL2 00008435.pdf
Sw - Image_ DNL2 00008451.pdf
Sw - Image_ DNL2 00012442.pdf
Sw - Image_ DNL2 00017024.pdf
Sw - Image_ DNL2 00027135.pdf
Sw - Image_ DNL2 00027200.pdf

# Appendix B

## Documents Considered

Sw - Image_ DNL2 00028555.pdf
Tkacik CV.pdf
Tkacik CV Ford tire wear 6 January 2013.doc
Tkacik Disclosure of Expert Testimony 11 January 2013 1800 hrs.doc
Tkacik production documents and back-up
Tkacik production pictures and videos
Vehicle inspection report summary 19 Jan 2013.doc
Wear v Temp grad from Veh insp rep summary 19 Jan 2013.xls
Zinkosky deposition 30 December 2012.doc

### Plaintiffs' Expert Andrew Webb Production

2012 Rear Susp Dwgs & WERS.zip
8S43 5K067 AD point locations.pdf
BV61 5A968,9 ANE,BNC pt locations.pdf
c346.zip
Copy of 417312 costs.xlsx
DNL2 00000107 Health chart.xls
exemplar.zip
Ford Discovery.zip
k and c testing.zip
Key Docs.pdf
Morse Measurements.zip
Rear Hard Points.zip
Rule 26 Opinion Report of Andrew D. Webb, January 2, 2012
testing nccar.zip
tire.zip
Vehicles.zip
Video.zip
Webb CV.pdf
Webb production documents and back-up
Webb production pictures and videos
Webb.zip

### Public Sources

2008 Volkswagen R32.pdf; www.edmunds.com/volkswagen/r32/2008; Accessed on March 12, 2013
A Tire Alignment Guide_Frequency - Autos.pdf; www.autos.com/car-maintenance/a-tire-alignment-guide-cost-benefits-and-frequency; Accessed on March 11, 2013
About NADA.pdf; http://www.nada.org/AboutNADA/; Accessed on March 8, 2013
Chevrolet Cobalt Review.pdf; www.edmunds.com/chevrolet/cobalt; Accessed on March 11, 2013
Chevrolet Cruze Review.pdf; www.edmunds.com/chevrolet/cruze; Accessed on March 11, 2013
Consumer Reports Tires Q&A_ Tire rotation.pdf; news.consumerreports.org/cars/2009/12/tires-qa-tire-rotation-cost.html; Accessed on March 11, 2013
Dodge Caliber Review.pdf; www.edmunds.com/dodge/caliber; Accessed on March 11, 2013
Dodge Neon Review.pdf; www.edmunds.com/dodge/neon; Accessed on March 11, 2013
Edmonds- Leasing Is Back - With Some New Twists.pdf; www.edmunds.com/car-leasing/leasing-is-back-with-some-new-twists.html; Accessed on March 11, 2013
Ford Fleet Glossary- https://www.fleet.ford.com/glossary/default.asp, Accessed on March 15,2013
Hidden Value in a Leased Car - NYTimes.com.pdf; http://bucks.blogs.nytimes.com/2011/06/24/leasing-a-car-it-may-have-hidden-value; Accessed on March 11, 2013
how long can my car last.pdf; http://news.consumerreports.org/cars/2009/03/how-long-can-my-car-last.html; Accessed on March 7, 2013
Bureau of Labor Statistics, CPI data, Series: CUUS0000SETA02; http://www.bls.gov/cpi/data.htm
Kia Forte Review.pdf; www.edmunds.com/kia/forte; Accessed on March 11, 2013
Kia Spectra Review.pdf; www.edmunds.com/kia/spectra; Accessed on March 11, 2013
Make your car last 200,000 miles.pdf; http://www.consumerreports.org/cro/2012/05/make-your-car-last-200-000-miles/index.htm; Accessed on March 7, 2013
NAAA 2012Spring_OTBNewltr.pdf; www.naaa.com/pdfs/2012Spring_OTBNewltr.pdf; Accessed on March 12, 2013
Utilimarc – About - Utilimarc.pdf; http://utilimarc.com/about/; Accessed on March 5, 2013
Volkswagen Golf Review.pdf; www.edmunds.com/volkswagen/golf; Accessed on March 11, 2013
Volkswagen Rabbit Review.pdf; www.edmunds.com/volkswagen/rabbit; Accessed on March 11, 2013
Walmart Tire Services Cost.pdf; www.walmart.com/cp/tires-services/495845; Accessed on March 11, 2013
Why Ford Needs To Worry - Forbes.pdf; www.forbes.com/sites/joannmuller/2012/01/25/why-ford-needs-to-worry/print; Accessed March 13, 2013

### Third Party Data

Analysis Group Ford Focus Data.xlsx
Analysis_Group_Deliverable_1_16_2013_SOW3.zip