John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone:  (916) 388-0833
Facsimile:   (916) 691-3261

J. Allen Carney (*pro hac vice*)
acarney@carneywilliams.com
Hank Bates (Bar No. 167688)
hbates@carneywilliams.com
Carney Williams Bates Pulliam & Bowman, PLLC
11311 Arcade Drive
Little Rock, Arkansas 72212
Telephone:  (501) 312-8500
Facsimile:   (501) 312-8505

Counsel for Plaintiffs MARGIE DANIEL,
ROBERT McCABE, MARY HAUSER,
DONNA GLASS, and ANDREA DUARTE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, ROBERT McCABE, MARY HAUSER, DONNA GLASS, and ANDREA DUARTE, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>        Defendant. | No. 2:11-cv-02890-WBS-EFB<br><br>**STIPULATED REQUEST TO MODIFY DATES AND TERMS OF SCHEDULING ORDER *OTHER THAN* DATE OF TRIAL [L.R. 143]**<br><br>Courtroom:         24<br>Magistrate Judge:   Hon. Edmund F. Brennan |

{00151960.DOCX}

Stipulated Request to Modify Dates and Terms of Scheduling Order *Other Than* Date of Trial

**STIPULATED REQUEST TO MODIFY DATES AND TERMS OF
SCHEDULING ORDER *OTHER THAN* DATE OF TRIAL**

Pursuant to Local Rule 143 and to Paragraph IX of the Status (Pretrial Scheduling) Order (Doc. 18, filed Feb. 28, 2012) ("Scheduling Order"), all parties hereto stipulate and respectfully request the Court to modify the dates and terms of the Scheduling Order as set forth below.

In light of the four motions filed by Defendant Ford Motor Company ("Defendant") on March 18, 2013, which motions relied on more than 1,500 pages of supporting materials (including the reports of six experts), the parties seek to move the hearings on all pending motions (currently set for May 6, 2013) four weeks into the future (to June 3, 2013). Among other benefits, the revised schedule would provide the Court and the parties additional time to prepare for the hearings after the briefing is complete: 21 days after Plaintiffs' reply brief is filed, and 14 days after Defendants' reply briefs are filed.

To accommodate additional motions contemplated by Defendant, the parties also seek to move the deadline for filing non-emergency motions from June 5 to July 1, 2013. In this regard, the parties wish to clarify — consistent with Judge Shubb's case management procedures — that such deadline does *not* govern motions in limine.

In making their request, the parties respectfully observe that it does *not* seek to modify the scheduled date of trial.

Accordingly, the parties request the following revised dates and terms for the Scheduling Order:

| | |
|---|---|
| April 17, 2013: | Deadline for Plaintiffs to depose Defendant's experts whose reports were produced on March 15, 2013. |
| April 29, 2013: | Deadline for Plaintiffs to disclose any rebuttal experts and produce any additional reports pursuant to Federal Rule 26(a)(2)(D)(ii) [unchanged]. |
| May 2, 2013: | Deadline for Plaintiffs to file oppositions to Defendant's motion for summary judgment and Defendant's motions to exclude testimony of Plaintiffs' experts. |
| May 13, 2013: | Deadline for Plaintiffs to file any reply brief in support of their motion for class certification. |
| May 17, 2013: | Deadline for all discovery to be *completed* as described in Paragraph IV of the Scheduling Order [unchanged]. |

{00151960.DOCX}   1

| | | |
|---|---|---|
| 1 | May 20, 2013: | Deadline for Defendant to file any reply briefs in support of the motions referenced above. |
| 2 | | |
| 3 | June 3, 2013: | Hearing on Plaintiffs' motion for class certification.<br>Hearing on Defendant's motions referenced above. |
| 4 | July 1, 2013: | Deadline for filing all motions, except motions in limine, motions for continuances, temporary restraining orders, or other emergency applications. |
| 5 | | |
| 6 | July 29, 2013: | Hearing on any motions filed on July 1, 2013. |
| 7 | August 19, 2013: | Final Pretrial Conference at 2:00 p.m. in Courtroom No. 5 [unchanged]. |
| 8 | September 24, 2013: | Jury Trial at 9:00 a.m. in Courtroom 5 [unchanged]. |

Dated:  March 28, 2013.

Respectfully submitted,

/s/ Eric Grant
John B. Thomas
Eric Grant
Hicks Thomas LLP

J. Allen Carney
Hank Bates
Carney Williams Bates Pulliam & Bowman, PLLC

Counsel for Plaintiffs MARGIE DANIEL, ROBERT McCABE, MARY HAUSER, DONNA GLASS, and ANDREA DUARTE

DYKEMA GOSSETT LLP

By:  /s/ Fred J. Fresard
      (as authorized on this date)
FRED J. FRESARD (*pro hac vice*)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone:  (248) 203-0700
Facsimile:   (855) 233-1801

JOHN M. THOMAS (Bar No. 266842)
TAMARA A. BUSH (Bar No. 197153)
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850

ORRICK
NORMAN HILE (Bar No. 57299)
400 Capitol Mall, Suite 3000
Sacramento, California 95814

Attorneys for Defendant
FORD MOTOR COMPANY

HICKS THOMAS LLP
8001 Folsom Boulevard, Suite 100
Sacramento, California 95826
Telephone: (916) 388-0833

## ORDER

Pursuant to the parties' stipulation, the Scheduling Order (Dckt. Nos. 18, 25, and 35) is modified as follows:

| Date | Description |
|---|---|
| April 17, 2013: | New deadline for Plaintiffs to depose Defendant's experts whose reports were produced on March 15, 2013. |
| April 29, 2013: | Deadline for Plaintiffs to disclose any rebuttal experts and produce any additional reports pursuant to Federal Rule 26(a)(2)(D)(ii) [unchanged]. |
| May 2, 2013: | Deadline for Plaintiffs to file oppositions to Defendant's motion for summary judgment and Defendant's motions to exclude testimony of Plaintiffs' experts. |
| May 13, 2013: | Deadline for Plaintiffs to file any reply brief in support of their motion for class certification. |
| May 17, 2013: | Deadline for all discovery to be *completed* as described in Paragraph IV of the Scheduling Order [unchanged]. |
| May 20, 2013: | Deadline for Defendant to file any reply briefs in support of the motions referenced above. |
| June 3, 2013: | Hearing on Plaintiffs' motion for class certification. Hearing on Defendant's motions referenced above. |
| June 17, 2013:[1] | Deadline for filing all non-discovery motions, except motions in limine, motions for continuances, temporary restraining orders, or other emergency applications. |
| July 15, 2013: | Hearing on any motions filed on June 17, 2013. |
| August 12, 2013:[2] | Final Pretrial Conference at 2:00 p.m. in Courtroom No. 5 [unchanged]. |
| September 24, 2013: | Jury Trial at 9:00 a.m. in Courtroom 5 [unchanged]. |

Dated: April 1, 2013.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Although the parties request that all such motions be filed by July 1, 2013 and heard by July 29, 2013, that schedule is unworkable in light of the August 12, 2013 Final Pretrial Conference and the obligation that the parties file separate pretrial statements fourteen days prior to that conference. Dckt. No. 18 at 4; E.D. Cal. L.R. 281(a)(1).

[2] Although the parties' stipulation indicates that the Final Pretrial Conference is scheduled for August 19, 2013, it is actually scheduled for August 12, 2013. Dckt. No. 25.