UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARGIE DANIEL, ROBERT MCCABE, MARY HAUSER, DONNA GLASS, and ANDREA DUARTE, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>　　　　Defendant.<br>_____/ | NO. CIV. 2:11-02890 WBS EFB<br><br>ORDER FOR SUPPLEMENTAL BRIEFING |

----oo0oo----

　　　　The court is in receipt of plaintiffs' motion for class certification filed January 11, 2013, (Docket No. 33), and defendant's opposition to the motion filed March 15, 2013, (Docket No. 43). On March 27, 2013, after plaintiff's motion and defendant's opposition were filed, the United States Supreme Court decided Comcast Corp. v. Behrend, 133 S. Ct. 1426 (2013), which addressed the issue of individualized damage calculations

1

in relation to Federal Rule of Civil Procedure 23(b)(3)'s predominance requirement. Both parties addressed similar issues in their briefs on class certification. (See Pls.' Mot. at 20:19-21:3; Def.'s Opp'n at 32:20-34:9.)

The deadline for plaintiffs' reply to defendant's opposition to class certification is May 13, 2013, (Docket No. 53), therefore plaintiffs have adequate time to address the impact of Behrend in their reply brief. Defendant, however, will be permitted to address Behrend by filing a supplemental brief on the limited issue of individualized damage calculations in relation to Rule 23(b)(3) no later than May 13, 2013.

IT IS THEREFORE ORDERED that the Scheduling Order, (Docket Nos. 18, 25, 35, 53), be, and the same hereby is, MODIFIED as follows:

May 13, 2013:     Deadline for defendant to file a supplemental brief on the issue of individualized damage calculations in relation to Rule 23(b)(3).

All other deadlines remain unchanged.

DATED: April 18, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE