# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, ROBERT McCABE, MARY HAUSER, DONNA GLASS, and ANDREA DUARTE, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 2:11-cv-02890-WBS -EFB<br><br>Hon. Senior Judge William B. Shubb<br>Magistrate: Judge Edmund F. Brennan<br><br>**ORDER ON DEFENDANT FORD'S REQUEST TO SEAL**<br><br>Complaint Filed: November 2, 2011 |

Having considered the request of Defendant Ford that certain documents produced in this action pursuant to protective order be filed under seal, and sufficient showing having been made under Local Rule 141 to permit filing under seal,

**IT IS HEREBY ORDERED THAT:**

The following shall be filed under seal: (1) any unredacted copy of the document Produced in this action by Ford with Bates Number DNL2 00000100; (2) any unredacted copy of the document Produced in this action by Ford with Bates Number DNL2 00003632; and (3) any

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

unredacted copy of the document Produced in this action by Ford with Bates Number DNL2 00003634.

**IT IS SO ORDERED.**

Dated: May 30, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PAS01\698183.1
087770\0108