1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10                               **SACRAMENTO DIVISION**

11  MARGIE DANIEL, ROBERT McCABE,              Case No. 2:11-cv-02890-WBS -EFB
    MARY HAUSER, DONNA GLASS, and
12  ANDREA DUARTE, individually and on         Hon. Senior Judge William B. Shubb
    behalf of a class of similarly situated    Magistrate:  Judge Edmund F. Brennan
13  individuals,
                                               **ORDER ON DEFENDANT FORD'S**
14            Plaintiffs,                       **REQUEST TO SEAL**

15            vs.                              Complaint Filed:  November 2, 2011

16  FORD MOTOR COMPANY, a Delaware
    corporation,
17
              Defendant.
18

19

20

21       Having considered the request of Defendant Ford that certain documents produced in this

22  action pursuant to protective order be filed under seal, and sufficient showing having been made

23  under Local Rule 141 to permit filing under seal,

24       **IT IS HEREBY ORDERED THAT:**

25       The following shall be filed under seal: (1) any unredacted copy of the document Produced

26  in this action by Ford with Bates Number DNL2 00000100; (2) any unredacted copy of the

27  document Produced in this action by Ford with Bates Number DNL2 00003632; and (3) any

28

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

1  unredacted copy of the document Produced in this action by Ford with Bates Number DNL2

2  00003634.

3

4  **IT IS SO ORDERED.**

5

6  Dated:  May 30, 2013

7  _____
   WILLIAM B. SHUBB
8  UNITED STATES DISTRICT JUDGE

9

10  PAS01\698183.1
    087770\0108
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

[PROPOSED] ORDER ON DEFENDANT FORD'S REQUEST TO SEAL