UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARGIE DANIEL, ROBERT MCCABE, MARY HAUSER, DONNA GLASS, and ANDREA DUARTE, individually and on behalf of a class of similarly situated individuals,<br><br>  Plaintiffs,<br><br>  v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>  Defendant. | NO. CIV. 2:11-02890 WBS EFB<br><br>ORDER |

----oo0oo----

In its June 7, 2013 Order, the court granted summary judgment in favor of defendant Ford Motor Company on all plaintiffs' claims except Margie Daniel's claims for breach of an implied warranty under the Song-Beverly Act, Cal. Civ. Code §§ 1790 et seq., and the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301 et seq. (Docket No. 84.) The court is now in receipt of the parties' stipulated request to enter final judgment pursuant

1

to Federal Rule of Civil Procedure 54(b) and to stay Margie Daniel's remaining claims. (Docket No. 86.) If view of the parties' stipulation, the court finds no just reason to delay entry of final judgment on the claims upon which the court has granted summary judgment. See Fed. R. Civ. P. 54(b). The court will stay Margie Daniel's remaining claims, as a stay will serve judicial economy and no party will be prejudiced thereby. See Landis v. N. Am. Co., 299 U.S. 248, 254-255 (1936).

The Clerk of Court shall enter final judgment on the following claims:

(1) all claims brought by plaintiffs Robert McCabe, Mary Hauser, Donna Glass, and Andrea Duarte; and

(2) Margie Daniel's claims under the Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code §§ 1750 et seq.; the Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200 et seq.; and California Commercial Code § 2313 for breach of an express warranty.

The action on Margie Daniel's remaining claims shall be, and the same here is, STAYED. The Clerk of Court is ordered to administratively close the file until further order of this court. When appropriate, the parties shall file an appropriate notice with the court for the stay to be lifted.

IT IS SO ORDERED.

DATED: July 11, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE