UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 17, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

JUDGMENT IN A CIVIL CASE

Margie Daniel, et al

v.  CASE NUMBER: CIV S-11-2890 WBS EFB

Ford Motor Company

XX --  Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF JULY 12, 2013 on the following claims:

(1) all claims brought by plaintiffs Robert McCabe, Mary Hauser, Donna Glass, and Andrea Duarte; and

(2) Margie Daniel's claims under the Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code §§ 1750 et seq.; the Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200 et seq.; and California Commercial Code § 2313 for breach of an express warranty.

Marianne Matherly,
Clerk of the Court

ENTERED: July 17, 2013

by: /s/ M. Marciel
M. Marciel, Deputy Clerk