UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FILED

July 17, 2013

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

JUDGMENT IN A CIVIL CASE

Margie Daniel, et al

v.    CASE NUMBER: CIV S-11-2890 WBS EFB

Ford Motor Company

XX -- Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF JULY 12, 2013 on the following claims:

(1) all claims brought by plaintiffs Robert McCabe, Mary Hauser, Donna Glass, and Andrea Duarte; and

(2) Margie Daniel's claims under the Consumer Legal Remedies Act ("CLRA"), Cal. Civ. Code §§ 1750 et seq.; the Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code §§ 17200 et seq.; and California Commercial Code § 2313 for breach of an express warranty.

Marianne Matherly,
Clerk of the Court

ENTERED:   July 17, 2013

by: /s/
M. Marciel, Deputy Clerk