UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals,<br><br>     Plaintiffs,<br><br>     v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>     Defendant. | CIV. NO. 2:11-02890 WBS EFB<br><br>ORDER |

----oo0oo----

A Status Conference was held in this matter on March 14, 2016. Eric Grant appeared as counsel for plaintiffs, and Norman Hile appeared as counsel for defendant. Following the conference, the court orders as follows:

Defendant shall file its renewed motion for summary judgment on or before March 28, 2016. Plaintiffs shall file their opposition to that motion on or before April 18, 2016.

1

Defendant shall file its reply brief on or before April 25, 2016. The court will hear the motion for summary judgment on May 2, 2016, at 1:30 p.m. in Courtroom No. 5.  The court will set a schedule for re-briefing on plaintiff's motion for class certification after deciding defendant's motion for summary judgment.

IT IS SO ORDERED.

Dated:  March 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE