1  **DYKEMA GOSSETT LLP**
   JOHN M. THOMAS, SBN: 266842
2  jthomas@dykema.com
   TAMARA A. BUSH, SBN: 197153
3  tbush@dykema.com
   FRED J. FRESARD (*Pro Hac Vice*)
4  ffresard@dykema.com
   KRISTA L. LENART (*Pro Hac Vice*)
5  klenart@dykema.com
   JANET CONIGLIARO (*Pro Hac Vice*)
6  jconigliaro@dykema.com
   333 South Grand Avenue, Suite 2100
7  Los Angeles, California 90071
   Telephone:   (213) 457-1800
8  Facsimile:   (213) 457-1850

9  **ORRICK**
   NORMAN HILE, SBN: 57299
10 nhile@orrick.com
   400 Capitol Mall, Suite 3000
11 Sacramento, California 95814-4497

12 Attorneys For Defendant
   FORD MOTOR CO.

13

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals,<br><br>      Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>      Defendant. | No. 2:11-cv-02890-WBS-EFB<br><br>**STIPULATED REQUEST TO MODIFY DATES *OTHER THAN* DATE OF TRIAL [L.R. 143]**<br><br>Courtroom:   5 (14th Floor)<br>Judge:          Hon. William B. Shubb |

STIPULATED REQUEST TO MODIFY DATES *OTHER THAN* DATE OF TRIAL

**STIPULATED REQUEST TO MODIFY DATES *OTHER THAN* DATE OF TRIAL**

Pursuant to Local Rule 143, Defendant Ford Motor Company ("Ford") hereby requests that the Court extend by 11 days the deadline for Ford's opposition to Plaintiff's Renewed Motion for Class Certification, extend by three days the deadline for Plaintiff's Reply Brief in support of her Motion, and reschedule the hearing on Plaintiff's Motion which is currently set for July 25, 2016. Plaintiff does not oppose Ford's request. The requested extension is necessary because counsel for Ford has overlapping briefing deadlines in other cases that have interfered with counsel's ability to prepare Ford's brief in this case by the current deadline of July 11, 2016. No prior extension of this date has been requested.

Accordingly, the parties request that the deadline for Ford's opposition to Plaintiffs' Renewed Motion for Class Certification be extended from July 11, 2016 to July 22, 2016, the deadline for Plaintiff's Reply Brief in support of her Motion be extended to August 1, 2016, and that the hearing on Plaintiff's Motion be adjourned from to Monday, July 25, 2016 at 1:30 p.m. to Monday, August 8, 2016, at 1:30 p.m.

Dated:  June 28, 2016

Respectfully submitted,

DYKEMA GOSSETT LLP
By:   /s/Tamara A. Bush
JOHN M. THOMAS (Bar No. 266842)
TAMARA A. BUSH (Bar No. 197153)
KRISTA L. LENART (*pro hac vice*)
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850

FRED J. FRESARD (*pro hac vice*)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone:  (248) 203-0700
Facsimile:   (855) 233-1801

ORRICK
NORMAN HILE (Bar No. 57299)
400 Capitol Mall, Suite 3000
Sacramento, California 95814

Attorneys for Defendant
FORD MOTOR COMPANY

1 | /s/John B. Thomas
      (as authorized on June 28, 2016)
2 | John B. Thomas
    Eric Grant
3 | Hicks Thomas LLP

4 | J. Allen Carney
    Hank Bates
5 | Carney Bates & Pulliam, PLLC

6 | Counsel for Plaintiff MARGIE DANIEL

9 | SO ORDERED.

10 | Dated: June 29, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
STIPULATED REQUEST TO MODIFY DATES *OTHER THAN* DATE OF TRIAL