**DYKEMA GOSSETT LLP**
JOHN M. THOMAS, SBN: 266842
jthomas@dykema.com
TAMARA A. BUSH, SBN: 197153
tbush@dykema.com
FRED J. FRESARD (*Pro Hac Vice*)
ffresard@dykema.com
KRISTA L. LENART (*Pro Hac Vice*)
klenart@dykema.com
JANET CONIGLIARO (*Pro Hac Vice*)
jconigliaro@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:    (213) 457-1800
Facsimile:    (213) 457-1850

**ORRICK**
NORMAN HILE, SBN: 57299
nhile@orrick.com
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497

Attorneys For Defendant
FORD MOTOR CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals,<br><br>  Plaintiff,<br><br>  v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>  Defendant. | No. 2:11-cv-02890-WBS-EFB<br><br>**STIPULATED REQUEST TO MODIFY DATES *OTHER THAN* DATE OF TRIAL [L.R. 143]**<br><br>Courtroom:   5 (14th Floor)<br>Judge:   Hon. William B. Shubb |

**STIPULATED REQUEST TO MODIFY DATES *OTHER THAN* DATE OF TRIAL**

Pursuant to Local Rule 143, Defendant Ford Motor Company ("Ford") hereby requests that the Court reschedule the hearing on Plaintiff's Renewed Motion for Class Certification and Defendant's Motion for Sanctions, currently scheduled for August 8, 2016 at 1:30 p.m., to September 19, 2016, at 1:30 p.m.  This adjournment is necessary because as a result of computer outages that impacted Delta operations system-wide, Delta cancelled the flight that attorney John M. Thomas, lead counsel for Ford, was scheduled to take to Sacramento, California on August 8, 2016, for the previously-scheduled hearing.  Plaintiff does not oppose Ford's request.

Accordingly, the parties request that the hearing on Plaintiff's Renewed Motion for Class Certification and Defendant's Motion for Sanctions be adjourned from Monday, August 8, 2016 to Monday, September 19, 2016, at 1:30 p.m.

Dated:  August 8, 2016

Respectfully submitted,

DYKEMA GOSSETT LLP
By:  /s/John M. Thomas
JOHN M. THOMAS (Bar No. 266842)
TAMARA A. BUSH (Bar No. 197153)
KRISTA L. LENART (*pro hac vice*)
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:  (213) 457-1800
Facsimile:   (213) 457-1850

FRED J. FRESARD (*pro hac vice*)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone:  (248) 203-0700
Facsimile:   (855) 233-1801

ORRICK
NORMAN HILE (Bar No. 57299)
400 Capitol Mall, Suite 3000
Sacramento, California 95814

Attorneys for Defendant
FORD MOTOR COMPANY

/s/Eric Grant
(as authorized on August 8, 2016)
John B. Thomas
Eric Grant
Hicks Thomas LLP

DYKEMA GOSSETT LLP
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800

J. Allen Carney
Hank Bates
Carney Bates & Pulliam, PLLC

Counsel for Plaintiff MARGIE DANIEL

SO ORDERED.

Dated:  August 8, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE