1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         ----oo0oo----

11

12   MARGIE DANIEL, individually          CIV. NO. 2:11-02890 WBS EFB
     and on behalf of a class of
13   similarly situated
     individuals,
14
                   Plaintiff,
15
          v.
16
     FORD MOTOR COMPANY, a
17   Delaware corporation,

18                 Defendant.

19
                            ----oo0oo----
20

21                  ORDER SETTING STATUS CONFERENCE

22

23          The Court previously granted Plaintiff Margie Daniel's

24   motion for class certification on September 23, 2016.  The Court

     hereby orders a Status Conference set for Monday, November 7,
25
     2016 at 1:30 p.m. in Courtroom 5.  No later than October 24,
26
     2016, the parties shall meet and confer and submit a Joint Status
27
     Report.  The Joint Status Report shall set forth the parties'
28
                                    1

1  agreed dates for a pretrial conference, settlement conference,

2  and trial.  The Joint Status Report shall also address any other

3  issues that the parties think need to be addressed at the

4  November 7, 2016 Status Conference.

5       IT IS SO ORDERED.

6  Dated:  October 4, 2016

7                                          WILLIAM B. SHUBB

8                                          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28