**DYKEMA GOSSETT LLP**
JOHN M. THOMAS, SBN: 266842
jthomas@dykema.com
TAMARA A. BUSH, SBN: 197153
tbush@dykema.com
FRED J. FRESARD (*Pro Hac Vice*)
ffresard@dykema.com
KRISTA L. LENART (*Pro Hac Vice*)
klenart@dykema.com
JANET CONIGLIARO (*Pro Hac Vice*)
jconigliaro@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:    (213) 457-1800
Facsimile:    (213) 457-1850

**ORRICK**
NORMAN HILE, SBN: 57299
nhile@orrick.com
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497

Attorneys For Defendant
FORD MOTOR CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | No. 2:11-cv-02890-WBS-EFB<br><br>**ORDER AMENDING CLASS DEFINITION AND WITHDRAWING MOTION FOR RECONSIDERATION**<br>**[L.R. 143]** |

## ORDER

Pursuant to the Parties' Stipulation, IT IS HEREBY ORDERED THAT:

The definition of the class certified in this Court's September 23, 2016 Order (Doc. 123) is amended to read as follows:

> A class of individuals who (1) purchased or leased any <u>new</u> 2005 through 2011 Ford Focus vehicle in California, (2) currently own such a vehicle, and (3) currently reside in the United States.

Ford's October 7, 2016 Motion for Reconsideration (Doc. 128) is hereby WITHDRAWN.

SO ORDERED.

Dated: October 31, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE