UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　　　Defendant. | CIV. NO. 2:11-2890 WBS EFB<br><br>ORDER RE: REQUEST TO AMEND ORDER |

----oo0oo----

On February 10, 2017, the court issued an order approving plaintiff's class notice and notice plan ("February 10 order"). (Feb. 10, 2017 Order (Docket No. 142).) At plaintiff's request, the court included language in the February 10 order authorizing plaintiff to obtain class members' contact information from IHS Markit and its subsidiary R.L. Polk, third-party data collectors. (Id. at 5.) Plaintiff's understanding is

1

that IHS Markit and R.L. Polk will obtain class members' contact information from the California Department of Motor Vehicles ("DMV"), and forward that information to plaintiff. (Docket No. 138 at 6.)

Plaintiff now requests that the court amend its February 10 order to include additional language ordering the DMV to release the requested contact information to R.L. Polk, and R.L. Polk to release the information to plaintiff's attorneys and class administrator. (Pl.'s Req. (Docket No. 144).) Such language, according to plaintiff, has been requested by the DMV as a requirement of releasing the requested contact information to R.L. Polk. (Id. at 2 (citing email correspondence with IHS Markit).) Defendant does not oppose plaintiff's request. (Id.)

IT IS THEREFORE ORDERED that the court's February 10, 2017 order (Docket No. 142) be, and the same hereby is, AMENDED to include the following language, beginning on line eight of page five of the order:

> "(4) The California Department of Motor Vehicles is hereby ordered to release the names and addresses of class members in this action to R.L. Polk & Co. for purposes of disseminating the Class Certification Notice to those members.
>
> (5) R.L. Polk & Co. is hereby ordered to release such information to Plaintiff's attorneys and/or KCC Class Action Services, LLC."

Dated: April 14, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2