John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Hicks Thomas LLP
8801 Folsom Boulevard, Suite 172
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261

J. Allen Carney (*pro hac vice*)
acarney@cbplaw.com
Hank Bates (Bar No. 167688)
hbates@cbplaw.com
Carney Bates & Pulliam, PLLC
2800 Cantrell Road, Suite 510
Little Rock, Arkansas 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Counsel for Plaintiff MARGIE DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals,<br><br>   Plaintiff,<br><br> v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>   Defendant. | No. 2:11-cv-02890-WBS-EFB<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST FOR EXTENSION OF TIME TO COMPLETE CLASS NOTICE** |

Pursuant to the Court's Status Order dated November 8, 2016, Plaintiff and Defendant (the "Parties") were given until May 8, 2017 to complete class notice and opt out. On February 10, 2017, this Court issued an Order approving class notice and the notice plan proposed by Plaintiff (Doc. 142). During the process of obtaining current addresses for Class Members, Plaintiff was notified that the California Department of Motor Vehicles ("DMV") required a court order specifically ordering the release of the requested information for the purpose of disseminating notice to the Class. On April 14, 2017, the Court granted Plaintiff's Unopposed Request for Amendment of Order Approving Class Notice and Notice Plan (Doc. 144) and entered an order amending its February 10, 2017 order (the "Amended Order"). The Amended Order was submitted to the DMV. The DMV has not yet released the data; therefore, Plaintiff has requested this extension of time to complete notice by May 26, 2017, extending the opt-out period to June 26, 2017. Defendant Ford Motor Company does not oppose this request.

IT IS THEREFORE ORDERED that Plaintiffs' Request for an Extension of Time to Complete Class Notice is hereby GRANTED. The time to complete notice is extended up to and including May 26, 2017 and the opt-out period is extended to June 26, 2017.

Dated: May 9, 2017.

Respectfully submitted,

/s/ John Thomas
John B. Thomas
Hicks Thomas LLP

J. Allen Carney
Hank Bates
Carney Bates & Pulliam PLLC

Counsel for Plaintiff MARGIE DANIEL

SO ORDERED.

Dated: May 9, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE