John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Hicks Thomas LLP
8801 Folsom Boulevard, Suite 172
Sacramento, California 95826
Telephone: (916) 388-0833
Facsimile: (916) 691-3261

J. Allen Carney (*pro hac vice*)
acarney@cbplaw.com
Hank Bates (Bar No. 167688)
hbates@cbplaw.com
Carney Bates & Pulliam, PLLC
2800 Cantrell Road, Suite 510
Little Rock, Arkansas 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505

Counsel for Plaintiff MARGIE DANIEL

HICKS THOMAS LLP
8801 Folsom Boulevard, Suite 172
Sacramento, California 95826
Telephone: (916) 388-0833

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals,<br><br>   Plaintiff,<br><br>   v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>   Defendant. | No. 2:11-cv-02890-WBS-EFB<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED SECOND REQUEST FOR EXTENSION OF TIME TO COMPLETE CLASS NOTICE** |

Pursuant to the Court's Order dated May 10, 2017, the deadline for completing notice was extended to May 26, 2017, and the opt-out period was extended to June 26, 2017. However, the notice administrator, KCC, did not obtain the class member information from the California DMV and Polk until May 24, 2017. In order to provide KCC sufficient time to process the data and print and mail the notices, and in light of the intervening Memorial Day holiday and deadlines in other cases, Plaintiff has requested a second extension of time to complete notice up to and including June 7, 2017, extending the opt-out period to July 7, 2017. Defendant Ford Motor Company does not oppose this request.

IT IS THEREFORE ORDERED that Plaintiffs' Request for an Extension of Time to Complete Class Notice is hereby GRANTED. The time to complete notice is extended up to and including June 7, 2017 and the opt-out period is extended to July 7, 2017.

Dated: May 26, 2017.

Respectfully submitted,

/s/ John Thomas
John B. Thomas
Hicks Thomas LLP

J. Allen Carney
Hank Bates
Carney Bates & Pulliam PLLC

Counsel for Plaintiff MARGIE DANIEL

SO ORDERED.

Dated: May 30, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE