| | |
|---|---|
| 1 | **DYKEMA GOSSETT LLP** |
| | JOHN M. THOMAS, SBN: 266842 |
| 2 | jthomas@dykema.com |
| | TAMARA A. BUSH, SBN: 197153 |
| 3 | tbush@dykema.com |
| | FRED J. FRESARD (*Pro Hac Vice*) |
| 4 | ffresard@dykema.com |
| | KRISTA L. LENART (*Pro Hac Vice*) |
| 5 | klenart@dykema.com |
| | JANET CONIGLIARO (*Pro Hac Vice*) |
| 6 | jconigliaro@dykema.com |
| | BRITTANY J. MOUZOURAKIS (*Pro Hac Vice*) |
| 7 | bmouzourakis@dykema.com |
| | 333 South Grand Avenue, Suite 2100 |
| 8 | Los Angeles, California 90071 |
| | Telephone: (213) 457-1800 |
| 9 | Facsimile: (213) 457-1850 |
| 10 | **ORRICK** |
| | NORMAN HILE, SBN: 57299 |
| 11 | nhile@orrick.com |
| | 400 Capitol Mall, Suite 3000 |
| 12 | Sacramento, California 95814-4497 |
| 13 | Attorneys For Defendant |
| | FORD MOTOR CO. |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, ROBERT McCABE, MARY HAUSER, DONNA GLASS, and ANDREA DUARTE, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:11-cv-02890-WBS –EFB<br><br>Honorable William B. Shubb<br><br>**STIPULATED SUGGESTED MODIFICATIONS TO PRETRIAL ORDER** |

STIPULATED REQUEST TO MODIFY DATES *OTHER THAN* DATE OF TRIAL

## STIPULATED SUGGESTED MODIFICATIONS TO PRETRIAL ORDER

Defendant and Plaintiff have conferred telephonically to discuss suggested modifications pursuant to Section XV of the Court's Final Pretrial Order dated August 15, 2017 [DE #163]. Exhibits C and D to the Pretrial Order identify the exhibits Plaintiff and Defendant intend to offer at trial, respectively. Both parties agree that the exhibits listed in Exhibits C and D will likely change as the parties continue to confer in an attempt to reduce the number of exhibits and refine and amend their trial exhibit lists. As such, both parties have agreed to exchange their final trial exhibit lists no later than September 5, 2017, the date of exhibit exchange. Objections to exhibits will remain due on September 8, 2017.

Also, because both parties recognize that each party will be offering numerous exhibits at trial, the parties agree that for the ease of the Court, the parties, and the jury, it would be more practical to have Plaintiffs' exhibits identified by the letter "P" placed before the number, and Defendant's exhibits identified by the letter "D" placed before the number, as opposed to Defendant's exhibits being labeled solely by letter as instructed in Section VIII.(H).

Finally, Section X of the Final Pretrial Order requires that on August 23, 2017 (20 days before trial), both parties must file and serve deposition designations and interrogatory answer designations. Section X also requires that on September 5, 2017 (10 days before trial), deposition counter-designations and objections to the other party's designations are due. The parties have already filed and exchanged deposition designations and counter-designations in their Pretrial Conference Statements, and are conferring in an effort to resolve objections and pare down the amount of video deposition testimony that will be presented at trial. Neither party intends to designate interrogatory answers. Accordingly, the parties request that the August 23rd and September 5th deposition and interrogatory designation filing/serving requirements be waived. The parties will submit their evidentiary objections to deposition counter-designations on September 5,

2017 (5 days before the trial date).

Both parties respectfully ask the Court to incorporate these suggested modifications into the Pretrial Order.

Dated: August 22, 2016

Respectfully submitted,

DYKEMA GOSSETT LLP

By: /s/John M. Thomas
JOHN M. THOMAS (Bar No. 266842)
TAMARA A. BUSH (Bar No. 197153)
KRISTA L. LENART (pro hac vice)
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

FRED J. FRESARD (pro hac vice)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone: (248) 203-0700
Facsimile: (855) 233-1801

Attorneys for Defendant
   FORD MOTOR COMPANY

/s/John B. Thomas
(as authorized on August 22, 2017)
John B. Thomas
Hicks Thomas LLP

J. Allen Carney
Hank Bates
Carney Bates & Pulliam, PLLC

Attorneys for Plaintiff MARGIE DANIEL

SO ORDERED.

Dated: August 22, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE