John B. Thomas (Bar No. 269538)
jthomas@hicks-thomas.com
Eric Grant (Bar No. 151064)
grant@hicks-thomas.com
Hicks Thomas LLP
8801 Folsom Boulevard, Suite 172
Sacramento, California 95826
Telephone:  (916) 388-0833
Facsimile:   (916) 691-3261

J. Allen Carney (*pro hac vice*)
acarney@cbplaw.com
Hank Bates (Bar No. 167688)
hbates@cbplaw.com
Carney Bates & Pulliam, PLLC
2800 Cantrell Road, Suite 510
Little Rock, Arkansas 72202
Telephone:  (501) 312-8500
Facsimile:   (501) 312-8505

Counsel for Plaintiff MARGIE DANIEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals,<br><br>            Plaintiff,<br><br>       v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>            Defendant. | No. 2:11-cv-02890-WBS-EFB<br><br>**PLAINTIFF'S PROPOSED VERDICT FORM**<br><br>Judge:  Hon. William B. Shubb |

{00188787.DOCX}                                      1

Plaintiff's Proposed Verdict Form

**VERDICT FORM**

We, the jury, present our Answers to the Questions submitted by the Court, to which we have all agreed:

1. For Plaintiffs' claim for Breach of Implied Warranty, we find in favor of:

    ____    Plaintiffs

    ____    Defendant


2. For Plaintiffs' claim for Breach of Express Warranty, we find in favor of:

    ____    Plaintiffs

    ____    Defendant


3. For Plaintiffs' claim for Violation of California's Consumer Legal Remedies Act, we find in favor of:

    ____    Plaintiffs

    ____    Defendant


If you found in favor of Plaintiffs in any of your responses to Questions 1-3 above, you must determine the amount of damages to be awarded and answer Question 4. If you did not find in favor of Plaintiffs in any of the above Questions, you may stop here and have the presiding juror sign and date this form.

4. For each of the claims in which you found in favor of Plaintiffs, specify the damages, if any, you award to Plaintiffs.  Specify the amount of damages in dollars per vehicle.

    a. Breach of Implied Warranty  _____

    b. Breach of Express Warranty  _____

    c. Violation of Consumer Legal Remedies Act  _____

HICKS THOMAS LLP
8801 Folsom Boulevard, Suite 172
Sacramento, California 95826
Telephone: (916) 388-0833

**VERDICT FORM-PUNITIVE DAMAGES**

If you have entered a verdict with monetary damages relating to the sale or lease of the Focus Class Vehicles, please answer the following questions. If you have entered a verdict in favor of Defendant, or have awarded no monetary damages, stop here, answer no further questions, and have the presiding juror sign and date this form.

1. Have Plaintiffs proven by clear and convincing evidence that Defendant engaged in the sale or lease of Class Vehicles with malice or fraud or that Defendant's actively concealed its omissions?

   ___ Yes       ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. What amount is necessary to punish Defendant and discourage its future wrongful conduct?

   $_____

Signed: _____
Presiding Juror
Dated: _____

Dated: August 24, 2017.

                    Respectfully submitted,

                    /s/ *John B. Thomas*
                    John B. Thomas
                    Eric Grant
                    Hicks Thomas LLP

                    J. Allen Carney
                    Hank Bates
                    Carney Bates & Pulliam PLLC

                    Counsel for Plaintiff MARGIE DANIEL

Hicks Thomas LLP
8801 Folsom Boulevard, Suite 172
Sacramento, California 95826
Telephone: (916) 388-0833