**DYKEMA GOSSETT LLP**
JAMES P. FEENEY, SBN: 219045
jfeeney@dykema.com
JOHN M. THOMAS, SBN: 266842
jthomas@dykema.com
TAMARA A. BUSH, SBN: 197153
tbush@dykema.com
FRED J. FRESARD (*Pro Hac Vice*)
ffresard@dykema.com
KRISTA L. LENART (*Pro Hac Vice*)
klenart@dykema.com
BRITTANY J. MOUZOURAKIS (*Pro Hac Vice*)
bmouzourakis@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

**ORRICK**
NORMAN HILE, SBN: 57299
nhile@orrick.com
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497

Attorneys For Defendant
FORD MOTOR CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | No. 2:11-cv-02890-WBS-EFB<br><br>**STIPULATED REQUEST TO MODIFY DATES *OTHER THAN* DATE OF TRIAL [L.R. 143]**<br><br>Courtroom: 5 (14th Floor)<br>Judge: Hon. William B. Shubb |

DYKEMA GOSSETT LLP
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800

1 **STIPULATED REQUEST TO MODIFY DATES *OTHER THAN* DATE OF TRIAL**

2 Pursuant to Local Rule 143, Plaintiff Margie Daniel and Defendant Ford Motor Company
3 (collectively, the "Parties") hereby jointly request that the Court extend the deadline for
4 submission of the Parties' Trial Briefs and voir dire requests, given that the Parties' September
5 12, 2017 trial date has now been vacated and a new trial date has not yet been set. The Parties
6 request that the new deadline for submission of the parties' Trial Briefs and voir dire requests be
7 14 days before the new trial date. The Parties further request that the Court vacate the current
8 deadlines for exchanging final trial exhibit lists, exchanging exhibits, filing objections to trial
9 exhibits, and submitting evidentiary objections to deposition counter-designations. The Parties
10 request that new deadlines for these submissions and exchanges be established once a new trial
11 date is set.

12 Accordingly, the Parties request that the deadline for the Parties' Trial Briefs and voir
13 dire requests be extended from September 1, 2017, to 14 days before the new trial date in this
14 matter. The Parties further request that the Court vacate the existing deadlines for exchanging
15 final trial exhibit lists, exchanging exhibits, filing objections to trial exhibits, and submitting
16 evidentiary objections to deposition counter-designations, and that new deadlines for these
17 submissions and exchanges be established once a new trial date has been set.

18 Dated: September 1, 2017

19 Respectfully submitted,

20 DYKEMA GOSSETT LLP
By: /s/John M. Thomas
21 JAMES P. FEENEY, SBN: 219045
FRED J. FRESARD (*pro hac vice*)
22 BRITTANY J. MOUZOURAKIS (*pro hac vice*)
39577 Woodward Avenue, Suite 300
23 Bloomfield Hills, Michigan 48304
Telephone: (248) 203-0700
24 Facsimile: (855) 233-1801

25 JOHN M. THOMAS (Bar No. 266842)
TAMARA A. BUSH (Bar No. 197153)
26 KRISTA L. LENART (*pro hac vice*)
333 South Grand Avenue, Suite 2100
27 Los Angeles, California 90071
Telephone: (213) 457-1800
28 Facsimile: (213) 457-1850

DYKEMA GOSSETT LLP
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800

ORRICK
NORMAN HILE (Bar No. 57299)
400 Capitol Mall, Suite 3000
Sacramento, California 95814

Attorneys for Defendant
FORD MOTOR COMPANY

/s/John B. Thomas
    (as authorized on September 1, 2017)
John B. Thomas
Hicks Thomas LLP

J. Allen Carney
Hank Bates
Carney Bates & Pulliam, PLLC

Counsel for Plaintiff MARGIE DANIEL

SO ORDERED.

Dated: September 5, 2017

_[signature]_

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE