**DYKEMA GOSSETT LLP**
JOHN M. THOMAS, SBN: 266842
jthomas@dykema.com
JAMES P. FEENEY, SBN: 219045
jfeeney@dykema.com
FRED J. FRESARD (*Pro Hac Vice*)
ffresard@dykema.com
KRISTA L. LENART (*Pro Hac Vice*)
klenart@dykema.com
BRITTANY J. MOUZOURAKIS (*Pro Hac Vice*)
bmouzourakis@dykema.com
TAMARA A. BUSH, SBN: 197153
tbush@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:     (213) 457-1800
Facsimile:     (213) 457-1850

**ORRICK**
NORMAN HILE, SBN: 57299
nhile@orrick.com
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497

Attorneys for Defendant
FORD MOTOR CO.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals,<br><br>        Plaintiffs,<br><br>    vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>        Defendant. | Case No. 2:11-cv-02890-WBS –EFB<br><br>Honorable William B. Shubb<br><br>**FORD MOTOR COMPANY'S REVISED PROPOSED VERDICT FORM** |

**DYKEMA GOSSETT LLP**
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

**DYKEMA GOSSETT LLP**
**333 SOUTH GRAND AVENUE, SUITE 2100**
**LOS ANGELES, CALIFORNIA 90071**

# FORD MOTOR COMPANY'S PROPOSED VERDICT FORM

As directed by the Court at the August 28, 2017 Pretrial Conference, Defendant Ford Motor Company hereby submits a revised proposed verdict form. Ford understands that certain individual issues are not being tried at this stage and will be resolved later, if necessary. These issues include (1) whether Plaintiff and class members purchased their vehicles for personal, household, or family use, (2) whether Plaintiff and class members presented their vehicles to a Ford dealer for repair within the warranty period, and (3) factual issues relevant to Ford's statute of limitations defenses to Plaintiff's and class members claims. Accordingly, these issues are not covered by the Revised Proposed Verdict Form.

Respectfully submitted,

Dated: September 14, 2017          DYKEMA GOSSETT PLLC


By: /s/John M. Thomas
    John M. Thomas
    Attorneys for Defendant
    FORD MOTOR COMPANY

**DYKEMA GOSSETT LLP**
**333 SOUTH GRAND AVENUE, SUITE 2100**
**LOS ANGELES, CALIFORNIA 90071**

# DEFENDANT'S REVISED PROPOSED VERDICT FORM

## DANIEL v. FORD MOTOR COMPANY

We, the jury, present our Answers to the Questions submitted by the Court, to which we have all agreed:

1. For Plaintiff's claim for Breach of Implied Warranty (see Instruction No. 1), we find in favor of:

    \_\_\_\_ Plaintiff

    \_\_\_\_ Defendant

2. For Plaintiff's claim for Breach of Express Warranty (see Instruction No. 2), we find in favor of:

    \_\_\_\_ Plaintiff

    \_\_\_\_ Defendant

3. For Plaintiff's claim for Violation of California's Unfair Competition Law (UCL) (see Instruction No. 3), we find in favor of:

    \_\_\_\_ Plaintiff

    \_\_\_\_ Defendant

4. For Plaintiff's claim for Violation of California's Consumer Legal Remedies Act (CLRA) (see Instruction No. 4), we find in favor of:

    \_\_\_\_ Plaintiff

    \_\_\_\_ Defendant

5. Does the cost of retrofitting each vehicle owned by each class member with Andrew Webb's alternative design equal the proper measure of damages for any of the following theories for Margie Daniel and each class member (answer Yes or No with respect to each theory on which you have found in favor of Plaintiff):

    Implied and Express Warranty: _____ (see Instructions 8 and 10)

    UCL: _____ (see Instructions 9 and 10)

    CLRA: _____ (see Instructions 7 and 10)

1    6. If you answered "Yes" to any portion of Question 5, state the per vehicle cost of

2    retrofitting each vehicle owned by each class member with Andrew Webb's alternative design:

3    Amount: $_____

8    DATED: _____          _____

9                                    PRESIDING JUROR

**DYKEMA GOSSETT LLP**
**333 SOUTH GRAND AVENUE, SUITE 2100**
**LOS ANGELES, CALIFORNIA 90071**