**DYKEMA GOSSETT LLP**
JAMES P. FEENEY, SBN: 219045
jfeeney@dykema.com
JOHN M. THOMAS, SBN: 266842
jthomas@dykema.com
TAMARA A. BUSH, SBN: 197153
tbush@dykema.com
FRED J. FRESARD (*Pro Hac Vice*)
ffresard@dykema.com
KRISTA L. LENART (*Pro Hac Vice*)
klenart@dykema.com
BRITTANY J. MOUZOURAKIS (*Pro Hac Vice*)
bmouzourakis@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone:    (213) 457-1800
Facsimile:     (213) 457-1850

**ORRICK**
NORMAN HILE, SBN: 57299
nhile@orrick.com
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497

Attorneys For Defendant
FORD MOTOR CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, a Delaware corporation, <br><br> Defendant. | No. 2:11-cv-02890-WBS-EFB <br><br> **STIPULATED REQUEST TO MODIFY DATES *OTHER THAN* DATE OF TRIAL [L.R. 143]** <br><br> Courtroom:    5 (14th Floor) <br> Judge:    Hon. William B. Shubb |

Pursuant to Local Rule 143, Plaintiff Margie Daniel and Defendant Ford Motor Company (collectively, the "Parties") hereby jointly request that the Court extend by three days the deadline for the Parties to submit revised jury instructions, objections, and/or additions to the Court. At the September 25, 2017 Pretrial Conference, the Court directed the Parties to submit revised jury instructions by October 16, 2017 (*see* ECF Dkt. No. 186). The Parties are still negotiating, and they request additional time so that they can narrow the areas of dispute before submitting revised instructions to the Court. The Parties therefore respectfully request that the Court extend to October 19, 2017, the deadline for the parties to submit revised jury instructions, objections, and/or additions to the Court.

Dated: October 16, 2017

Respectfully submitted,

DYKEMA GOSSETT LLP
By: /s/John M. Thomas
JOHN M. THOMAS (Bar No. 266842)
TAMARA A. BUSH (Bar No. 197153)
KRISTA L. LENART (*pro hac vice*)
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

JAMES P. FEENEY, SBN: 219045
FRED J. FRESARD (*pro hac vice*)
BRITTANY J. MOUZOURAKIS (*pro hac vice*)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone: (248) 203-0700
Facsimile: (855) 233-1801

ORRICK
NORMAN HILE (Bar No. 57299)
400 Capitol Mall, Suite 3000
Sacramento, California 95814

Attorneys for Defendant
FORD MOTOR COMPANY

HICKS THOMAS LLP
/s/John B. Thomas
    (as authorized on October 16, 2017)
John B. Thomas

1

Hicks Thomas LLP

J. Allen Carney
Hank Bates
Carney Bates & Pulliam, PLLC

Counsel for Plaintiff MARGIE DANIEL

SO ORDERED.

Dated: October 17, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DYKEMA GOSSETT LLP
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800