**DYKEMA GOSSETT LLP**
JAMES P. FEENEY, SBN: 219045
jfeeney@dykema.com
JOHN M. THOMAS, SBN: 266842
jthomas@dykema.com
TAMARA A. BUSH, SBN: 197153
tbush@dykema.com
FRED J. FRESARD (*Pro Hac Vice*)
ffresard@dykema.com
KRISTA L. LENART (*Pro Hac Vice*)
klenart@dykema.com
BRITTANY J. MOUZOURAKIS (*Pro Hac Vice*)
bmouzourakis@dykema.com
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

**ORRICK**
NORMAN HILE, SBN: 57299
nhile@orrick.com
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497

Attorneys For Defendant
FORD MOTOR CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals,

Plaintiff,

v.

FORD MOTOR COMPANY, a Delaware corporation,

Defendant.

No. 2:11-cv-02890-WBS-EFB

**STIPULATED REQUEST TO MODIFY DATES *OTHER THAN* DATE OF TRIAL [L.R. 143]**

Courtroom: 5 (14th Floor)
Judge: Hon. William B. Shubb

**STIPULATED REQUEST TO MODIFY DATES *OTHER THAN* DATE OF TRIAL**

Pursuant to Local Rule 143, Plaintiff Margie Daniel and Defendant Ford Motor Company (collectively, the "Parties") hereby jointly request that the Court extend by three days the deadline for submission of the Parties' Trial Briefs, proposed voir dire questions, and responses to Trial Briefs. The Parties' Trial Briefs and proposed voir dire questions are currently due on December 26, 2017, and responses to those briefs will be due on January 2, 2018 pursuant to L.R. 295(b). The parties request that the new deadline for submission of the parties' Trial Briefs and proposed voir dire questions be Friday, December 29, 2017, and the new deadline for responses to Trial Briefs be Friday, January 5, 2018, to allow the parties more flexibility over the holidays.

Accordingly, the Parties request that the deadline for filing the Parties' Trial Briefs and proposed voir dire questions be extended from December 26, 2017 to December 29, 2017, and the deadline for filing responses to Trial Briefs be extended from January 2, 2018 to January 5, 2018.

Dated: December 22, 2017

Respectfully submitted,

DYKEMA GOSSETT LLP
By: /s/John M. Thomas
JOHN M. THOMAS (Bar No. 266842)
TAMARA A. BUSH (Bar No. 197153)
KRISTA L. LENART (*pro hac vice*)
333 South Grand Avenue, Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

JAMES P. FEENEY, SBN: 219045
FRED J. FRESARD (*pro hac vice*)
BRITTANY J. MOUZOURAKIS (*pro hac vice*)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
Telephone: (248) 203-0700
Facsimile: (855) 233-1801

ORRICK
NORMAN HILE (Bar No. 57299)
400 Capitol Mall, Suite 3000
Sacramento, California 95814

Attorneys for Defendant
FORD MOTOR COMPANY

DYKEMA GOSSETT LLP
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800

DYKEMA GOSSETT LLP
333 South Grand Ave., Suite 2100
Los Angeles, California 90071
Telephone: (213) 457-1800

HICKS THOMAS LLP
/s/Kelsey McDowell Machado
   (as authorized on December 22, 2017)
John B. Thomas
Kelsey McDowell Machado (*pro hac vice*)
Hicks Thomas LLP

J. Allen Carney
Hank Bates
Carney Bates & Pulliam, PLLC

Counsel for Plaintiff MARGIE DANIEL

SO ORDERED.

Dated: December 22, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE