DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE, SUITE 2100
LOS ANGELES, CALIFORNIA 90071

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| MARGIE DANIEL, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:11-cv-02890-WBS -EFB<br><br>Hon. Senior Judge William B. Shubb<br><br>**ORDER ON DEFENDANT FORD'S MOTION FOR LEAVE TO FILE RESPONSE TO OBJECTIONS**<br><br>Complaint Filed: November 2, 2011 |

Having considered Defendant Ford Motor Company's Motion for Leave to File a Response to Plaintiffs' Objections to Ford's Bill of Costs, and finding that good cause exists to grant the motion,

**IT IS HEREBY ORDERED THAT:**

Ford Motor Company's Motion for Leave to File a Response (Docket No. 283) is granted. The hearing on the Motion previously set for April 2, 2018 is hereby VACATED. Ford shall file its response to Plaintiffs' Objections no later than seven days from the date of this Order.

**IT IS SO ORDERED.**

Dated: February 21, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE